Exhibit F

Barcode:3848982-02 A-570-028 CIRC - Anti Circumvention Inquiry  -  Unpatented R-421A

# HUSCH BLACKWELL

Jeffrey S. Neeley
Partner

750 17th St. N.W., Suite 900
Washington, DC  20006-4675
Direct: 202.378.2357
Fax: 202.378.2319
jeffrey.neeley@huschblackwell.com

December 27, 2017

Case No. A-570-028
Total Pages: 30
Scope Inquiry: Unpatented R-421-A
E&C: Office II

**PUBLIC VERSION**
Business Proprietary Information removed from
brackets on narrative page 2 and Exhibit 1.

**VIA ACCESS ELECTRONIC FILING**

The Honorable Wilbur Ross
Secretary of Commerce
U.S. Department of Commerce
14th Street and Constitution Avenue, NW
Washington, DC 20230

> **Re:** *HFC Blends and Components from the PRC:* **Comments in response to Kenneth Ponder's and Choice Refrigerants' November 30, 2017 Application for a Scope Ruling**

Dear Secretary Ross,

On behalf of LM Supply Inc. ("LM Supply"), we are entering an appearance and providing comments in response to the November 30, 2017 application for a scope ruling submitted by Kenneth Ponder and Choice Refrigerants (collectively referred to as "Applicants"). Applicants sought this scope ruling request pursuant to 19 C.F.R. §351.225, regarding the antidumping duty investigation covering *Hydrofluorocarbon Blends and Components Thereof from the People's Republic of China* (hereinafter, "*HFC Blends and Components from the PRC*"). Following that scope ruling request, the Department received a letter from U.S. Customs and Border Protection ("CBP") dated December 4, 2017, referring to allegations made by Applicants regarding evasion at CBP, and asking that the Department answer two questions:

Barcode:3848982-02 A-570-028 CIRC - Anti Circumvention Inquiry  -  Unpatented R-421A

# **HUSCH BLACKWELL**

1.  Is the scope exclusion limited to only that merchandise that is licensed by the rights holder or does it apply to any HFC blends that satisfy the terms of the patents?

2.  Is the scope exclusion limited to only that merchandise that also carries the trademarks indicated in the scope exclusion?  For example, would the refrigerant need to be labeled as "Choice® R-421A" for it to fall within the exclusion of the order?

Because the issues raised by CBP are key to providing an answer to the scope request to Applicants, below we address both of these threshold issues.  Depending on the answer of the Department to those questions, we reserve the right to file additional comments on the scope request and its effect on LM Supply.

## I.  GENERAL BACKGROUND AND STANDING

LM Supply is a U.S. company located in Tampa, Florida, owned and operated by Mr. Xian (Ben) Meng.  Mr. Meng is a U.S. citizen and a U.S. resident.  The company purchases certain chemicals and Hydrofluorocarbon Blends ("HFC Blends") from vendors in China and imports the HFC blends into the United States, either for distribution through a related company, BMP USA, Inc. ("BMP USA") or for further processing and distribution through BMP USA.  As per the BMP USA website (www.bmp-usa.com), the company offers an array of pure and blended refrigerants to accommodate a variety of air conditioning needs.  As an importer of the subject merchandise, LM Supply is an interested party as defined in 19 U.S.C. §1677(9).

The HFC Blends imported by LM Supply are manufactured in China and shipped from China in ISO tank containers for delivery to different U.S. customers at different locations in the United States.  Those different locations require entering the HFC Blends at different East Coast and Gulf Coast ports.  Consequently, for efficiency purposes, the ISO tank containers shipped from China are delivered by the ocean carrier to a centralized distribution center in Jamaica, whereupon the containers are trans-loaded in Jamaica onboard a vessel for the U.S. port most suitable for the customer.

Trans-loading is a standard practice in the shipping industry for supply chains involving containers from a single source destined for multiple ports of entry.  As confirmation that LM Supply's goods are trans-loaded in Jamaica for onward shipment and entry in the U.S., enclosed please find entry documents and transport documents specific to Entry 9P7-0001058-6 (August 16, 2017), an entry specific to R-421A (the HFC blend identified in Applicants' scope ruling request).    See  Exhibit 1.    The  Sea  Waybill  of  Lading  for  this  shipment  (Ref. [                           ]) confirms that the goods were loaded onboard the vessel Zim Djibouti in Ningbo, China.  Thereafter, the ZIM Notice of Arrival for this shipment confirms that the goods arrived at the port of Tampa onboard the Zim Shipping Line vessel Cape Martin.  Similarly, the ZIM Trace Shipment for this waybill number confirms that the goods departed China on July 5, 2017 onboard the Zim Djibouti for Kingston, Jamaica and thereafter, departed Kingston, Jamaica on August 2, 2017 onboard the Cape Martin for Tampa, Florida.

Barcode:3848982-02 A-570-028 CIRC - Anti Circumvention Inquiry - Unpatented R-421A

# HUSCH BLACKWELL

Although LM Supply's goods shipped from China may be trans-loaded in Jamaica, the goods are always entered into the United States indicating country of origin as China. As an example, the consumption entry referenced above, which covers goods trans-loaded in Jamaica, confirms that the goods were entered as country of origin China ("CN" on the entry summary). In that regard, the customs broker preparing and filing the entries (ACB Global Brokerage) does not identify the country of origin of the goods on the entry summary based on the last port of loading (e.g., Jamaica). Rather, the customs broker identifies the country of origin of the goods in the customs entry based on the *manufacturer's* location indicated on the Importer Security Filing ("ISF"). As per the ISF enclosed with the entry referenced above, the manufacturer is located in China. Consequently, the entry summary identifies the goods as country of origin China.

Consistent with this procedure to ensure the correct country of origin of the goods on the entry documents, to the best of our knowledge all documents prepared by the customs broker or any other party are true and accurate. In short, the goods are properly classified; the value of the goods is correct; the origin of the goods is correct; the quantity of the goods is correct; the manufacturer identification code is correct and all other information on the CBP Form 7501 and supporting documents are correct.

## II. BACKGROUND CONCERNING R-421A

The HFC blend that is the focus of Applicants' scope ruling request is R-421A. In accordance with American Society of Heating, Refrigerating and Air-Conditioning Engineers ("ASHRAE") specifications[1], R-421A is a blend of two separate refrigerants: R-125 (58%) and R-134A (42%). See Exhibit 2. As confirmed by the ASHRAE specifications, R-125 is the designation for pentafluoroethane and R-134A is the designation for 1,1,1,2-tetrafluoroethane. As such, R-421A is the refrigerant (R) designation for a HFC blend consisting of 58% pentafluoroethane and 42% 1,1,1,2-tetrafluoroethane.

## III. THE LANGUAGE OF THE SCOPE ORDER.

In pertinent part, the language of the scope order covering *HFC Blends and Components from the PRC* states as follows, regarding certain exclusions:

> Also excluded from this investigation are patented HFC blends, including but not limited to, ISCEON® blends, including MO99™ (R-438A), MO79 (R-422A), MO59 (R-417A), MO49Plus™ (R-437A) and MO29™ (R-4 22D), Genetron® Performax™ LT (R-407F), Choice® R-421A, and Choice® R-421B. (Emphasis added)

---

[1] ASHRAE is the preeminent organization in the Heating, Ventilating and Air Conditioning industry for standards, guidelines, education and other HVAC issues. For more information concerning ASHRAE please see the organization's website: www.ashrae.org.

3

Barcode:3848982-02 A-570-028 CIRC - Anti Circumvention Inquiry - Unpatented R-421A

# HUSCH BLACKWELL

The order also notes that: "Although the HTSUS subheadings and CAS registry numbers are provided for convenience and customs purposes, the written description of the scope is dispositive."

## IV. THE '706 PATENT COVERS ALL R-421A IRRESPECTIVE OF THE BRAND, THE TRADEMARK OR ANY LICENSE TO MANUFACTURE.

The November 30, 2017 scope ruling request states: "Specifically, Applicants request a scope ruling on whether non-patented HFC refrigerant blends qualify for the exclusion from the HFC Blends ADD Order dedicated to "patented HFC blends." The scope ruling request further notes that:

> The reason for this request is that certain Chinese-controlled companies are believed to be importing refrigerant blends labelled as R-421A which are neither (1) one of the exempt patented HFC blends identified by brand and trademark (such as Choice® R-421A) in the HFC Blends ADD Order, nor (2) HFC blends covered by any other patent or patent license.

Plainly, Applicant knows the difference between a patent and a patent license, and specifically refers to the difference above. It fails, however, to tie its conclusory statement to the words of the scope exclusion, which has no reference whatsoever to patent licenses, but only refers to the patents. Moreover, in addition to conflating patents and patent licenses, Applicant also conflates trademarks and patents. In short, its scope request is based on unwarranted assumptions. On the other hand, the request from CBP of December 4, 2017, focuses on the real threshold issues.

The scope ruling request makes clear that the patent believed to be infringed is Pat. No. US 8,197,706 B2 (Jun. 12, 2012) ("the '706 patent"). A copy of the '706 patent is enclosed with Applicants' scope ruling request as Exhibit B and contains the following language and claims:

> [T]he invention provides a mixture of at least two refrigerants that are miscible with each other, and compatible with Refrigerant R-22 … while at the same time possessing a temperature profile that approximates that of Refrigerant R-22 … over the operating range of ambient temperatures usually encountered by air conditioning units or other apparatus utilizing Refrigerant R-22 … as a refrigerant.

> \*\*\*

> More particularly, the refrigerant and method disclosed herein involves a mixture of pentafluoroethane and tetrafluoroethane in specific proportions that provide a temperature-pressure relationship that approximates that of Refrigerant R-22 … over the range of ambient temperature operating conditions in which Refrigerant R-22 … is a useful refrigerant.

> \*\*\*

4

Barcode:3848982-02 A-570-028 CIRC - Anti Circumvention Inquiry  -  Unpatented R-421A

# HUSCH BLACKWELL

In a further exemplary embodiment, the refrigerant includes a ratio of about 42 weight percent pentafluoroethane to about 58 weight percent 1,1,1,2-tetrafluoroethane. See '706 patent, Col. 3 – 4.

The individual claims in the '706 patent include:

**Claim 3:** In an apparatus designed for use with [Refrigerant R-22] the improvement comprising substituting the [Refrigerant R-22] with a refrigerant composition, the refrigerant composition comprising a combination of refrigerant gases, and said refrigerant gases consisting of a blend of tetrafluoroethane and pentafluoroethane....

**Claim 7:** In the apparatus of claim 3, wherein the tetrafluoroethane is 1,1,1,2-tetrafluoroethane.

**Claim 8:** In the apparatus of claim 7, wherein the substitute refrigerant said pentafluoroethane is present in the ratio of about 58% to said tetrafluoroethane present in an amount of about 42% by weight.

## V.   IMPORTED R-421A THAT IS PATENTED IS EXCLUDED FROM THE ADD ORDER

The scope of this order is straightforward and unambiguous.  Whether a patent is licensed or not is irrelevant.  The exclusion applies by its terms to any products that satisfy the terms of the patent.  Applicant knows perfectly well that a patent license is different from a patent and it also knows that there is no mention of patent licensing in the scope of the order.  Had licensing been what either the parties or the Department intended, they could have easily written in this requirement.

It is established Department practice in scope rulings involving patented goods to merely compare the description of the goods in the patent to the description of the imported goods.  To do otherwise would be to involve the Department in making decisions on the interpretation of contract law for the licenses, while the Department and CBP consistently focus their enforcement efforts on the physical characteristics of the goods.  For the same reason that the Department almost always avoids usage in scope, it has avoided contractual issues in describing the scope of an order.

In a scope ruling involving certain aluminum extrusion products Commerce noted the description of certain goods in a patent and then applied that description in the patent to the imported goods to determine whether the imported goods were covered by the ADD order.  See Final Scope Ruling on Ancra International's Lift-A-Deck II Foot Assembly (June 20, 2016) ("Ancra International") at 3.  Consistent with that analysis, in this instance the Department should examine the description of HFC blends in the '706 patent and determine whether the imported  R-421A meets that description.  If the imported product falls within the '706 patent, then it is a "patented HFC blend" and is excluded from the order.

5

# **HUSCH** BLACKWELL

Recently, in the AD investigation *Certain Tool Chests and Cabinets from the People's Republic of China and the Socialist Republic of Vietnam* ("*Certain Tool Chests and Cabinets*") the Department reaffirmed the principle that "A patent warrants a scope exclusion." *Certain Tool Chests and Cabinets*, Memorandum from Alex Villanueva to Edward Yang, Comment 4 (November 22, 2017).

The Department noted:

Based on the plain language of the scope, the product in question is covered by the scope. HMC's sole argument appears to be that an exclusion for its product in question is warranted simply because the Department has previously granted scope exclusions for certain patented products.

In this instance, it appears that Applicants' sole argument is that the imported R-421A should not be covered by the plain language of the scope's exclusion "simply because the Department has previously granted" a scope exclusion for other patented products. As per the DOC's analysis in *Certain Tool Chests and Cabinets*, though, the question is not simply whether another R-421A product identified in the scope (*i.e.,* Choice® R-421a) is covered under a patent. Rather, the inquiry must be whether the blend of HFCs in the *imported R-421A* is a "patented HFC blend."

## VI. THE PATENT EXCLUSION COVERING R-421A IS NOT EXCLUSIVE TO Choice® R-421A.

The scope language states that "excluded from this investigation are patented HFC blends, *including, but not limited to*" Choice® R-421A and other HFC blends identified thereafter. (Emphasis added.) Once again, the plain words of the written description of the scope are dispositive. While Choice® R-421A is an excluded HFC blend under the order, that exclusion is specifically *"not limited"* to any particular trademark or brand of R-421A. Rather, based on the written description of the scope, any R-421A consisting of a blend of refrigerants specifically identified in the '706 patent in the proportions identified in the '706 patent qualifies as a "patented HFC brand" excluded from the scope order. Had the intention of the Department been to tie the exclusion on the trademark rather than the patent, it simply would have referenced the trademark, and not referenced the patent at all, because the trademark plainly refers to goods that are covered by the patent. But, the Department did just the opposite. The Department tied the exclusion to coverage by the patent, not by the trademark.

Applicants state that Choice® R-421A "As described in its patent ... is a proprietary refrigerant blend ...." Thereafter, Applicants seek to limit entry in the U.S. to R-421A distributed under the Choice trademark. In fact, the '706 patent references a number of trademarks and refrigerant designations, but does not reference the "Choice" trademark and does not reference the refrigerant designation "R-421A." As such, indicating that Choice® R-421A is described in the '706 patent is misleading and identifying Choice® R-421A as the exclusive brand of R-421A permitted to enter the U.S. would be a result at odds with the expansive language of the exclusionary language in the scope order. In fact, the HFC's used to produce

6

Barcode:3848982-02 A-570-028 CIRC - Anti Circumvention Inquiry - Unpatented R-421A

# HUSCH BLACKWELL

Choice® R-421A are merely referenced in the '706 patent by their chemical name and proportion. See '706 patent, **Claim** 8.

## VII. A PATENT DISPUTE SHOULD NOT BE LITIGATED AT THE DEPARTMENT

The threshold issue that CBP has asked the Department to decide is whether the licensing or trademark issues raised by Applicants are dispositive. As shown above, they are not. Moreover, to date the arguments made by Applicants on the issue of infringement have been murky, and it is apparent that they want to have it both ways. But if they continue to pursue this action, they should be made to answer this question: Is it the position of applicants that LM Supply is infringing the '706 patent, or not? Before the Department (and CBP) wastes more time on this matter the Applicants should be take a position on this fundamental issue. If the Applicants believe that there is no infringement, they need to say so, explicitly.

If the Applicants believe that there is infringement then the products are exempted from the order, and the Applicants have the right to file a patent infringement action in either the U.S. district court or at the U.S. International Trade Commission. In either forum LM Supply would have the right to challenge the validity of the patent and raise other defenses, in accordance with law. The Department is not tasked with resolving patent disputes, and its decisions cannot be substituted for those of a U.S. court or the ITC. There is no basis in law for permitting parties seeking to protect patent rights to use a dumping order to gain patent protection that would not be available through the courts or the ITC. The Department has expertise in the antidumping realm but is not equipped to decide validity issues on patents. Enforcing invalid patents is both contrary to good policy and to law.

## VIII. APPLICANTS' SPURIOUS AND UNFOUNDED ALLEGATIONS CONCERNING THE NATIONALITY OF THE IMPORTER AND CONTROL OF HIS COMPANY ATTEMPT TO TAINT THIS PROCESS

As a final point, we wish to address deeply personal issues in this response. Applicants' scope ruling request states that "certain Chinese-controlled companies are believed to be importing refrigerant blends labelled as R-421A...." As noted above, LM Supply is a US company owned and operated by a US citizen residing in the United States. LM Supply is not owned by a Chinese national or controlled by the Chinese parties. Applicants cite not a single fact in support of these statements.

People from throughout the world, including from China, have sought opportunities and citizenship in this country. Even the hint that a person, because of his or her race or ethnicity or religion, may not be a "real American" is odious. There can be only one reason to mention the ethnicity of the owner of LM Supply, and that is to taint this process. This should not be permitted.

7

Barcode:3848982-02 A-570-028 CIRC - Anti Circumvention Inquiry - Unpatented R-421A

# **HUSCH BLACKWELL**

## IX. CONCLUSIONS

The exclusion language in the scope order is not exclusive to Choice® R-421a, but merely lists that brand as an exemplar of patented HFC blends excluded from the scope of the ADD investigation. Similarly, the '706 patent does not mention any specific brand of R-421a, but merely references the refrigerant by its chemical composition and blend ("42 weight percent pentafluoroethane to about 58 weight percent 1,1,1,2-tetrafluoroethane").

When analyzing goods covered under a patent in AD proceedings the Department has consistently simply applied the description of the goods in the patent to the imported goods. That analysis should be followed in this instance as well and ask: Is the composition of the imported R-421A the same as the composition of the R-421A in the '706 patent? If so, then the product is exempted from the dumping order, and any proceeding involving validity issues or licensing issues should be litigated in the proper forum which has jurisdiction, such as a U.S. district court.

Respectfully submitted,

Husch Blackwell LLP

Jeffrey S. Neeley
Robert D. Stang

Exhibits

CC:    Xian (Ben) Meng

8

Barcode:3848982-02 A-570-028 CIRC - Anti Circumvention Inquiry   -   Unpatented R-421A

# Exhibit 1
# Entry and Transport Documents

Barcode:3848982-02 A-570-028 CIRC - Anti Circumvention Inquiry  - Unpatented R-421A

**Exhibit List**

Exhibit 1      Entry and Transport Documents

Exhibit 2      "ASHRAE" Specifications

Barcode:3848982-02 A-570-028 CIRC - Anti Circumvention Inquiry  - Unpatented R-421A

PUBLIC VERSION

Form Approved OMB No. 1651-0022
EXP. 06-31-2014

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. Customs and Border Protection**
**ENTRY SUMMARY**

| 1. Filer Code/Entry No. 5P7 00010586 | 2. Entry Type | 3. Summary Date 08/16/2017 |
| 4. Surety No. | 5. Bond Type | 6. Port Code | 7. Entry Date |

| 8. Importing Carrier | 9. Mode of Transport | 10. Country of Origin | 11. Import Date |
| 12. B/L or AWB No. | 13. Manufacturer ID | 14. Exporting Country | 15. Export Date |
| 16. I.T. No. | 17. I.T. Date | 18. Missing Docs | 19. Foreign Port of Lading 57020 | 20. U.S. Port of Unlading 1801 |
| 21. Location of Goods/G.O. No. | 22. Consignee No. | 23. Importer No. | 24. Reference No. |

| 25. Ultimate Consignee Name and Address | 26. Importer of Record Name and Address |
| LM SUPPLY INC 13809 20TH ST N UNIT O | LM Supply Inc 13809 N 20th St Apt A |
| City TAMPA   State FL   Zip 33613 | City Tampa   State FL   Zip 33613 |

| 27. Line No. | 28. Description of Merchandise | | | 32. A. Entered Value B. CHGS C. Relationship | 33. A. HTSUS Rate B. ADA/CVD Rate C. IRC Rate D. Visa No. | 34. Duty and I.R. Tax |
| | 29. A. HTSUS No. B. ADA/CVD No. | 30. A. Grossweight B. Manifest Qty. | 31. Net Quantity in HTSUS Units | | | Dollars   Cents |
| | | | | | | |

420,000

| Other Fee Summary for Block 39 | 35. Total Entered Value | **CBP USE ONLY** | | **TOTALS** |
| $ | | A. LIQ CODE | B. Ascertained Duty | 37. Duty |
| Total Other Fees $ | | REASON CODE | C. Ascertained Tax | 38. Tax |
| | | | D. Ascertained Other | 39. Other |
| | | | E. Ascertained Total | 40. Total 11,000 |

**36. DECLARATION OF IMPORTER OF RECORD (OWNER OR PURCHASER) OR AUTHORIZED AGENT**

I declare that I am the ☐ importer of record and that the actual owner, purchaser, or consignee for CBP purposes is as shown above, OR ☒ owner or purchaser or agent thereof. I further declare that the merchandise ☒ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true, OR ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoices as to value or price are true to the best of my knowledge and belief. I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed.
I will immediately furnish to the appropriate CBP officer any information showing a different statement of facts.

| 41. DECLARANT NAME | TITLE | SIGNATURE | DATE |
| 42. Broker/Filer Information (Name, address, phone number) | | 43. Broker/Importer File No. | |

CBP Form 7501 (06/09)

Barcode:3848982-02 A-570-028 CIRC - Anti Circumvention Inquiry  -  Unpatented R-421A

PUBLIC VERSION



| Issuer: | | | | 商　业　发　票 | |
|---|---|---|---|---|---|
| | | | | COMMERCIAL INVOICE | |
| To: | | | | No. | | Date: |
| LM SUPPLY,INC | | | | | |
| 13809 20TH STREET N UNIT C | | | | | |
| TAMPA,FL 33613 | | | | | |
| Transport details: | | | Terms of payment | | ORDER No. |

| Marks and Numbers | Number and kind of packages; description of goods | Quantity | Unit price | Amount |
|---|---|---|---|---|
| | 37200 | | | |

PUBLIC VERSION

Issuer:

To:
LM SUPPLY,INC
13809 20TH STREET N UNIT C
TAMPA,FL 33613

裝箱單
PACKING LIST

No:                    Date:

| Marks and Numbers | Number and kind of packages; description of goods | Net weight | Gross weight | Measurement |
|---|---|---|---|---|
| | | | | |

Barcode:3848982-02 A-570-028 CIRC - Anti Circumvention Inquiry - Unpatented R-421A

PUBLIC VERSION

**SEA WAYBILL OF LADING FOR PORT TO PORT OR COMBINED TRANSPORT**

ZIM Integrated Shipping Services Ltd

SHIPPER

LM SUPPLY, INC
13009 20TH H.STREET N UNIT C
TAMPA, FL 33618

CONSIGNEE
NOTIFY PARTY & ADDRESS

LM SUPPLY, INC
13009 20TH STREET N UNIT C
TAMPA, FL 33613

VESSEL
ZIM DJIBOUTI

PORT OF LOADING
NINGBO, CHINA

PORT OF DISCHARGE
TAMPA, FL USA

CLAUSES AS PER ATT. LIST

37200    60

PUBLIC VERSION

Page 2 of 2

ATTACHED LIST FOR B/L: [       ]
VESSEL: ZIM DJIBOUTI            VOYAGE: [   ]
LOAD PORT: NINGBO,CHINA

PORT OF DESTINATION: TAMPA,FL,USA            FINAL DESTINATION:

| MKS & NOS/SEAL NO | DESCRIPTION OF GOODS | | WEIGHT | MEASUR. |
|---|---|---|---|---|
| CONTAINER#: | | | | |
| SEAL#: | | 8000 | | |
| CONTAINER#: | | | | |
| SEAL#: | | 38,000 | | |

PUBLIC VERSION

## 10 + 2 IMPORTER SECURITY FILING (ISF) INFORMATION FORM: ISF-10

*Please provide completed ISF-10 and a copy of the commercial invoice(s) for each shipment 72 hours before the vessel's departure from origin. If any data provided is inaccurate, please advise us as soon as possible so that we may send amendments to U.S. Customs and Border Protection.*

### Shipment Details

| | | | |
|---|---|---|---|
| Carrier Name / SCAC | ZIM | Port of Lading | NINGBO |
| Vessel Name | ZIM DJIBOUTI | Port of Entry | TAMPA, FL |
| Voyage Number | | Est. Load Date | |
| Master Bill Number | | Est. Sail Date | |
| House Bill Number | | Est. Arrival Date | |

### 1. Manufacturer's/Supplier's Information

| | |
|---|---|
| Company Name | |
| Street Address 1 | |
| Street Address 2 | |
| City & State/Province | |
| Postal Code | |
| Country | |
| Contact Name | |
| E-mail Address | |

### 2. Seller's Information

| | |
|---|---|
| Company Name | |
| Street Address 1 | |
| Street Address 2 | |
| City & State/Province | |
| Postal Code | |
| Country | |
| Contact Name | |
| E-mail Address | |

### 3. Buyer's Information

| | |
|---|---|
| Company Name | LM SUPPLY, INC |
| Street Address 1 | 13809 20TH STREET N UNIT C |
| Street Address 2 | |
| City & State/Province | TAMPA, FL 33613 |
| Postal Code | |
| Country | USA |
| Contact Name | |
| E-mail Address | |

### 4. Ship to to Party Information

| | |
|---|---|
| Company Name | LM SUPPLY, INC |
| Street Address 1 | 13809 20TH STREET N UNIT C |
| Street Address 2 | |
| City & State/Province | TAMPA, FL 33613 |
| Postal Code | |
| Country | USA |
| Contact Name | |
| E-mail Address | |

### 5. Container Stuffing Location

| | |
|---|---|
| Company Name | |
| Street Address 1 | |
| Street Address 2 | |
| City & State/Province | |
| Postal Code | |
| Country | |
| Contact Name | |
| E-mail Address | |

### 6. Consolidator's Information

| | |
|---|---|
| Company Name | |
| Street Address 1 | |
| Street Address 2 | |
| City & State/Province | |
| Postal Code | |
| Country | |
| Contact Name | |
| E-mail Address | |

### 7. Importer of Record Information

| | |
|---|---|
| Company Name | LM SUPPLY, INC |
| Street Address 1 | 13809 20TH STREET N UNIT C |
| Street Address 2 | |
| City & State/Province | TAMPA, FL 33613 |
| Postal Code | |
| Country | USA |
| Contact Name | |
| E-mail Address | |
| Importer IRS or SSN# | |

### 8. Consignee's Information

| | |
|---|---|
| Company Name | LM SUPPLY, INC |
| Street Address 1 | 13809 20TH STREET N UNIT C |
| Street Address 2 | |
| City & State/Province | TAMPA, FL 33613 |
| Postal Code | |
| Country | USA |
| Contact Name | |
| E-mail Address | |

### 9: Country of Origin(s)

| | |
|---|---|
| Country of Origin(s) | CHINA |

### 10. Harmonized Tariff Numbers (6 - 10 Digits)

| | |
|---|---|
| HTSUS #'s | 2903, 39, 2030 |

PUBLIC VERSION

## CERTIFICATE OF ANALYSIS

DATE: JUNE.30,2017

PRODUCT:R-421A
INVOICE NO.[          ]

ISOTANK NO.[          ]

SPECIFICATION (INCLUDE THE CHEMICAL AND PHYSICAL PROPERTIES):

| DETERMINATION | SPECIFICATION | ACTUAL |
|---|---|---|
| APPEARANCE | | |
| SMELL | | |
| PURITY % | | |
| MOISTURE | | |
| ACIDITY (AS HCL) | | |
| RESIDUE | | |
| NON-CONDENSABLE GASES % | | |

ISOTANK NO[          ]

SPECIFICATION (INCLUDE THE CHEMICAL AND PHYSICAL PROPERTIES):

| DETERMINATION | SPECIFICATION | ACTUAL |
|---|---|---|
| APPEARANCE | | |
| SMELL | | |

PUBLIC VERSION

| | |
|---|---|
| PURITY % | |
| MOISTURE | |
| ACIDITY (AS HCL) | |
| RESIDUE | |
| NON-CONDENSABLE | |
| GASES % | |

THE ABOVE PRODUCT PASS OUR ENTERPRISE STANDARD

Barcode:3848982-02 A-570-028 CIRC - Anti Circumvention Inquiry  -  Unpatented R-421A

PUBLIC VERSION

## PRODUCT QUALITY CERTIFICATE

名称
**Name:**    R-421A

检验日期
**Manufacture date** [

批号
**Lot Number** [

执行标准
**Standard Compliance** [

出厂日期
**Date of packaging** [

数量
**Quantity**    [89T]

| 性状<br>Characteristics | 指标<br>Specification | 检验结果<br>Results |
|---|---|---|
| R-134A 质量分数/%<br>Mass fraction of R-134A/% | | |
| R-125 质量分数/%<br>Mass fraction of R-125 /% | | |
| R-421A 质量分数/%<br>Mass fraction of R-421A/%    ≥ | | ∽ |
| 水分质量分数/%<br>Mass fraction of   moisture/%    ≤ | | |
| 酸度(以 HCL 计)质量分数/%<br>Mass fraction of acidity (as HCL)/%    ≤ | | |
| 蒸发残留物质量分数/%<br>Mass fraction of evaporated residue/%    ≤ | | |
| 氯化物试验<br>Determination of chlorides (CL-) | | |
| 气相不凝性气体体积分数/%<br>Volume fraction of non-condensable gases<br>at 25°C /% | | |

**Source of Sample:** [

**Conclusion:**

PUBLIC VERSION

# NOTICE OF ARRIVAL

ZIM AMERICAN INTEGRATED SHIPPING SERVICES

**ZIM**

Payment Remittance (Provided Below)

Customer Service
Phone:
Fax:
Email:

07/27/2017

| | |
|---|---|
| Shipper: | |
| Shipper Address: | |
| Consignee Name: | LM SUPPLY, INC |
| Consignee Address: | 13809 20TH STREET N UNIT C<br>TAMPA, FL 33613 |
| Notify Name: | LM SUPPLY, INC |
| Notify Address: | 13809 20TH STREET N UNIT C<br>TAMPA, FL 33613 |
| Vessel/Voyage: | CAPE MARTIN/45149 |
| ETA: | |
| Exchange Method: | SEAWAY BILL |
| Bill of Lading: | ZIMUNGB8148492 |

| | |
|---|---|
| Service: | |
| Date of Loading at | |
| Original Port of Loading: | |
| Customs Clearance: | TAMPA (FL) |

Port of Loading : NINGBO,CHINA
Port of Destination: TAMPA (FL)PORTS AMERICA
Manifest Destination:

| Container | Type | Seal | Weight | Package |
|---|---|---|---|---|
| Commodity | | | | |
| Commodity | | | | |

TOTAL: 84000

FIRMS CODE:

| | | |
|---|---|---|
| CONTAINER MANAGEMENT FEE | USD | |
| DESTINATION PORT/TERMINAL SECURITY CHARGE | USD | |
| INTERNATIONAL SHIP SECURITY | USD | |
| OCEAN FREIGHT | USD | |
| SECURITY MANIFEST CHARGE | USD | |
| WHARFAGE | USD | |
| WHARFAGE ADMINISTRATION CHARGE | USD | |
| TOTAL COLLECT | USD | 7260 |
| ADJUSTED COLLECT | USD | |
| CHARGES PAYABLE IN CURRENCY AS INDICATED | | |

*** IMPORTANT NOTICE ***
Payment Remittance

Page 1 of 2

Make check payable to:

Barcode:3848982-02 A-570-028 CIRC - Anti Circumvention Inquiry  -  Unpatented R-421A

PUBLIC VERSION

ZIM | Trace Shipment                                    Page 1 of 1



ZIM > Trace Shipment

**Trace Shipment**

B/L number:

| | |
|---|---|
| Port of Loading: | Ningbo (ZJ), China. People's Republic |
| Port of Destination: | Tampa (FL), U.S.A. |

| Local Depature | Local Arrival | Vessel Code | Vessel & Voyage | Partner Voyage No. |
|---|---|---|---|---|
| | | | | |

| Container Number | Last Activity | Last Location | Type & Size | Date | Estimated Arrival Date |
|---|---|---|---|---|---|
| | | | | | |

ZIM Integrated Shipping Services Ltd is one of the leading carriers in the
global container shipping industry. ZIM operates a modern fleet and a
network of shipping lines offering cargo transportation services on all major
global trade routes, supported by the company's local offices and
representatives around the world.

© ZIM Integrated Shipping Services Ltd. | All rights reserved

Filed By: Andrew Medley, Filed Date: 6/14/19 11:32 AM, Submission Status: Approved

Barcode:3848982-02 A-570-028 CIRC - Anti Circumvention Inquiry - Unpatented R-421A

PUBLIC VERSION

# Exhibit 2
# "ASHRAE" Specifications

Barcode:3848982-02 A-570-028 CIRC - Anti Circumvention Inquiry  -  Unpatented R-421A

PUBLIC VERSION

Public Version

Attachment 1

ASHRAE Refrigerants Designation

Standard 34, 2013

PUBLIC VERSION

Public Document


Shaping Tomorrow's
Built Environment Today

## Standards, Research & Technology

### ASHRAE Refrigerant Designations

The tables contained on this page list approved refrigerant numbers from ANSI/ASHRAE 34-2013, *Designation and Safety Classification of Refrigerants*, the latest edition of Standard 34, which describes a shorthand way of naming refrigerants and assigns safety classifications based on toxicity and flammability data.*

Further information can be found in the latest version of Standard 34, available in the ASHRAE bookstore, and its published addenda, available on the Standards Addenda page.

**Quicklinks:**

**Refrigerants**

- Methane Series
- Ethane Series
- Ethers
- Propane
- Cyclic Organic Compounds
- Miscellaneous Organic Compounds
- Nitrogen Compounds
- Inorganic Compounds
- Unsaturated Organic Compounds

**Refrigerant Blends**

- Zeotropes
- Azeotropes


Designation and
Safety Classification of
Refrigerants


See the latest Addenda

Purchase Standard 34-2013

### Refrigerants

| Number | Chemical Name | Chemical Formula |
|---|---|---|
| **Methane Series** | | |
| 11 | trichlorofluoromethane | $CCl_3F$ |
| 12 | dichlorodifluoromethane | $CCl_2F_2$ |
| 12B1 | bromochlorodifluoromethane | $CBrClF_2$ |
| 13 | chlorotrifluoromethane | $CClF_3$ |
| 13B1 | bromotrifluoromethane | $CBrF_3$ |
| 14e | tetrafluoromethane (carbon tetrafluoride) | $CF_4$ |
| 21 | dichlorofluoromethane | $CHCl_2F$ |
| 22 | chlorodifluoromethane | $CHClF_2$ |
| 23 | trifluoromethane | $CHF_3$ |
| 30 | dichloromethane (methylene chloride) | $CH_2Cl_2$ |
| 31 | chlorofluoromethane | $CH_2ClF$ |
| 32 | difluoromethane (methylene fluoride) | $CH_2F_2$ |
| 40 | chloromethane (methyl chloride) | $CH_3Cl$ |
| 41 | fluoromethane (methyl fluoride) | $CH_3F$ |
| 50 | methane | $CH_4$ |

PUBLIC VERSION

| Number | Chemical Name | Chemical Formula |
|---|---|---|
| **Ethane Series** | | |
| 113 | 1,1,2-trichloro-1,2,2-trifluoroethane | $CCl_2FCClF_2$ |
| 114 | 1,2-dichloro-1,1,2,2-tetrafluoromethane | $CClF_2CClF_2$ |
| 115 | chloropentafluoroethane | $CClF_2CF_3$ |
| 116 | hexafluoroethane | $CF_3CF_3$ |
| 123 | 2,2-dichloro-1,1,1-trifluoroethane | $CHCl_2CF_3$ |
| 124 | 2-chloro-1,1,1,2-tetrafluoroethane | $CHClFCF_3$ |
| 125 | pentafluoroethane | $CHF_2CF_3$ |
| 134a | 1,1,1,2-tetrafluoroethane | $CH_2FCF_3$ |
| 141b | 1,1-dichloro-1-fluoroethane | $CH_3CCl_2F$ |
| 142b | 1-chloro-1,1-difluoroethane | $CH_3CClF_2$ |
| 143a | 1,1,1-trifluoroethane | $CH_3CF_3$ |
| 152a | 1,1-difluoroethane | $CH_3CHF_2$ |
| 170 | ethane | $CH_3CH_3$ |

| Number | Chemical Name | Chemical Formula |
|---|---|---|
| **Ethers** | | |
| E170 | Dimethyl Ether | $CH_3OCH_3$ |

| Number | Chemical Name | Chemical Formula |
|---|---|---|
| **Propane** | | |
| 218 | octafluoropropane | $CF_3CF_2CF_3$ |
| 227ea | 1,1,1,2,3,3,3-heptafluoropropane | $CF_3CHFCF_3$ |
| 236fa | 1,1,1,3,3,3-hexafluoropropane | $CF_3CH_2CF_3$ |
| 245fa | 1,1,1,3,3-pentafluoropropane | $CHF_2CH_2CF_3$ |
| 290 | propane | $CH_3CH_2CH_3$ |

| Number | Chemical Name | Chemical Formula |
|---|---|---|
| **Cyclic Organic Compounds** | | |
| C318 | octafluorocyclobutane | $\text{-}(CF_2)_4\text{-}$ |

**Miscellaneous Organic Compounds**

| Number | Chemical Name | Chemical Formula |
|---|---|---|
| *hydrocarbons* | | |
| 600 | butane | $CH_3CH_2CH_3A3$ |
| 600a | isobutane | $CH(CH_3)_2CH_3A3$ |
| 601 | Pentane | $CH_3CH_2CH_2 CH_2CH_3$ |
| 601a | Isopentane | $CH(CH_3)_2 CH_2CH_3$ |
| *oxygen compounds* | | |
| 610 | ethyl ether | $CH_3CH_2 OCH_2CH_3$ |
| 611 | methyl formate | $HCOOCH_3$ |
| *sulfur compounds* | | |
| 620 | (Reserved for future assignment) | |

| Number | Chemical Name | Chemical Formula |
|---|---|---|

PUBLIC VERSION

### Nitrogen Compounds

| 630 | methyl amine | $CH_3NH_2$ |
| 631 | ethyl amine | $CH_3CH_2(NH_2)$ |

| Number | Chemical Name | Chemical Formula |
| --- | --- | --- |
| **Inorganic Compounds** | | |
| 702 | hydrogen | $H_2$ |
| 704 | helium | $He$ |
| 717 | ammonia | $NH_3$ |
| 718 | water | $H_2O$ |
| 720 | neon | $Ne$ |
| 728 | nitrogen | $N_2$ |
| 732 | oxygen | $O_2$ |
| 740 | argon | $Ar$ |
| 744 | carbon dioxide | $CO_2$ |
| 744A | nitrous oxide | $N_2O$ |
| 764 | sulfur dioxide | $SO_2$ |

| Number | Chemical Name | Chemical Formula |
| --- | --- | --- |
| **Unsaturated Organic Compounds** | | |
| 1150 | ethene (ethylene) | $CH_2=CH_2$ |
| 1234yf | 2,3,3,3-tetrafluoro-1-propene | $CF_3CF=CH_2$ |
| 1234ze (E) | trans-1,3,3,3-tetrafluoro-1-propene | $CF_3CH=CHF$ |
| 1270 | propene (propylene) | $CH_3CH=CH_2$ |

### Refrigerant Blends

| Number | Refrigerant Composition (Mass % ) |
| --- | --- |
| **Zeotropes** | |
| 400 | R-12/114 (must be specified) (50.0/50.0) (60.0/40.0) |
| 401A | R-22/152a/124 (53.0/13.0/34.0) |
| 401B | R-22/152a/124 (61.0/11.0/28.0 |
| 401C | R-22/152a/124 (33.0/15.0/52.0) |
| 402A | R-125/290/22 (60.0/2.0/38.0) |
| 402B | R-125/290/22 (38.0/2.0/60.0) |
| 403A | R-290/22/218 (5.0/75.0/20.0) |
| 403B | R-290/22/218 (5.0/56.0/39.0) |
| 404A | R-125/143a/134a (44.0/52.0/4.0) |
| 405A | R-22/152a/142b/C318 (45.0/7.0/5.5/42.5) |
| 406A | R-22/600a/142b (55.0/4.0/41.0) |
| 407A | R-32/125/134a (20.0/40.0/40.0) |
| 407B | R-32/125/134a (10.0/70.0/20.0) |
| 407C | R-32/125/134a (23.0/25.0/52.0) |
| 407D | R-32/125/134a (15.0/15.0/70.0) |
| 407E | R-32/125/134a (25.0/15.0/60.0) |
| 407F | R-32/125/134a (30.0/30.0/40.0) |

PUBLIC VERSION

| | |
|---|---|
| 407G | R-32/125/134a (2.5/2.5/95.0) |
| 407H | R-32/125/134a (32.5/15.0/52.5) |
| 408A | R-125/143a/22 (7.0/46.0/47.0) |
| 409A | R-22/124/142b (60.0/25.0/15.0) |
| 409B | R-22/124/142b (65.0/25.0/10.0) |
| 410A | R-32/125 (50.0/50.0) |
| 410B | R-32/125 (45.0/55.0) |
| 411A | R-1270/22/152a) (1.5/87.5/11.0) |
| 411B | R-1270/22/152a (3.0/94.0/3.0) |
| 412A | R-22/218/143b (70.0/5.0/25.0 ᴿ |
| 413A | R-218/134a/600a (9.0/88.0/3.0) |
| 414A | R-22/124/600a/142b (51.0/28.5/4.0/16.5) |
| 414B | R-22/124/600a/142b (50.0/39.0/1.5/9.5) |
| 415A | R-22/152a (82.0/18.0) |
| 415B | R-22/152a (25.0/75.0) |
| 416A | R-134a/124/600 (59.0/39.5/1.5) |
| 417A | R-125/134a/600 (46.6/50.0/3.4) |
| 417B | R-125/134a/600 (79.0/18.3/2.7) |
| 417C | R-125/134a/600 (19.5/78.8/1.7) |
| 418A | R-290/22/152a (1.5/96.0/2.5) |
| 419A | R-125/134a/E170 (77.0/19.0/4.0) |
| 419B | R-125/134a/E170 (48.5/48.0/3.5) |
| 420A | R-134a/142b (88.0/12.0) |
| 421A | R-125/134a (58.0/42.0) |
| 421B | R-125/134a (85.0/15.0) |
| 422A | R-125/134a/600a (85.1/11.5/3.4) |
| 422B | R-125/134a/600a (55.0/42.0/3.0) |
| 422C | R-125/134a/600a (82.0/15.0/3.0) |
| 422D | R-125/134a/600a (65.1/31.5/3.4) |
| 422E | R-125/134a/600a (58.0/39.3/2.7) |
| 423A | 134a/227ea (52.5/47.5) |
| 424A | R-125/134a/600a/600/601a (50.5/47.0/0.9/1.0/0.6) |
| 425A | R-32/134a/227ea (18.5/69.5/12) |
| 426A | R-125/134a/600/601a (5.1/93.0/1.3/0.6) |
| 427A | R-32/125/143a/134a (15.0/25.0/10.0/50.0) |
| 428A | R-125/143a/290/600a (77.5/20.0/0.6/1.9) |
| 429A | R-E170/152a/600a (60.0/10.0/30.0) |
| 430A | R-152a/600a (76.0/24.0) |
| 431A | R-290/152a (71.0/29.0) |
| 432A | R-1270/E170 (80.0/20.0) |
| 433A | R-1270/290 (30.0/70.0) |
| 433B | R-1270/290 (5.0/95.0) |
| 433C | R-1270/290 (25.0/75.0) |

PUBLIC VERSION

| Number | Refrigerant Composition (Mass %) |
|---|---|
| 434A | R-125/143a/134a/600a |
| 435A | R-E170/152a (80.0/20.0) |
| 436A | R-290/600a (56.0/44.0) |
| 436B | R-290/600a (52.0/48.0) |
| 437A | R-125/134a/600/601 (19.5/78.5/1.4/0.6) |
| 438A | R-32/125/134a/600/601a (8.5/45.0/44.2/1.7/0.6) |
| 439A | R-32/125/600a (50.0/47.0/3.0) |
| 440A | R-290/134a/152a (0.6/1.6/97.8) |
| 441A | R-170/290/600a/600 (3.1/54.8/6.0/36.1) |
| 442A | R-32/125/134a/152a/227ea (31.0/31.0/30.0/3.0/5.0) |
| 443A | R-1270/290/600a (55.0/40.0/5.0) |
| 444A | R-32/152a/1234ze(E) (12.0/5.0/83.0) |
| 445A | R-744/134a/1234ze(E) (6.0/9.0/85.0) |
| 447B | R-32/125/1234ze (E) (68.0/8.0/24.0) |
| 449C | R-32/125/1234yf/134a (20.0/20.0/31.0/29.0) |
| 452B | R-32/125/1234yf (67.0/7.0/26.0) |
| 452C | R-32/125/1234yf (12.5/61.0/26.5) |
| 454C | R-32/1234yf (21.5/78.5) |
| 455A | R-744/32/1234yf (3.0/21.5/75.5) |
| 456A | R-32/134a/1234ze(E) (6.0/45.0/49.0) |
| 457A | R-32/1234yf/152a (18.0/70.0/12.0) |
| 458A | R-32/125/134a/227ea/236fa (20.5/4.0/61.4/13.5/0.6) |
| 459A | R-32/1234yf/1234ze(E) (68.0/26.0/6.0) |
| 459B | LTR 11: R-32/1234yf/1234ze(E) (21.0/69.0/10.0) |
| 460A | LTR 10: R-32/125/134a/1234ze(E) (12.0/52.0/14.0/22.0) |
| 460B | LTR4X10: R-32/125/134a/1234ze(E) (28.0/25.0/20.0/27.0) |

| Number | Refrigerant Composition (Mass %) |
|---|---|
| **Azeotropes** | |
| 500 | R-12/152a (73.8/26.2) |
| 501 | R-22/12 (75.0/25.0) |
| 502 | R-22/115 (48.8/51.2) |
| 503 | R-23/13 (40.1/59.9) |
| 504 | R-32/115 (48.2/51.8) |
| 505 | R-12/31 (78.0/22.0) |
| 506 | R-31/114 (55.1/44.9) |
| 507A | R-125/143a (50.0/50.0) |
| 508A | R-23/116 (39.0/61.0) |
| 508B | R-23/116 (46.0/54.0) |
| 509A | R-22/218 (44.0/56.0) |
| 511A | R-290/E170 (95.0/5.0) |

PUBLIC VERSION

| 512A | R-134a/152a (5.0/95.0) |
| 513B | R-1234yf/134a (58.5/41.5) |
| 514A | R-1336mzz(Z)/1130(E) (74.7/25.3) |
| 515A | R-1234ze (E)/227ea (88.0/12.0) |

\* This list is not intended to be complete or definitive. Please refer to the latest edition of ASHRAE Standard 34 and all published addenda for complete information on refrigerant designations and safety classifications.
For more information on ASHRAE Standard 34 please contact the Assistant Manager of Standards - International or the Manager of Standards at ASHRAE, 1791 Tullie Circle, N.E., Atlanta, GA 30329-2305.
PHONE: 404-636-8400
FAX: 404-321-5478
E-mail: standards.section@ashrae.org
Updated 9/27/2016

PUBLIC VERSION

## PUBLIC SERVICE LIST

**Hydrofluorocarbon Blends and Components Thereof from the People's Republic of China**
**Case No. A-570-028**
**Scope Inquiry Certain R-32/R-125 Blends**

I, Jeffrey S. Neeley, hereby certify that a copy of the foregoing submission was served in accordance with the Public Service List, published by the U.S. Department of Commerce on June 30, 2017. Service was made on the following parties on December 20, 2017 via first class mail.

James R. Cannon, Jr., Esq.
Cassidy Levy Kent LLP
2000 Pennsylvania Avenue, NW
Suite 3000
Washington, DC 20006

Lizbeth R. Levinson, Esq.
Kutak Rock, LLP
Suite 1000
1101 Connecticut Ave., NW
Washington, DC 20036

Gregory S. Menegaz, Esq.
deKieffer & Horgan, PLLC
1455 Pennsylvania Avenue, NW
Suite 900B
Washington, DC 20004

Bruce M. Mitchell, Esq.
Grunfeld, Desiderio, Lebowitz, Silverman & Klestadt LLP
1201 New York Ave, NW
Suite 650
Washington, DC 20005

John C. Fusco, Esq.
Locke Lord LLP
201 Broad Street
Stamford, CT 06901

Robert G. Gosselink, Esq.
Trade Pacific PLLC
660 Pennsylvania Avenue, SE
Suite 401
Washington, DC 20003

Nithya Nagarajan, Esq.
Law Offices of Nithya Nagarajan, LLC
9101 Friars Road
Bethesda, MD 20817

Peter V. Williams
The New Era Group Inc.
17 Grey Moss Road
Murrells Inlet
South Carolina, 29576

Frank H. Morgan, Esq.
Trade Law Defense PLLC
218 North Lee Street
Third Floor
Alexandria, VA 22314

John E. Poole
Managing Director
Refrigerant Solutions Limited
8 Murieston Road
Hale, Altrincham
Cheshire WA15 9ST

Deborah Dayton
Weitron International Refrigeration Equipment (Kunshan) Co., Ltd.
801 Pencader Drive
Newark, DE 19702

/s/Jeffrey S. Neeley
Jeffrey S. Neeley