Exhibit G

# HUSCH BLACKWELL

Nithya Nagarajan
Partner

750 17th St. N.W., Suite 900
Washington, DC  20006-4675
Direct: 202.378.2409
Fax: 202.378.2319
nithya.nagarajan@huschblackwell.com

April 27, 2018

Case No. A-570-028
Total Pages: 119
Scope Inquiry: CBP EAPA Inv. No. 7212
E&C: Office II

**PUBLIC VERSION**
Business Proprietary Information removed from
brackets on Narrative pages 2-5 and Exhibits 2 and
3.

The Honorable Wilbur Ross
Secretary of Commerce
Attention:  Enforcement and Compliance
APO/Dockets Unit, Room 18022
U.S. Department of Commerce
14th Street and Constitution Avenue, NW
Washington, DC  20230

Re:     **Hydrofluorocarbon Blends from the People's Republic of China:
Supplemental Questionnaire Response**

Dear Secretary Ross:

On behalf of LM Supply, Inc. ("LM Supply"), we hereby submit the following response

to the Department's Supplemental Questionnaire issued on April 4, 2018.

PUBLIC VERSION

## REQUEST FOR PROPRIETARY TREATMENT

Certain information contained herein is business confidential data that is proprietary. This information is enclosed with brackets ("[ ]").  Disclosure of this information would cause substantial competitive and commercial harm to the parties.  Such data is marked as "Proprietary Treatment Requested."  Confidential treatment, subject to administrative protective order, is requested pursuant to 19 C.F.R. § 351.105(c) (2012).  Information marked as business proprietary has been so marked for one or more of the following reasons, in accordance with 19 C.F.R. §351.105(c) (2012):

(1)   Business or trade secrets concerning the nature of a product or production process;

(2)   Production costs (but not the identity of the production components unless a particular component is a trade secret);

(3)   Distribution costs and channels of distribution;

(4)   Terms of sale (but not terms of sale offered to the public);

(5)   Prices of individual sales, likely sales, or other offers (but not components of prices, such as transportation, if based on published schedules, dates of sale, product descriptions except business or trade secrets described in term 1 above, or order numbers);

(6)   Names of particular customers, distributors, or suppliers (but not destination of sale or designation of type of customer, distributor, or supplier, unless the designation of destination would reveal the name);

(7)   In an antidumping proceeding, the exact amount of the dumping margin on individual sales;

(8)   In a countervailing duty proceeding, the exact amount of benefits applied for or received by a person from each of the programs under investigation . . . ;

(9)   The names of particular persons from whom business proprietary information was obtained;

(10)  The position of a domestic producer or workers regarding a petition;

(11)  Any other specific business information the release of which to the public would cause substantial harm to the competitive position of the submitter.

The following lists the pages in which the business proprietary information appears and the reason (referenced by the same number as listed above) that proprietary treatment is requested for such information.

WDC-74187-1

PUBLIC VERSION

Barcode:3848850-04 A-570-028 CIRC - Anti Circumvention Inquiry  -  Unpatented R-421A

| Pages & Exhibit | Reason Number |
|---|---|
| Pages 2-5 and Exhibits 2 and 3 | 2, 4, 6, and 11 |

The disclosure of this information would cause substantial competitive harm to LM Supply. Where appropriate, the data will be ranged or indexed in the public version of this submission.

In accordance with the Department's instructions, we are filing this submission electronically. This submission includes statements of fact, documents, and data submitted under 19 C.F.R. § 351.408(c) pursuant to 19 C.F.R. § 351.102(b)(21)(i).

A public version omitting such proprietary information is filed concurrently with this APO document.

We are delivering APO versions to all counsel on the APO list who have not waived service. Public versions will be served on counsel via electronic mail for those who have consented to such service.

Please contact us if you have any questions regarding this submission or require any additional information.

Respectfully submitted,

Husch Blackwell LLP

_Nithya Nagarajan_

_____

Nithya Nagarajan

WDC-74187-1

Filed By: Andrew Medley, Filed Date: 6/14/19 10:53 AM, Submission Status: Approved

PUBLIC VERSION

## PUBLIC SERVICE LIST

**Hydrofluorocarbon Blends from the People's Republic of China**
**Case No. A-570-028**
**Scope Inquiry (CBP EAPA Inv. No. 7212)**

I, Nithya Nagarajan, hereby certify that a copy of the foregoing submission was served in accordance with the Public Service List, published by the U.S. Department of Commerce on March 29, 2018. Service was made on the following parties on April 27, 2018 via first class mail.

James R. Cannon, Jr., Esq.
Cassidy Levy Kent (USA) LLP
2000 Pennsylvania Ave., NW
Suite 3000
Washington, DC 20006

David M. Williamson, Esq.
Williamson Law + Policy, PLLC
1850 M St NW, Suite 840
Washington, DC 20036

/s/Nithya Nagarajan
Nithya Nagarajan

WDC-74187-1

PUBLIC VERSION

**LM Supply, Inc.**
**13809 20th street North suite C**
**Tampa, FL 33613**

I, **Ben Meng, President,** currently employed by **LM Supply, Inc.** certify that I prepared or otherwise supervised the preparation of the attached submission of **Hydrofluorocarbon Blends from the People's Republic of China: Supplemental Questionnaire Response, due on April 27, 2018**, pursuant to the **Scope Inquiry (CBP EAPA Inv. No. 7212) of Hydrofluorocarbon Blends from the People's Republic of China (A-570-028)**. I certify that the public information and any business proprietary information of **LM Supply, Inc.** contained in the submission is accurate and complete to the best of my knowledge. I am aware that the information contained in this submission may be subject to verification or corroboration (as appropriate) by the U.S. Department of Commerce. I am also aware that U.S. law (including, but not limited to, 18 U.S.C.1001) imposes criminal sanctions on individuals who knowingly and willfully make material false statements to the U.S. Government. In addition, I am aware that, even if this submission may be withdrawn from the record of the AD/CVD proceeding, the U.S. Department of Commerce may preserve this submission, including a business proprietary submission, for purposes of determining the accuracy of this certification. I certify that a copy of this signed certification will be filed with this submission to the U.S. Department of Commerce.

Name: _____

Date: _4/26/2018_____

PUBLIC VERSION
Barcode:3848850-04 A-570-028 CIRC - Anti Circumvention Inquiry  -  Unpatented R-421A

## REPRESENTATIVE CERTIFICATION

I, **Nithya Nagarajan**, with **Husch Blackwell LLP**, counsel to **LM Supply, Inc.**, certify that I have read the attached submission of **Hydrofluorocarbon Blends from the People's Republic of China: Supplemental Questionnaire Response, due on April 27, 2018**, pursuant to the **Scope Inquiry(CBP EAPA Inv. No. 7212) on Hydrofluorocarbon Blends from the People's Republic of China (A-570-028)**. In my capacity as a counsel of this submission, I certify that the information contained in this submission is accurate and complete to the best of my knowledge. I am aware that U.S. law (including, but not limited to, 18 U.S.C. 1001) imposes criminal sanctions on individuals who knowingly and willfully make material false statements to the U.S. Government. In addition, I am aware that, even if this submission may be withdrawn from the record of the AD/CVD proceeding, the Department may preserve this submission, including a business proprietary submission, for purposes of determining the accuracy of this certification. I certify that I am filing a copy of this signed certification with this submission to the U.S. Department of Commerce and that I will retain the original for a five-year period commencing with the filing of this document. The original will be available for inspection by U.S. Department of Commerce officials.

Signature:    _Nithya Nagarajan_

Date:    4/27/18

Filed By: Andrew Medley, Filed Date: 6/14/19 10:53 AM, Submission Status: Approved

Barcode:3848850-04 A-570-028 CIRC - Anti Circumvention Inquiry - Unpatented R-421A

**Scope Inquiry**
**CBP EAPA Inv. No. 7212**

**Hydrofluorocarbon Blends (HFC Blends) from the People's Republic of China**

**A-570-028**

**Request for Information from LM Supply, Inc. (LM Supply)**

The following questions relate to the product included in the referral scope request received from  CBP and placed on the record of this proceeding.  The Department requests that you address the  following questions regarding the importation of R-421A.  If you believe that other information  relating to the assembly of a final finished product is relevant, but is not specifically listed below,   you may provide such information and an explanation of why you believe such information is  pertinent.  Lastly, if you believe that information already on the record is responsive to the   questions below, please provide a summary and citation to such information.

The Department requires complete and detailed responses to the questions below.  Failure to provide full and complete answers may result in insufficient record evidence upon which to base a scope determination.

1.  Describe the R-421A imported by your company.  Provide the chemical composition of this product and supporting product datasheets.

**Response:**

**LM Supply has provided the full chemical composition and datasheets in its**

**"Comments in Response to Kenneth Ponder's and Choice Refrigerants' November 30, 2017**

**Application for Scope Ruling" dated December 27, 2017, at Exhibit 1.  Exhibit 1 lists all the**

**chemical specifications and composition of the imported R-421A.**

2.  Describe any differences between R-421A imported by your company and patented R-421A.

**Response:**

**LM Supply believes that R-421A is a blend of two HFC components which is**

**comprised of 58% of R-125 and 42% of R-134A.  LM Supply imported R-421A which was a**

**blend of HFC Components in the ratio of R-125 (58%) and R-134A (42%).  LM Supply**

**believes that its imported R-421A is the same as Choice's R-421A.**

1

PUBLIC VERSION

3.  Provide an explanation of whether you resell or are an end-user of R-421A.  If you are a reseller, provide an explanation of the types of customers to which you sell the merchandise.  If you are an end-user, describe the product produced and the customers to which you sell the finished product.

**Response:**

**LM Supply neither resells the imported R-421A nor is it an end-user of the imported R-421A.  LM Supply [**

**] in the United States and thus is an importer and [          ] of the imported product.  See Exhibit 2 for the specifications and safety data sheets for [**

**].**

4.  On page 2 of your December 27, 2017, submission on the pending scope inquiry of unpatented R-421A, you state the "company purchases certain chemicals and Hydrofluorocarbon Blends from vendors in China and imports the HFC blends into the United States, either for distribution through a related company, BMP USA, Inc. (BMP USA) or for further processing and distribution through BMP USA."  Respond to the following:

   a.  Describe in detail your relationship with BMP USA and explain what is meant by a "related" company;

**Response:**

**[                    ] is the principle and [          ] of LM Supply and BMP USA.  When LM Supply states that it is a related company it is due to the fact that [**

**] companies.**

   b.  Provide the address of BMP USA;

**Response:**

**BMP USA's address is as follows:**

**5139 West Idlewood Avenue**
**Tampa, FL 33634**

   c.  Describe the chemicals and blends imported from vendors, either by your company or  BMP USA;

2

PUBLIC VERSION

**Response:**

    **LM Supply imports the following components:**

    **R125**
    **R32**
    **R143**
    **R421A**

    **Attached at Exhibit 1 please find the safety data sheets of all the components imported by LM Supply.**

    d. Explain what LM Supply does with the imported R-421A.  For example, does LM Supply resell this blend without alteration to unaffiliated parties?  Does LM Supply or its affiliates further manufacture this blend?  Provide sample invoices to unaffiliated customers supporting your response, along with payment documentation for these invoices.

**Response:**

    **LM Supply imports the components listed above to [                          ] in the United States.  [                ] in the following ratios:**

    **[**

                               **]**

    **To blend R407A, [        ] uses the following ratios:**

    **[**

                               **]**

    **LM Supply consumes all the imported components to blend [                  ].  It has no other use for the imported components.  LM Supply is attaching at Exhibit 3 a copy of [one] invoice issued to an unaffiliated customer.**

    e. If LM Supply, or its affiliates, further manufacture R-421A after importation, describe the further manufacturing performed and name the company performing the further manufacturing.  Identify the finished product and indicate whether it is a refrigerant

3

Barcode:3848850-04 A-570-028 CIRC - Anti Circumvention Inquiry  -  Unpatented R-421A

blend.  Also provide the name and address of any further processors.

**Response:**

      **The components imported by LM Supply are [                ] on LM Supply's behalf to create [            ] blends.**

      **The blending process is relatively straightforward in that a [                                       ] in the aforementioned ratios in a mixing tank.  After the blend is tested to ensure that the component ratios are in compliance with the specifications and standards set by ASHRAE, then the blend is extracted from the mixing tank and packaged into smaller cylinders.**

      **LM Supply uses the following blenders for purposes of blending its [**



      **Of these [**

      **] are unaffiliated with LM Supply.  Furthermore, LM Supply is no longer [                                   ].**

    f. If LM Supply is a reseller, provide a list of the products that it sells in the United States.  Identify on this list any refrigerant blends.

**Response:**

      **As noted above, LM Supply is not a reseller, and thus this question is inapplicable.**

Filed By: Andrew Medley, Filed Date: 6/14/19 10:53 AM, Submission Status: Approved

Barcode:3848850-04 A-570-028 CIRC - Anti Circumvention Inquiry  -  Unpatented R-421A

g. Provide a list of the products that BMP USA sells in the United States.  Identify on this list any refrigerant blends.

**Response:**

**BMP sells the following products in the United States.**

**BMP sells refrigerant blends: R410A, R404A, R507, R407A, and R407C.  It also sells R134A as a single component which is subject to a separate and distinct antidumping duty order.**

**BMP sells several other refrigerant components and AC components, including but not limited to -- tie downs, air handler stands, duct knife, contactors, lift dollys, ladders, filter driers, electrical whips, disconnects, cooper fittings, and assorted other AC components which are not HFC blends or individual HFC components.  See Exhibit 4.**

h. Provide the website address for your company and BMP USA.  Also provide a printout of the information shown on these websites related to the products sold by the companies.

**Response:**

**LM Supply does not have a website.  BMP's website address is www.bmp-usa.com.  A copy of the information from the website is provided at Exhibit 4 to this response along with a list of the products identified in subpart (g) above.**

5. Provide the names, addresses and facsimile numbers of the companies from which you import.

**Response:**

**LM Supply purchases from [                              ] which is the [**

**          ] to LM Supply.  The full name and address of its supplier is as follows:**

**].**

Filed By: Andrew Medley, Filed Date: 6/14/19 10:53 AM, Submission Status: Approved

PUBLIC VERSION

**SUPPLEMENTAL QUESTIONNAIRE**
**Hydrofluorocarbon Blends from China**
*LM Supply, Inc.*

**LIST OF EXHIBITS**

| Exhibit No. | Title | BPI/Public |
|---|---|---|
| 1 | ASHRAE and Components Safety Data sheets | Public |
| 2 | Specifications and Safety Data sheets | BPI |
| 3 | Copies of Invoice Issued to Unaffiliated Customers | BPI |
| 4 | List of Products Sold by BMP USA | Public |

PUBLIC VERSION

Barcode:3848850-04 A-570-028 CIRC - Anti Circumvention Inquiry  -  Unpatented R-421A

| 1 | ASHRAE and Components Safety Data sheets | Public |
|---|---|---|

Barcode:3848850-04 A-570-028 CIRC - Anti Circumvention Inquiry - Unpatented R-421A

# AHRI Standard 700 with Addendum 1

## 2017 Standard for

# Specifications for Refrigerants



2111 Wilson Boulevard, Suite 500
Arlington, VA  22201, USA
www.ahrinet.org
PH 703.524.8800
FX 703.562.1942

AIR-CONDITIONING, HEATING,
& REFRIGERATION INSTITUTE

we make life better℠

Filed By: Andrew Hadley, Filed Date: 6/14/19 10:53 AM, Submission Status: Approved

PUBLIC VERSION
Barcode:3848850-04 A-570-028 CIRC - Anti Circumvention Inquiry  -  Unpatented R-421A



# AHRI STANDARD 700-2017 WITH ADDENDUM 1,
## *SPECIFICATIONS FOR REFRIGERANTS*

### September 2017

Addendum 1 (dated September 2017) of AHRI Standard 700-2017, Specifications for Refrigerants, modifies AHRI Standard 700-2017 as follows.  The following changes have been incorporated (additions are shown with shading) as well as the addition of refrigerants R-407H, R-461A, R-462A, R-514A, and R-516A to the scope of Section 2 and to Table 2A and Table 3 respectively of AHRI Standard 700-2017.  The September 2017 Addendum 1 has been incorporated into the already published 2017 version of AHRI Standard 700 to avoid confusion.

The changes include:

**2.1.4** Zeotropic Blend Refrigerants: R-401A; R-401B; R-402A; R-402B; R-403A; R-403B; R-404A; R-405A; R-406A; R-407A; R-407B; R-407C; R-407D; R-407E; R-407F; R-407G; R407H; R-408A; R-409A; R-409B; R-410A; R-410B; R-411A; R-411B; R-412A; R-413A; R-414A; R-414B; R-415A; R-415B; R-416A; R-417A; R-417B; R-417C; R-418A; R-419A; R-419B; R-420A; R-421A; R-421B; R-422A; R-422B; R-422C; R-422D; R-422E; R-423A; R-424A; R-425A; R-426A; R-427A; R-428A; R-429A; R-430A; R-431A; R-434A; R-435A; R-437A; R-438A; R-439A; R-440A; R-442A; R-444A; R-444B; R-445A; R-446A; R-447A; R-447B; R-448A; R-449A; R-449B; R-449C; R-450A; R-451A; R-451B; R-452A; R-452B; R-452C; R-453A; R-454A; R-454B; R-454C; R-455A; R-456A; R-457A; R-458A; R-459A; R-459B; R-460A; R-460B; R-461A; and R-462A

**2.1.6** Azeotropic Blend Refrigerants:  R-500; R-502; R-503; R-507A; R-508A; R-508B; R-509A; R-510A; R-511A; R-512A; R-513A; R-513B; R-514A; R-515A; and R-516A.

PUBLIC VERSION
Barcode:3848850-04 A-570-028 CIRC - Anti Circumvention Inquiry - Unpatented R-421A

---

**IMPORTANT**

## *SAFETY DISCLAIMER*

AHRI does not set safety standards and does not certify or guarantee the safety of any products, components or systems designed, tested, rated, installed or operated in accordance with this standard/guideline. It is strongly recommended that products be designed, constructed, assembled, installed and operated in accordance with nationally recognized safety standards and code requirements appropriate for products covered by this standard/guideline.

AHRI uses its best efforts to develop standards/guidelines employing state-of-the-art and accepted industry practices. AHRI does not certify or guarantee that any tests conducted under its standards/guidelines will be non-hazardous or free from risk.

---

Note:

This standard supersedes AHRI Standard 700-2017.

## AHRI CERTIFICATION PROGRAM PROVISIONS

### Scope of the Certification Programs

The Reclaimed Refrigerant and Refrigerant Testing Laboratory Certification Programs are based on this standard. The Reclaimed Refrigerant Certification Program includes purity specifications for reclaimed refrigerants. The Refrigerant Testing Laboratory Certification Program includes verification for refrigerant testing laboratories that perform testing of refrigerants to AHRI Standard 700.

### Certified Ratings

The following ratings are verified by test for the Reclaimed Refrigerant Certification Program:

 a. Water (ppm by weight)
 b. Chloride (pass/fail)
 c. Acidity (ppm by weight)
 d. High boiling residue (% by volume or % by weight)
 e. Particulates/solids (pass/fail)
 f. Air and other non-condensables (% by volume)
 g. All other volatile impurities (% by weight)

The following contaminants are verified by test for the Refrigerant Testing Laboratory Certification Program:

 a. Water (ppm by weight)
 b. High boiling residue (% by volume or % by weight)
 c. Air and other non-condensables (% by volume)
 d. All other volatile impurities (% by weight)



©Copyright 2017, by Air-Conditioning, Heating, and Refrigeration Institute
Registered United States Patent and Trademark Office

Filed By: Andrew Medley, Filed Date: 6/14/19 10:53 AM, Submission Status: Approved

PUBLIC VERSION

Barcode:3848850-04 A-570-028 CIRC - Anti Circumvention Inquiry  -  Unpatented R-421A

# TABLE OF CONTENTS

SECTION                                                                                         PAGE

Section 1.          Purpose ...................................................................................................... 1

Section 2.          Scope ......................................................................................................... 1

Section 3.          Definitions ................................................................................................. 2

Section 4.          Characterization of Refrigerants and Contaminants ................................. 2

Section 5.          Sampling and Summary of Test Procedures ............................................. 3

Section 6.          Reporting Procedure .................................................................................. 6

Section 7.          Conformance Conditions ........................................................................... 6


## TABLES

Table 1A.          Single Component Fluorocarbon Refrigerants Characteristics and
                   Allowable Levels of Contaminants ........................................................... 7

Table 1B.          Single Component Hydrocarbon Refrigerants Characteristics and
                   Allowable Levels of Contaminants ........................................................... 10

Table 1C.          Carbon Dioxide Refrigerant Characteristics and
                   Allowable Levels of Contaminants ........................................................... 11

Table 2A.          Zeotropic Blends (400 Series Refrigerants) Characteristics and
                   Allowable Levels of Contaminants ........................................................... 12

Table 2B.          Hydrocarbon Blends (400 & 500 Series Refrigerants) Characteristics and
                   Allowable Levels of Contaminants ........................................................... 22

Table 3.           Azeotropic Blends (500 Series Refrigerants) Characteristics and
                   Allowable Levels of Contaminants ........................................................... 23


## APPENDICES

Appendix A.         References - Normative ............................................................................. 25

Appendix B.         References - Informative ............................................................................ 25

Appendix C.         Analytical Procedures for AHRI Standard 700 - Normative ..................... 26

Appendix D.         Gas Chromatograms for AHRI Standard 700 - Informative....................... 27

# SPECIFICATIONS FOR REFRIGERANTS

## Section 1.  Purpose

**1.1** *Purpose.*  The purpose of this standard is to establish purity specifications, to verify composition, and to specify the associated methods of testing for acceptability of the refrigerants listed in Section 2.1 regardless of source (new, reclaimed and/or repackaged) for use in new and existing refrigeration and air-conditioning products within the scope of AHRI.

> **1.1.1** *Intent.*  This standard is intended for the guidance of the industry including manufacturers, reclaimers, repackagers, distributors, installers, servicemen, contractors and users of fluorocarbon, hydrocarbon and carbon dioxide containing refrigerants.

> **1.1.2** *Review and Amendment.*  This standard is subject to review and amendment as technology advances or as additional data becomes available.  This data can be submitted to AHRI for review.

## Section 2.  Scope

**2.1** *Scope.*  This standard specifies acceptable levels of contaminants (purity requirements) for fluorocarbon, hydrocarbon, and carbon dioxide refrigerants regardless of source and lists acceptable test methods.  These refrigerants are as referenced in the ANSI/ASHRAE Standard 34 with Addenda.

> **2.1.1** Single-Component Fluorocarbon Refrigerants: R-11; R-12; R-13; R-22; R-23; R-32; R-113; R-114; R-115; R-116; R-123; R-124; R-125; R-134a; R-141b; R-142b; R-143a; R-152a; R-218; R-227ea; R-236fa; R-245fa; R-1233zd(E); R-1234yf; R-1234ze(E); and R-1336mzz(Z).

> **2.1.2** Single Component Hydrocarbon Refrigerants: R-50; R-170; R-E170; R-290; R-600; R-600a; R-601; R-601a; R-610; R-1150; and R-1270.

> **2.1.3** Carbon Dioxide Refrigerant: R-744.

> **2.1.4** Zeotropic Blend Refrigerants: R-401A; R-401B; R-402A; R-402B; R-403A; R-403B; R-404A; R-405A; R-406A; R-407A; R-407B; R-407C; R-407D; R-407E; R-407F; R-407G; R407H; R-408A; R-409A; R-409B; R-410A; R-410B; R-411A; R-411B; R-412A; R-413A; R-414A; R-414B; R-415A; R-415B; R-416A; R-417A; R-417B; R-417C; R-418A; R-419A; R-419B; R-420A; R-421A; R-421B; R-422A; R-422B; R-422C; R-422D; R-422E; R-423A; R-424A; R-425A; R-426A; R-427A; R-428A; R-429A; R-430A; R-431A; R-434A; R-435A; R-437A; R-438A; R-439A; R-440A; R-442A; R-444A; R-444B; R-445A; R-446A; R-447A; R-447B; R-448A; R-449A; R-449B; R-449C; R-450A; R-451A; R-451B; R-452A; R-452B; R-452C; R-453A; R-454A; R-454B; R-454C; R-455A; R-456A; R-457A; R-458A; R-459A; R-459B; R-460A; R-460B; R-461A; and R-462A

> **2.1.5** Zeotropic Hydrocarbon Blend Refrigerants: R-432A; R-433A; R-433B; R-433C; R-436A; R-436B; R-441A; and R-443A.

> **2.1.6** Azeotropic Blend Refrigerants:  R-500; R-502; R-503; R-507A; R-508A; R-508B; R-509A; R-510A; R-511A; R-512A; R-513A; R-513B; R-514A; R-515A; and R-516A.

1

AHRI 2021 R-421A Circumvention Inquiry - Unpatented R-421A

## Section 3.  Definitions

All terms in this document will follow the standard industry definitions in the *ASHRAE Terminology* website (https://www.ashrae.org/resources--publications/free-resources/ashrae-terminology) unless otherwise defined in this section.

**3.1**     *"Shall"* or *"Should"*.  "Shall" or "should" shall be interpreted as follows:

    **3.1.1**  *Shall*.  Where "shall" or "shall not" is used for a provision specified, that provision is mandatory if compliance with the standard is claimed.

    **3.1.2**  *Should*.  "Should" is used to indicate provisions which are not mandatory but which are desirable as good practice.

## Section 4.  Characterization of Refrigerants and Contaminants

**4.1**     *Characterization.* Characterization of single component fluorocarbon (Table 1A) and zeotropic/azeotropic blend (Table 2A/3) refrigerants and contaminants are listed in the following general classifications:

    **4.1.1** Isomer content (see Table 1A)
    **4.1.2** Air and other non-condensables (see Tables 1A, 2A, 3)
    **4.1.3** Water (see Tables 1A, 2A, 3)
    **4.1.4** All other volatile impurities (see Tables 1A, 2A, 3)
    **4.1.5** High boiling residue (see Tables 1A, 2A, 3)
    **4.1.6** Particulates/solids (see Tables 1A, 2A, 3)
    **4.1.7** Acidity (see Tables 1A, 2A, 3)
    **4.1.8** Chloride (see Tables 1A, 2A, 3)

**4.2**     *Hydrocarbon Characterization.* Characterization of hydrocarbon refrigerants (Tables 1B and 2B) and contaminants are listed in the following general classifications:

    **4.2.1** Nominal composition (see Tables 1B, 2B)
    **4.2.2** Other allowable impurities (see Table 1B)
    **4.2.3** Air and other non-condensables (see Tables 1B, 2B)
    **4.2.4** Sulfur odor (see Tables 1B, 2B)
    **4.2.5** High boiling residue (see Tables 1B, 2B)
    **4.2.6** Particulates/solids (see Tables 1B, 2B)
    **4.2.7** Acidity (see Tables 1B, 2B)
    **4.2.8** Water (see Tables 1B, 2B)
    **4.2.9** All other volatile impurities (see Tables 1B, 2B)
    **4.2.10** Total $C_3$, $C_4$ and $C_5$ polyolefins (see Tables 1B, 2B)
    **4.2.11** Chloride (see Table 2B)

**4.3**     *Carbon Dioxide Characterization.* Characterization of carbon dioxide (Table 1C) and its contaminants are listed in the following general classifications:

    **4.3.1** Purity (see Table 1C)
    **4.3.2** Air and other non-condensables (see Table 1C)
    **4.3.3** Water (see Table 1C)
    **4.3.4** High boiling residue (see Table 1C)
    **4.3.5** Particulates/solids (see Table 1C)

Barcode:3848850-04 A-570-028 CIRC - Anti Circumvention Inquiry **AHRI STANDARD 700-2017 WITH ADDENDUM 1**

## Section 5.  Sampling and Summary of Test Procedures

**5.1**    *Referee Test.*  The referee test methods for the various contaminants are summarized in the following paragraphs.  Detailed test procedures are included in Appendix C to AHRI Standard 700.  If alternative test methods are employed, the user shall be able to demonstrate that they produce results at least equivalent to the specified referee test method.

**5.2**    *Refrigerant Sampling.*

**5.2.1**  *Sampling Precautions.*  Special precautions should be taken to ensure that representative samples are obtained for analysis.  Sampling shall be done by qualified personnel following accepted sampling and safety procedures.  Refrigerants with critical temperatures near or below ambient temperature cannot be reliably sampled for both liquid and vapor phase without special handling.

Note: Flammable refrigerants which are ASHRAE 34 Class 2L, 2 or 3 present additional safety challenges and require additional measures for sampling safety procedures compared to nonflammable halocarbons documented in this standard.

**5.2.2**  *Cylinder Preparation.*  Place a clean, empty sample cylinder with the valve open in an oven at 110°C for one hour.  Remove it from the oven while hot, immediately connect it to an evacuation system and evacuate it to less than 56 kPa.  Close the valve and allow it to cool.  Weigh the empty cylinder.

**5.2.3**  *Vapor Phase Sampling.*   A vapor phase sample shall be obtained for determining the non-condensables.  The source temperature shall be measured and recorded at the time the sample is taken.

**5.2.3.1**  *Special Handling for Low Critical Temperature Refrigerant.*  A vapor phase sample is required to determine non-condensables and volatile impurities, including other refrigerants.  The vapor phase sample is obtained by regulating the sample container temperature to 5 K or more above the refrigerant critical temperature.

**5.2.3.2**  *Handling for Liquid Refrigerants with Boiling Points Near or Above Room Temperature.*  Since R-11, R-113, R-123, R-141b, R-245fa, and R-1233zd(E) have normal boiling points near or above room temperature, non-condensable determination is not required for these refrigerants.

Note: Non-condensable gases, if present, will concentrate in the vapor phase of the refrigerant; care must be exercised to eliminate introduction of either air or liquid phase refrigerant during the sample transfer.

**5.2.4**  *Liquid Phase Sampling.*  A liquid phase sample is required for all tests listed in this standard except the test for non-condensables.

**5.2.4.1**  *Liquid Sampling.*   Accurate analysis requires that the sample cylinder, at ambient temperature, be filled to at least 60% by volume; however, under no circumstances should the cylinder be filled to more than 80% by volume.  This can be accomplished by weighing the empty cylinder and then the cylinder with refrigerant.  When the desired amount of refrigerant has been collected, close the valve(s) and immediately disconnect the sample cylinder.

Note:  Care should be taken to ensure that all connections and transfer lines are dry and evacuated to avoid contaminating the sample.

Note: Low critical temperature refrigerants can have extremely high pressure and the sampling vessel, all connections and transfer lines must be designed to handle high pressures.

**5.2.4.2**  *Special Handling for Low Critical Temperature Refrigerant.*  A liquid phase sample is required for all testing except volatile impurities, including other refrigerants.  The liquid phase

3

sample is obtained by regulating the sample cylinder temperature to 2ºC below the critical temperature of the refrigerant.

Note: If free water is present in the sample, cooling to below 0ºC may result in the formation of ice. Clathrates may form at temperatures above 0ºC with some fluorocarbon refrigerants.

**5.2.4.3** *Record Weight.* Check the sample cylinder for leaks and record the gross weight.

**5.3** *Refrigerant Identification.* The required method shall be gas chromatography as described in Appendix C with the corresponding gas chromatogram figures as illustrated in Informative Appendix D to AHRI Standard 700. The chromatogram of the sample shall be compared to known standards.

**5.4** *Water Content.*

**5.4.1** *Method.* The Coulometric Karl Fischer Titration, as described in Appendix C, shall be used for determining the water content of refrigerants. This method can be used for refrigerants that are either a liquid or a gas at room temperature. For all refrigerants, the sample for water analysis shall be taken from the liquid phase of the container to be tested.

**5.4.2** *Limits.* The value for water content shall be expressed in parts per million (ppm) by weight and shall not exceed the maximum specified in Tables 1A, 1B, 1C, 2A, 2B and 3.

**5.5** *Conductivity. (Alternative to chloride and acidity tests).*

**5.5.1** *Method.* A refrigerant may be tested for conductivity as an indication of the presence of acids, metal chlorides, and any compound that ionizes in water. This alternative procedure is intended for use with new or reclaimed refrigerants, however, significant amounts of oil can interfere with the test results.

**5.5.2** *Limits.* The value for conductivity shall be converted to and expressed in ppm by weight calculated as HCl and shall be compared with the maximum acidity value specified (see in Tables 1A, 1B, 1C, 2A, 2B, and 3). If the conductivity is above this amount, then the chloride and acidity tests shall be conducted. If the conductivity is not greater than this amount, then the chloride and acidity tests may be omitted.

**5.6** *Chloride.*

**5.6.1** *Method.* The refrigerant shall be tested for chloride as an indication of the presence of hydrochloric acid and/or metal chlorides. The referee procedure is intended for use with new or reclaimed halogenated refrigerants; however, high boiling residue in excess of the amounts in Tables 1A, 1B, 1C, 2A, 2B and 3 can interfere with the test results.

The test method shall be that described in Appendix C to AHRI Standard 700. The test will show noticeable turbidity at chloride levels of about 3 ppm or greater by weight.

**5.6.2** *Limits.* The results of the test shall not exhibit any sign of turbidity. Report the results as "pass" or "fail."

**5.7** *Acidity.*

**5.7.1** *Method.* The acidity test uses the titration principle to detect any compound that is soluble in water and ionizes as an acid. The test method shall be that described in Appendix C to AHRI Standard 700. This test may not be suitable for determination of high molecular weight organic acids; however, these acids will be found in the high boiling residue test outlined in Section 5.8. The test requires a 50 to 60 gram sample and has a detection limit of 0.1 ppm by weight calculated as HCl.

**5.7.2** *Limits.* The value for acidity shall be expressed in ppm by weight as HCl and shall not exceed the limits in Tables 1A, 1B, 2A, 2B and 3.

4

Barcode:3848850-04 A-570-028 CIRC - Anti Circumvention Inquiry

**5.8**    *High Boiling Residue*.

   **5.8.1**   *Method*.  High boiling residue shall be determined by either volume or weight. The volume method measures the residue from a standard volume of refrigerant after evaporation. The gravimetric method is described in Appendix C to AHRI Standard 700. Oils and/or organic acids will be captured by these methods.

   **5.8.2**   *Limits*.  The value for high boiling residue shall be expressed as a percentage by volume or weight and shall not exceed the maximum percent specified in Tables 1A, 1B, 1C, 2A, 2B and 3.

**5.9**    *Particulates and Solids*.

   **5.9.1**   *Method*.  A measured amount of sample shall be placed in a Goetz bulb under controlled temperature conditions.  The particulates/solids shall be determined by visual examination of the Goetz bulb prior to the evaporation of refrigerant.  For details of this test method, refer to Part 3 of Appendix C to AHRI Standard 700.

   Note: R-744 will partially sublimate when measuring a known amount of liquid sample into the Goetz bulb and the solid R-744 will interfere with the visual examination of particulates/solids. Determining the particulates/solids shall be completed by visual examination of the Goetz bulb after the evaporation of the refrigerant.

   **5.9.2**   *Limits*.  Visual presence of dirt, rust or other particulate contamination is reported as "fail."

**5.10**   *Non-condensables*.

   **5.10.1** *Method*.  A vapor phase sample shall be used for determination of non-condensables. Non-condensable gases consist primarily of air accumulated in the vapor phase of refrigerants where the solubility of air in the refrigerant liquid phase is extremely low and air is not significant as a liquid phase contaminant.  The presence of non-condensable gases may reflect poor quality control in transferring refrigerants to storage tanks and cylinders.

   The test method shall be gas chromatography with a thermal conductivity detector as described in Appendix C to AHRI Standard 700.

   **5.10.2** *Limits*.  The maximum level of non-condensables in the vapor phase of a test sample shall not exceed the maximum at 25.0 °C as shown in Tables 1A, 1B, 1C, 2A, 2B and 3.

**5.11**   *All Other Volatile Impurities and/or Other Refrigerants*.

   **5.11.1** *Method*.  The amount of volatile impurities including other refrigerants in the subject refrigerant shall be determined by gas chromatography as described in Appendix C to AHRI Standard 700.

   **5.11.2** *Limits*.  The test sample shall not contain more than 0.5% by weight of volatile impurities including other refrigerants and unsaturates.

      **5.11.2.1** *Individual Listed Volatile Impuritie*s.  Tables 1A, 1B, 1C, 2A, 2B and 3 list specific volatile impurities and their maximum allowable concentrations in percent (%) by weight.

      **5.11.2.2** *R-40 Impuritie*s.  Refrigerant shall contain no more than 300 ppm of R-40.

**5.12**   *Total $C_3$, $C_4$ and $C_5$ Polyolefins in Hydrocarbon Refrigerants*.

   **5.12.1** *Method*.  The amount of polyolefin impurities in the hydrocarbon shall be determined by gas chromatography as described in GPA STD 2177 - *Natural Gas Liquid Mixtures Containing Nitrogen and Carbon Dioxide*.

5

**AHRI STANDARD 700-2017 WITH ADDENDUM 1** Circumvention Inquiry - Unpatented R-421A

**5.12.2** *Limits.* The test sample shall not contain more than 0.05 % by weight in the hydrocarbon sample as shown in Tables 1B and 2B. Report the results as "pass" or "fail."

**5.13** *Sulfur Odor in Hydrocarbon Refrigerants.*

**5.13.1** *Method.* The amount of sulfur containing compounds or other compounds with an odor shall be determined by ASTM method D1296, *Odor of Volatile Solvents and Diluents.*

**5.13.2** *Limits.* The test sample paper shall not emit a residual sulfur odor as shown in Tables 1B and 2B.

## Section 6.  Reporting Procedure

**6.1** *Reporting Procedure.* The source (manufacturer, reclaimer or repackager) of the packaged refrigerant shall be identified.  The refrigerant shall be identified by its accepted refrigerant number and/or its chemical name.  Maximum allowable levels of contaminants are shown in Tables 1A, 1B, 1C, 2A, 2B and 3.  Test results shall be tabulated in a similar manner.

## Section 7.  Conformance Conditions

**7.1** *Conformance.* While conformance with this standard is voluntary, conformance shall not be claimed or implied for products or equipment within the standard's *Purpose* (Section 1) and *Scope* (Section 2) unless such product claims meet all of the requirements of the standard and all of the testing and rating requirements are measured and reported in complete compliance with the standard.  Any product that has not met all the requirements of the standard cannot reference, state, or acknowledge conformance to the standard in any written, oral, or electronic communication.

6

Barcode:3848850-04 A-570-028 CIRC - Anti Circumvention Inquiry  -  Unpatented R-421A

| Table 1A.  Single Component Fluorocarbon Refrigerants Characteristics and Allowable Levels of Contaminants | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Reporting Units | Reference Section | R-11 | R-12 | R-13 | R-22 | R-23 | R-32 | R-113 | R-114 | R-115 | R-116 |
| *CHARACTERISTICS :* | | | | | | | | | | | | |
| Boiling Point[1] | ℃ @ 101.3 kPa | N/A | 23.7 | -29.8 | -81.5 | -40.8 | -82 | -51.7 | 47.6 | 3.6 | -38.9 | -78.2 |
| Boiling Point Range[1] | K | N/A | ± 0.3 | ± 0.3 | ± 0.5 | ± 0.3 | ± 0.5 | ± 0.3 | ± 0.3 | ± 0.3 | ± 0.3 | ± 0.3 |
| Critical Temperature[1] | ℃ | N/A | 198 | 112 | 28.9 | 96.2 | 26.1 | 78.1 | 214.1 | 145.7 | 80 | 19.9 |
| Isomer Content Isomer | % by weight | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 0-1 R-133a | 0-30 R-144a | N/A | N/A |
| *VAPOR PHASE CONTAMINANTS :* | | | | | | | | | | | | |
| Air and Other Non-condensables, Maximum | % by volume @ 25.0℃ | 5.10 | N/A[2] | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | N/A[2] | 1.5 | 1.5 | 1.5 |
| *LIQUID PHASE CONTAMINANTS:* | | | | | | | | | | | | |
| Water, Maximum | ppm by weight | 5.4 | 20 | 10 | 10 | 10 | 10 | 10 | 20 | 10 | 10 | 10 |
| All Other Volatile Impurities, Maximum | % by weight | 5.11 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 |
| High Boiling Residue, Maximum | % by volume or % by weight | 5.8 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 |
| Particulates/Solids | Pass or Fail | 5.9 | Visually clean | Visually clean | Visually clean | Visually clean | Visually clean | Visually clean | Visually clean | Visually clean | Visually clean | Visually clean |
| Acidity, Maximum | ppm by weight (as HCl) | 5.7 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Chloride[3] | Pass or Fail | 5.6 | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | Visually clean | Visually clean |

Notes:
1. Boiling points, boiling point ranges and critical temperatures, although not required, are provided for informational purposes. Refrigerant data compiled from Refprop 9.1.
2. Since R-11, R-113, R-123, R-141b, R-245fa, R-1233zd(E), and R-1336mzz(Z) have normal boiling points near or above room temperature, non-condensable determinations are not required for these refrigerants.
3. Recognized chloride level for pass/fail is about 3 ppm.
N/A Not Applicable

Filed By: Andrew Medley, Filed Date: 6/14/19 10:53 AM, Submission Status: Approved

Barcode:3848850-04 A-570-028 CIRC - Anti Circumvention Inquiry - Unpatented R-421A

**AHRI STANDARD 700-2017 WITH ADDENDUM 1**

8

| Table 1A. Single Component Fluorocarbon Refrigerants Characteristics and Allowable Levels of Contaminants (continued) | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Reporting Units | Reference Section | R-123 | R-124 | R-125 | R-134a | R-141b | R-142b | R-143a | R-152a | R-218 | R-227ea |
| *CHARACTERISTICS* : | | | | | | | | | | | | |
| Boiling Point[1] | °C @ 101.3 kPa | N/A | 27.8 | -12 | -48.1 | -26.1 | 32 | -9.2 | -47.2 | -24 | -36.8 | -16.5 |
| Boiling Point Range[1] | K | N/A | ± 0.3 | ± 0.3 | ± 0.3 | ± 0.3 | ± 0.3 | -- | ± 0.3 | ± 0.3 | ± 0.3 | -- |
| Critical Temperature[1] | °C | N/A | 183.7 | 122.3 | 66 | 101.1 | 206.8 | 137.1 | 72.7 | 113.3 | 72 | 101.7 |
| Isomer Content Isomer | % by weight | N/A | 0-8 R-123a+ R-123b | 0-5 R-124a | N/A | 0-0.5 R-134 | 0-0.1ea R-141, R-141a | 0-0.1ea R-142, R-142a | 0-0.01 R-143 | N/A | -- | -- |
| *VAPOR PHASE CONTAMINANTS* : | | | | | | | | | | | | |
| Air and Other Non-condensables, Maximum | % by volume @ 25.0°C | 5.10 | N/A[2] | 1.5 | 1.5 | 1.5 | N/A[2] | 2 | 1.5 | 1.5 | 1.5 | 1.5 |
| *LIQUID PHASE CONTAMINANTS:* | | | | | | | | | | | | |
| Water, Maximum | ppm by weight | 5.4 | 20 | 10 | 10 | 10 | 100 | 15 | 10 | 10 | 10 | 10 |
| All Other Volatile Impurities, Maximum | % by weight | 5.11 | 0.5 | 0.5 | 0.5 | 0.5 | 0.9 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 |
| High Boiling Residue, Maximum | % by volume or % by weight | 5.8 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 |
| Particulates/Solids | Pass or Fail | 5.9 | Visually clean | Visually clean | Visually clean | Visually clean | Visually clean | Visually clean | Visually clean | Visually clean | Visually clean | Visually clean |
| Acidity, Maximum | ppm by weight (as HCl) | 5.7 | 1 | 1 | 1 | 1 | 1 | 3 | 1 | 1 | 1 | 1 |
| Chloride[3] | Pass or Fail | 5.6 | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity |

Notes:
1. Boiling points, boiling point ranges and critical temperatures, although not required, are provided for informational purposes. Refrigerant data compiled from Refprop 9.1.
2. Since R-11, R-113, R-123, R-141b, R-245fa, R-1233zd(E), and R-1336mzz(Z) have normal boiling points near or above room temperature, non-condensable determinations are not required for these refrigerants.
3. Recognized chloride level for pass/fail is about 3 ppm.
N/A Not Applicable

PUBLIC VERSION

Barcode:3848850-04 A-570-028 CIRC - Anti Circumvention Inquiry  -  Unpatented R-421A

| Table 1A.  Single Component Fluorocarbon Refrigerants Characteristics and Allowable Levels of Contaminants (continued) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Reporting Units | Reference Section | R-236fa | R-245fa | R-1233zd(E) | R-1234yf | R-1234ze(E) | R-1336mzz(Z) |
| *CHARACTERISTICS* : | | | | | | | | |
| Boiling Point[1] | ℃ @ 101.3 kPa | N/A | -1.4 | 14.9 | 18.3 | -29.4 | -19 | 33.4 |
| Boiling Point Range[1] | K | N/A | ± 0.3 | ± 0.3 | -- | N/A | N/A | N/A |
| Critical Temperature[1] | ℃ | N/A | 124.9 | 154.1 | 165.6 | 94.8 | 109.4 | 171.3 |
| Isomer Content<br>Isomer | % by weight | N/A | -- | 0-0.1ea<br>R-245ca,<br>R-245cb,<br>R-245ea,<br>R-245eb | -- | N/A | 0.3 R-1234ze(Z) | 0 - 0.1 R-1336mzz(E) |
| *VAPOR PHASE CONTAMINANTS* : | | | | | | | | |
| Air and Other Non-condensables, Maximum | % by volume @ 25.0℃ | 5.10 | 1.5 | N/A[2] | N/A[2] | 1.5 | 1.5 | N/A[2] |
| *LIQUID PHASE CONTAMINANTS:* | | | | | | | | |
| Water, Maximum | ppm by weight | 5.4 | 10 | 20 | 20 | 10 | 10 | 20 |
| All Other Volatile Impurities, Maximum | % by weight | 5.11 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 |
| High Boiling Residue, Maximum | % by volume or % by weight | 5.8 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 |
| Particulates/Solids | Pass or Fail | 5.9 | Visually clean | Visually clean | Visually clean | Visually clean | Visually clean | Visually clean |
| Acidity, Maximum | ppm by weight (as HCl) | 5.7 | 1 | 1 | 1 | 1 | 1 | 1 |
| Chloride[3] | Pass or Fail | 5.6 | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity |

Notes:
1. Boiling points, boiling point ranges and critical temperatures, although not required, are provided for informational purposes. Refrigerant data compiled from Refprop 9.1.
2. Since R-11, R-113, R-123, R-141b, R-245fa, R-1233zd(E), and R-1336mzz(Z) have normal boiling points near or above room temperature, non-condensable determinations are not required for these refrigerants.
3. Recognized chloride level for pass/fail is about 3 ppm.
N/A Not Applicable
 -- Data Not Available

**AHRI STANDARD 700-2017 WITH ADDENDUM 1**

Filed By: Andrew Medley, Filed Date: 6/14/19 10:53 AM, Submission Status: Approved

Barcode:3848850-04 A-570-028 CIRC - Anti Circumvention Inquiry  -  Unpatented R-421A

AHRI STANDARD 700-2017 WITH ADDENDUM 1

10

| Table 1B. Single Component Hydrocarbon Refrigerants Characteristics and Allowable Levels of Contaminants | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Reporting Units | R-50 | R-170 | R-E170 | R-290 | R-600 | R-600a | R-601 | R-601a | R-610 | R-1150 | R-1270 |
| *CHARACTERISTICS:* | | | | | | | | | | | | |
| Boiling Point[1] | ºC at 101.3 kPa | -161.5 | -88.6 | -24.8 | -42.1 | -0.5 | -11.8 | 36.1 | 27.8 | 34.6 | -103.8 | -47.6 |
| Boiling Point Range[1] | K | ± 0.5 | ± 0.5 | ± 0.5 | ± 0.5 | ± 0.5 | ± 0.5 | ± 0.5 | ± 0.5 | ± 0.5 | ± 0.5 | ± 0.5 |
| Minimum Nominal Composition | % weight | 99.5 | 99.5 | 99.5 | 99.5 | 99.5 | 99.5 | 99.5 | 99.5 | 99.5 | 99.5 | 99.5 |
| Other Allowable Impurities | % weight | N/A | N/A | N/A | 2[2] | 2[2] | 2[2] | 0-1 R-601a | 0-1 R-601 | N/A | N/A | 0-1 R-290 |
| *VAPOR PHASE[3]:* | | | | | | | | | | | | |
| Air and Other Non-condensables, Maximum | % by volume @ 25.0ºC | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 |
| *LIQUID PHASE[4]:* | | | | | | | | | | | | |
| Sulfur Odor | Pass or Fail | No sulfur odor | No sulfur odor | No sulfur odor | No sulfur odor | No sulfur odor | No sulfur odor | No sulfur odor | No sulfur odor | No sulfur odor | No sulfur odor | No sulfur odor |
| High Boiling Residue, Maximum | % weight | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 |
| Particulates/Solids | Pass or Fail | Visually clean | Visually clean | Visually clean | Visually clean | Visually clean | Visually clean | Visually clean | Visually clean | Visually clean | Visually clean | Visually clean |
| Acidity, Maximum | ppm by weight (as HCl) | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Water, Maximum | mg kg$^{-1}$ | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| All Other Volatile Impurities, Maximum | % weight | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 |
| Total $C_3$, $C_4$ and $C_5$ Polyolefins, Maximum | % weight | 0.05 | 0.05 | 0.05 | 0.05 | 0.05 | 0.05 | 0.05 | 0.05 | 0.05 | 0.05 | 0.05 |

Notes:
1. Boiling points, boiling point ranges, although not required, are provided for informational purposes.
2. 2% of other C3 and C4 saturated hydrocarbons are allowed
3. Taken from vapor phase
4. Vaporized from liquid phase
N/A Not Applicable

PUBLIC VERSION

| Table 1C. Carbon Dioxide Refrigerant Characteristics and Allowable Levels of Contaminants | | |
|---|---|---|
| | Reporting Units | R-744 |
| *CHARACTERISTICS:* | | |
| Sublimation Point[1] | ℃ at 101.3 kPa | -78.4 |
| Sublimation Point Range[1] | K | ± 0.3 |
| *VAPOR PHASE[2]:* | | |
| Air and other non-condensables, Maximum | % by volume at 10℃ below the critical temperature and measure non-condensable directly | 1.5 |
| *LIQUID PHASE[3]:* | | |
| Water, Maximum | ppm by weight | 10 |
| High Boiling Residue, Maximum | % by weight | 0.0005 |
| Particulates/Solids | Pass or Fail | Visually clean |
| Minimum Purity | % by weight | 99.9 |

Notes:
1. Sublimation point, sublimation point range, although not required, are provided for informational purposes. Refrigerant data compiled from Refprop 9.1.
2. Sample taken from vapor phase.
3. Sample vaporized from liquid phase.

Filed By: Andrew Medley, Filed Date: 6/14/19 10:53 AM, Submission Status: Approved

PUBLIC VERSION

12

AHRI STANDARD 700-2017 WITH ADDENDUM 1

| Table 2A.  Zeotropic Blends (400 Series Refrigerants) Characteristics and Allowable Levels of Contaminants | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Reporting Units | Reference Section | R-401A | R-401B | R-402A | R-402B | R-403A | R-403B | R-404A | R-405A | R-406A | R-407A |
| *CHARACTERISTICS:* | | | | | | | | | | | | |
| Refrigerant Components | N/A | N/A | R-22/ 152a/124 | R-22/ 152a/124 | R-125/ 290/22 | R-125/ 290/22 | R-290/ 22/218 | R-290/ 22/218 | R-125/ 143a/134a | R-22/152a/ 142b/C318 | R-22/ 600a/142b | R-32/ 125/134a |
| Nominal Composition | % by weight | N/A | 53.0/13.0/ 34.0 | 61.0/11.0/ 28.0 | 60.0/2.0/ 38.0 | 38.0/2.0/ 60.0 | 5.0/75.0/ 20.0 | 5.0/56.0/ 39.0 | 44.0/52.0/ 4.0 | 45.0/7.0/ 5.5/42.5 | 55.0/4.0/ 41.0 | 20.0/40.0/ 40.0 |
| Allowable Composition | % by weight | N/A | 51.0-55.0/ 11.5-13.5/ 33.0-35.0 | 59.0-63.0/ 9.5-11.5/ 27.0-29.0 | 58.0-62.0/ 1.0-2.1/ 36.0-40.0 | 36.0-40.0/ 1.0-2.1/ 58.0-62.0 | 3.0-5.2/ 73.0-77.0/ 18.0-22.0 | 3.0-5.2/ 54.0-58.0/ 37.0-41.0 | 42.0-46.0/ 51.0-53.0/ 2.0-6.0 | 43.0-47.0/ 6.0-8.0/ 4.5-6.5/ 40.5-44.5 | 53.0-57.0/ 3.0-5.0/ 40.0-42.0 | 18.0-22.0/ 38.0-42.0/ 38.0-42.0 |
| Bubble Point[1] | ℃ @ 101.3 kPa | N/A | -33.3 | -34.9 | -49 | -47 | -47.8 | -49.2 | -46.2 | -32.9 | -32.7 | -45.3 |
| Dew Point[1] | ℃ @ 101.3 kPa | N/A | -26.4 | -28.8 | -46.9 | -44.7 | -44.3 | -46.8 | -45.5 | -24.5 | -23.5 | -38.9 |
| Critical Temperature[1] | ℃ | N/A | 105.3 | 103.5 | 76 | 83 | 87 | 79.7 | 72.1 | 106 | 116.5 | 82.3 |
| *VAPOR PHASE CONTAMINANTS:* | | | | | | | | | | | | |
| Air and Other Non-condensables, Maximum | % by volume @ 25.0℃ | 5.10 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 |
| *LIQUID PHASE CONTAMINANTS:* | | | | | | | | | | | | |
| Water, Maximum | ppm by weight | 5.4 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| All Other Volatile Impurities, Maximum | % by weight | 5.11 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 |
| High Boiling Residue, Maximum | % by volume or % by weight | 5.8 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 |
| Particulates/Solids | Pass or Fail | 5.9 | Visually clean | Visually clean | Visually clean | Visually clean | Visually clean | Visually clean | Visually clean | Visually clean | Visually clean | Visually clean |
| Acidity, Maximum | ppm by weight (as HC1) | 5.7 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Chloride[2] | Pass or Fail | 5.6 | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity |

Notes:
1. Bubble points, dew points and critical temperatures, although not required, are provided for informational purposes. Refrigerant data compiled from Refprop 9.1.
2. Recognized chloride level for pass/fail is about 3 ppm.
N/A Not Applicable

| Table 2A. Zeotropic Blends (400 Series Refrigerants) Characteristics and Allowable Levels of Contaminants (continued) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Reporting Units | Reference Section | R-407B | R-407C | R-407D | R-407E | R-407F | R-407G | R-407H | R-408A | R-409A | R-409B |
| *CHARACTERISTICS:* | | | | | | | | | | | | |
| Refrigerant Components | N/A | N/A | R-32/ 125/134a | R-32/ 125/134a | R-32/ 125/134a | R-32/ 125/134a | R-32/ 125/134a | R-32/ 125/134a | R-32/ 125/134a | R-125/ 143a/22 | R-22/ 124/142b | R-22/ 124/142b |
| Nominal Composition | % by weight | N/A | 10.0/70.0/ 20.0 | 23.0/25.0/ 52.0 | 15.0/15.0/ 70.0 | 25.0/15.0/ 60.0 | 30.0/30.0/ 40.0 | 2.5/2.5/95.0 | 32.5/15.0/52.5 | 7.0/46.0/ 47.0 | 60.0/25.0/ 15.0 | 65.0/25.0/ 10.0 |
| Allowable Composition | % by weight | N/A | 8.0-12.0/ 68.0-72.0/ 18.0-22.0 | 21.0-25.0/ 23.0-27.0/ 50.0-54.0 | 13.0-17.0/ 13.0-17.0/ 68.0-72.0 | 23.0-27.0/ 13.0-17.0/ 58.0-62.0 | 28.0-32.0/ 28.0-32.0/ 38.0-42.0 | 2.0-3.0/ 2.0-3.0/ 94.0-96.0 | 31.5-33.5/ 14.0-16.0/ 50.5-54.5 | 5.0-9.0/ 45.0-47.0/ 45.0-49.0 | 58.0-62.0/ 23.0-27.0/ 14.0-16.0 | 63.0-67.0/ 23.0-27.0/ 9.0-11.0 |
| Bubble Point[1] | ℃ @ 101.3 kPa | N/A | -46.8 | -43.6 | -39.5 | -42.9 | -46.1 | -29.2 | -44.6 | -44.6 | -34.7 | -35.6 |
| Dew Point[1] | ℃ @ 101.3 kPa | N/A | -42.5 | -36.6 | -32.9 | -35.8 | -39.7 | -27.2 | -37.6 | -44.1 | -26.4 | -27.9 |
| Critical Temperature[1] | ℃ | N/A | 75 | 86 | 91.4 | 88.5 | 83 | 99.5 | 86.5 | 83.1 | 106.9 | 106.9 |
| *VAPOR PHASE CONTAMINANTS:* | | | | | | | | | | | | |
| Air and Other Non-condensables, Maximum | % by volume @ 25.0℃ | 5.10 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 |
| *LIQUID PHASE CONTAMINANTS:* | | | | | | | | | | | | |
| Water, Maximum | ppm by weight | 5.4 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| All Other Volatile Impurities, Maximum | % by weight | 5.11 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 |
| High Boiling Residue, Maximum | % by volume or % by weight | 5.8 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 |
| Particulates/Solids | Pass or Fail | 5.9 | Visually clean | Visually clean | Visually clean | Visually clean | Visually clean | Visually clean | visually clean | Visually clean | Visually clean | Visually clean |
| Acidity, Maximum | ppm by weight | 5.7 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Chloride[2] | Pass or Fail | 5.6 | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity |

Notes:
1. Bubble points, dew points and critical temperatures, although not required, are provided for informational purposes. Refrigerant data compiled from Refprop 9.1.
2. Recognized chloride level for pass/fail is about 3 ppm.
N/A Not Applicable

**AHRI STANDARD 700-2017 WITH ADDENDUM 1**

13

Barcode:3848850-04 A-570-028 CIRC - Anti Circumvention Inquiry - Unpatented R-421A

14

AHRI STANDARD 700-2017 WITH ADDENDUM 1

| Table 2A.  Zeotropic Blends (400 Series Refrigerants) Characteristics and Allowable Levels of Contaminants (continued) | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Reporting Units | Reference Section | R-410A | R-410B | R-411A | R-411B | R-412A | R-413A | R-414A | R-414B | R-415A | R-415B |
| *CHARACTERISTICS*: | | | | | | | | | | | | |
| Refrigerant Components | N/A | N/A | R-32/125 | R-32/125 | R-1270/ 22/152a | R-1270/ 22/152a | R-22/218/ 142b | R-218/ 134a/600a | R-22/124/ 600a/142b | R-22/124/ 600a/142b | R-22/152a | R-22/152a |
| Nominal Composition | % by weight | N/A | 50.0/50.0 | 45.0/55.0 | 1.5/87.5/ 11.0 | 3.0/94.0/3.0 | 70.0/5.0/ 25.0 | 9.0/88.0/3.0 | 51.0/28.5/ 4.0/16.5 | 50.0/39.0/ 1.5/9.5 | 82.0/18.0 | 25.0/75.0 |
| Allowable Composition | % by weight | N/A | 48.5-50.5/ 49.5-51.5 | 44.0-46.0/ 54.0-56.0 | 0.5-1.5/ 87.5-89.5/ 10.0-11.0 | 2.0-3.0/ 94.0-96.0/ 2.0-3.0 | 68.0-72.0/ 3.0-7.0/ 24.0-26.0 | 8.0-10.0/ 86.0-90.0/ 2.0-3.0 | 49.0-53.0/ 26.5-30.5/ 3.5-4.5/ 15.5-17.0 | 48.0-52.0/ 37.0-41.0/ 1.0-2.0/ 8.5-10.0 | 81.0-83.0/ 17.0-19.0 | 24.0-26.0/ 74.0-76.0 |
| Bubble Point[1] | °C @ 101.3 kPa | N/A | -51.4 | -51.3 | -39.5 | -41.6 | -38 | -30.6 | -34 | -32.9 | -37.5 | -27.7 |
| Dew Point[1] | °C @ 101.3 kPa | N/A | -51.4 | -51.6 | -36.6 | -40 | -28.7 | -27.9 | -25.8 | -24.3 | -34.7 | -26.2 |
| Critical Temperature[1] | °C | N/A | 71.4 | 70.8 | 99.1 | 96 | 107.2 | 98.5 | 110.7 | 111 | 100 | 111.3 |
| *VAPOR PHASE CONTAMINANTS*: | | | | | | | | | | | | |
| Air and Other Non-condensables, Maximum | % by volume @ 25.0°C | 5.10 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 |
| *LIQUID PHASE CONTAMINANTS*: | | | | | | | | | | | | |
| Water, Maximum | ppm by weight | 5.4 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| All Other Volatile Impurities, Maximum | % by weight | 5.11 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 |
| High Boiling Residue, Maximum | % by volume or % by weight | 5.8 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 |
| Particulates/Solids | Pass or Fail | 5.9 | Visually clean | Visually clean | Visually clean | Visually clean | Visually clean | Visually clean | Visually clean | Visually clean | Visually clean | Visually clean |
| Acidity, Maximum | ppm by weight (as HCl) | 5.7 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Chloride[2] | Pass or Fail | 5.6 | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity |

Notes:
1. Bubble points, dew points and critical temperatures, although not required, are provided for informational purposes. Refrigerant data compiled from Refprop 9.1.
2. Recognized chloride level for pass/fail is about 3 ppm.
N/A Not Applicable

PUBLIC VERSION

Barcode:3848850-04 A-570-028 CIRC - Anti Circumvention Inquiry  -  Unpatented R-421A

| Table 2A.  Zeotropic Blends (400 Series Refrigerants) Characteristics and Allowable Levels of Contaminants (continued) | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Reporting Units | Reference Section | R-416A | R-417A | R-417B | R-417C | R-418A | R-419A | R-419B | R-420A | R-421A | R-421B |
| *CHARACTERISTICS*: | | | | | | | | | | | | |
| Refrigerant Components | N/A | N/A | R-134a/ 124/600 | R-125/ 134a/600 | R-125/ 134a/600 | R-125/ 134a/600 | R-290/ 22/152a | R-125/ 134a/E170 | R-125/ 134a/E170 | R-134a/ 142b | R-125/ 134a | R-125/ 134a |
| Nominal Composition | % by weight | N/A | 59.0/39.5/ 1.5 | 46.6/50.0/ 3.4 | 79.0/18.3/ 2.7 | 19.5/78.8/ 1.7 | 1.5/96.0/ 2.5 | 77.0/19.0/ 4.0 | 48.5/48.0/ 3.5 | 88.0/12.0 | 58.0/42.0 | 85.0/15.0 |
| Allowable Composition | % by weight | N/A | 58.0-59.5/ 39.0-40.5/ 1.3-1.6 | 45.5-47.7/ 49.0-51.0/ 3.0-3.5 | 78.0-80.0/ 17.3-19.3/ 2.2-2.8 | 18.5-20.5/ 77.8-79.8/ 1.2-1.8 | 1.0-2.0/ 95.0-97.0/ 2.0-3.0 | 76.0-78.0/ 18.0-20.0/ 3.0-5.0 | 47.5-49.5/ 47.0-49.0/ 3.0-4.0 | 88.0-89.0/ 11.0-12.0 | 57.0-59.0/ 41.0-43.0 | 84.0-86.0/ 14.0-16.0 |
| Bubble Point[1] | ℃ @ 101.3 kPa | N/A | -23.4 | -38 | -44 | -32.7 | -41.2 | -42.6 | -37.4 | -25 | -40.8 | -45.7 |
| Dew Point[1] | ℃ @ 101.3 kPa | N/A | -21.8 | -32.9 | -41.5 | -29.2 | -40.1 | -36 | -31.5 | -24.2 | -35.5 | -42.6 |
| Critical Temperature | ℃ | N/A | 108.2 | 89.9 | 75.2 | 95.4 | 96.7 | 79.1 | 90.4 | 105.4 | 78.5 | 69 |
| *VAPOR PHASE CONTAMINANTS*: | | | | | | | | | | | | |
| Air and Other Non-condensables, Maximum | % by volume @ 25.0℃ | 5.10 | 1.50 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 |
| *LIQUID PHASE CONTAMINANTS*: | | | | | | | | | | | | |
| Water, Maximum | ppm by weight | 5.4 | 10 | 10 | 10 | 10 | 10 | 20 | 10 | 10 | 10 | 10 |
| All Other Volatile Impurities, Maximum | % by weight | 5.11 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 |
| High Boiling Residue, Maximum | % by volume or % by weight | 5.8 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 |
| Particulates/Solids | Pass or Fail | 5.9 | Visually clean | Visually clean | Visually clean | Visually Clean | Visually clean | Visually clean | Visually Clean | Visually clean | Visually clean | Visually clean |
| Acidity, Maximum | ppm by weight (as HC1) | 5.7 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Chloride[2] | Pass or Fail | 5.6 | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity |

Notes:
1. Bubble points, dew points and critical temperatures, although not required, are provided for informational purposes. Refrigerant data compiled from Refprop 9.1.
2. Recognized chloride level for pass/fail is about 3 ppm.
N/A Not Applicable

Filed By: Andrew Medley, Filed Date: 6/14/19 10:53 AM, Submission Status: Approved

16

AHRI STANDARD 700-2017 WITH ADDENDUM 1

**Table 2A.  Zeotropic Blends (400 Series Refrigerants) Characteristics and Allowable Levels of Contaminants (continued)**

| | Reporting Units | Reference Section | R-422A | R-422B | R-422C | R-422D | R-422E | R-423A | R-424A | R-425A | R-426A | R-427A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *CHARACTERISTICS:* | | | | | | | | | | | | |
| Refrigerant Components | N/A | N/A | R-125/ 134a/ 600a | R-125/ 134a/ 600a | R-125/ 134a/ 600a | R-125/ 134a/ 600a | R-125 /134a/ 600a | R-134a/ 227ea | R-125/ 134a600a/ 600/ 601a | R-32/134a/ 227ea | R-125/ 134a/ 600/601a | R-32/125/ 143a/134a |
| Nominal Composition | % by weight | N/A | 85.1/11.5 /3.4 | 55.0/42.0/ 3.0 | 82.0/15.0/ 3.0 | 65.1/30.5/ 3.0 | 58.0/39.3 /2.7 | 52.5/47.5 | 50.5/47.0/ 0.9/1.0/0.6 | 18.5/69.5/ 12.0 | 5.1/93.0/ 1.3/0.6 | 15.0/25.0/ 10.0/50.0 |
| Allowable Composition | % by weight | N/A | 84.1-86.1/ 10.5-12.5/ 3.0-3.5 | 54.0-56.0/ 41.0-43.0/ 2.5-3.1 | 81.0-83.0/ 14.0-16.0/ 2.5-3.1 | 64.0-66.0/ 30.5-32.5/ 3.0-3.5 | 57.0-59.0/ 38.0-41.0/ 2.5-3.0 | 51.5-53.5/ 46.5-48.5 | 49.5-51.5/ 46.0-48.0/ 0.7-1.0/ 0.8-1.1/ 0.4-0.7 | 18.0-19.0/ 69.0-70.0/ 11.5-12.5 | 4.1-6.1/ 92.0-94.0/ 1.1-1.4/ 0.4-0.7 | 13.0-17.0/ 23.0-27.0/ 8.0-12.0/ 48.0-52.0 |
| Bubble Point[1] | °C @ 101.3 kPa | N/A | -46.5 | -40.5 | -45.3 | -43.2 | -41.8 | -24.2 | -39.1 | -38.1 | -28.5 | -43 |
| Dew Point[1] | °C @ 101.3 kPa | N/A | -44.1 | -35.6 | -42.3 | -38.4 | -36.4 | -23.5 | -33.3 | -31.3 | -26.7 | -36.3 |
| Critical Temperature | °C | N/A | 71.7 | 85.7 | 76.1 | 79.6 | 82.2 | 99 | 87.5 | 93.9 | 100.2 | 85.3 |
| *VAPOR PHASE CONTAMINANTS:* | | | | | | | | | | | | |
| Air and Other Non-condensables, Maximum | % by volume @ 25.0°C | 5.10 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 |
| *LIQUID PHASE CONTAMINANTS:* | | | | | | | | | | | | |
| Water, Maximum | ppm by weight | 5.4 | 10 | 10 | 20 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| All Other Volatile Impurities, Maximum | % by weight | 5.11 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 |
| High Boiling Residue, Maximum | % by volume or % by weight | 5.8 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 |
| Particulates/Solids | Pass or Fail | 5.9 | Visually clean | Visually clean | Visually clean | Visually Clean | Visually clean | Visually clean | Visually Clean | Visually clean | Visually clean | Visually clean |
| Acidity, Maximum | ppm by weight (as HC1) | 5.7 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Chloride[2] | Pass or Fail | 5.6 | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity |

Notes:
1. Bubble points, dew points and critical temperatures, although not required, are provided for informational purposes. Refrigerant data compiled from Refprop 9.1.
2. Recognized chloride level for pass/fail is about 3 ppm.
N/A Not Applicable

Barcode:3848850-04 A-570-028 CIRC - Anti Circumvention Inquiry  -  Unpatented R-421A

**Table 2A.  Zeotropic Blends (400 Series Refrigerants) Characteristics and Allowable Levels of Contaminants (continued)**

| | Reporting Units | Reference Section | R-428A | R-429A | R-430A | R-431A | R-434A | R-435A | R-437A | R-438A | R-439A | R-440A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *CHARACTERISTICS*: | | | | | | | | | | | | |
| Refrigerant Components | N/A | N/A | R-125/143a/290/600a | R-E170/152a/600a | R-152a/600a | R290/152a | R-125/143a/134a/600a | R-E170/152a | R-125/134a/600/601 | R-32/125/134a/600/601a | R-32/125/600a | R-290/134a/152a |
| Nominal Composition | % by weight | N/A | 77.5/20.0/0.6/1.9 | 60.0/10.0/30.0 | 76.0/24.0 | 71.0/29.0 | 63.2/18.0/16.0/2.8 | 80.0/20.0 | 19.5/78.5/1.4/0.6 | 8.5/45.0/44.2/1.7/0.6 | 50.0/47.0/3.0 | 0.6/1.6/97.8 |
| Allowable Composition | % by weight | N/A | 76.5-78.5/19.0-21.0/0.4-0.7/1.7-2.0 | 59.0-61.0/9.0-11.0/29.0-31.0 | 75.0-77.0/23.0-25.0 | 70.0-72.0/28.0-30.0 | 62.2-64.2/17.0-19.0/15.0-17.0/2.6-2.9 | 79.0-81.0/19.0-21.0 | 17.7-20.0/77.8-80.0/1.2-1.5/0.4-0.7 | 7.0-9.0/43.5-46.5/42.7-45.7/1.5-1.8/0.4-0.7 | 49.0-51.0/46.0-48.0/2.5-3.5 | 0.5-0.7/1.0-2.2/97.3-98.3 |
| Bubble Point[1] | ℃ @ 101.3 kPa | N/A | -48.3 | -25.5 | -27.6 | -43.2 | -45.1 | -26 | -32.9 | -43 | -52 | -25.5 |
| Dew Point[1] | ℃ @ 101.3 kPa | N/A | -47.5 | -24.9 | -27.4 | -43.2 | -42.4 | -25.8 | -29.2 | -36.4 | -51.7 | -24.3 |
| Critical Temperature | ℃ | N/A | 69 | 123.5 | 107 | 100.3 | 75.6 | 125.2 | 95.3 | 84.2 | 72 | 112.9 |
| *VAPOR PHASE CONTAMINANTS*: | | | | | | | | | | | | |
| Air and Other Non-condensables, Maximum | % by volume @ 25.0℃ | 5.10 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 |
| *LIQUID PHASE CONTAMINANTS*: | | | | | | | | | | | | |
| Water, Maximum | ppm by weight | 5.4 | 10 | 20 | 20 | 10 | 10 | 20 | 10 | 10 | 10 | 10 |
| All Other Volatile Impurities, Maximum | % by weight | 5.11 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 |
| High Boiling Residue, Maximum | % by volume or % by weight | 5.8 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 |
| Particulates/Solids | Pass or Fail | 5.9 | Visually clean | Visually clean | Visually clean | Visually clean | Visually clean | Visually clean | Visually clean | Visually clean | Visually clean | Visually clean |
| Acidity, Maximum | ppm by weight (as HC1) | 5.7 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Chloride[2] | Pass or Fail | 5.6 | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity |

Notes:
1. Bubble points, dew points and critical temperatures, although not required, are provided for informational purposes. Refrigerant data compiled from Refprop 9.1.
2. Recognized chloride level for pass/fail is about 3 ppm.
N/A Not Applicable

**AHRI STANDARD 700-2017 WITH ADDENDUM 1**

17

PUBLIC VERSION

Barcode:3848850-04 A-570-028 CIRC - Anti Circumvention Inquiry  - Unpatented R-421A

**AHRI STANDARD 700-2017 WITH ADDENDUM 1**

18

| Table 2A.  Zeotropic Blends (400 Series Refrigerants) Characteristics and Allowable Levels of Contaminants (continued) | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Reporting Units | Reference Section | R-442A | R-444A | R-444B | R-445A | R-446A | R-447A | R-447B | R-448A | R-449A | R-449B |
| *CHARACTERISTICS:* | | | | | | | | | | | | |
| Refrigerant Components | N/A | N/A | R-32/125/ 134a/152a/ 227ea | R-32/152a/ 1234ze(E) | R-32 / 152a / 1234ze(E) | R-744 /134a /1234ze(E) | R-32 /1234ze(E) /600 | R-32 /125 /1234ze(E) | R-32 /125 /1234ze(E) | R-32 / 125 / 1234yf / 134a / 1234ze(E) | R-32 / 125 / 1234yf / 134a | R-32/125 /1234yf /134a |
| Nominal Composition | % by weight | N/A | 31.0/31.0/ 30.0/3.0/ 5.0 | 12.0/5.0 /83.0 | 41.5/10.0 /48.5 | 6.0/9.0/85.0 | 68.0/29.0 /3.0 | 68.0/3.5 /28.5 | 68.0/8.0 /24.0 | 26.0/26.0 /20.0/21.0 / 7.0 | 24.3/24.7 /25.3/25.7 | 25.2 / 24.3 / 23.2 / 27.3 |
| Allowable Composition | % by weight | N/A | 30.0-32.0/ 30.0-32.0/ 29.0-31.0/ 2.5-3.5/ 4.0-6.0 | 11.0-13.0 /4.0-6.0 /81.0-85.0 | 40.5-42.5 / 9.0-11.0 / 47.5-49.5 | 5.0-7.0 /8.0-10.0 /83.0-87.0 | 67.0-68.5 /28.4-31.0 /2.0-3.1 | 67.5-69.5 /3.0-5.0 /27.5-29.5 | 66.0-69.0 /7.0-10.0 /22.0-25.0 | 24.0-26.5 / 25.5-28.0 / 18.0-20.5 / 20.0-23.0 / 5.0-7.5 | 23.3-24.5 / 24.5-25.7 / 24.3-25.5 / 25.5-26.7 | 23.7-25.5 /24.0-25.8 /21.7-23.5 /27.0-28.8 |
| Bubble Point[1] | ℃ @ 101.3 kPa | N/A | -46.5 | -34.3 | -44.6 | -50.3 | -49.4 | -49.3 | -50.0 | -45.9 | -46 | -46.1 |
| Dew Point[1] | ℃ @ 101.3 kPa | N/A | -39.9 | -24.3 | -34.9 | -23.5 | -42.1 | -44.2 | -46.0 | -39.8 | -39.9 | -40.2 |
| Critical Temperature | ℃ | N/A | 82.4 | 103.2 | 91.5 | 98 | 84.2 | 82.6 | 83.6 | 81.6 | 81.5 | 84.2 |
| *VAPOR PHASE CONTAMINANTS:* | | | | | | | | | | | | |
| Air and Other Non-condensables, Maximum | % by volume @ 25.0℃ | 5.10 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 |
| *LIQUID PHASE CONTAMINANTS:* | | | | | | | | | | | | |
| Water, Maximum | ppm by weight | 5.4 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| All Other Volatile Impurities, Maximum | % by weight | 5.11 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 |
| High Boiling Residue, Maximum | % by volume or % by weight | 5.8 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 |
| Particulates/Solids | Pass or Fail | 5.9 | Visually clean | Visually clean | Visually clean | Visually clean | Visually clean | Visually clean | Visually clean | Visually clean | Visually clean | Visually clean |
| Acidity, Maximum | ppm by weight (as HC1) | 5.7 | 1 | 1 | 1 | N/A | 1 | 1 | 1 | 1 | 1 | 1 |
| Chloride[2] | Pass or Fail | 5.6 | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity |

Notes:
1. Bubble points, dew points and critical temperatures, although not required, are provided for informational purposes. Refrigerant data compiled from Refprop 9.1.
2. Recognized chloride level for pass/fail is about 3 ppm.
N/A Not Applicable

Barcode:3848850-04 A-570-028 CIRC - Anti Circumvention Inquiry  -  Unpatented R-421A

| | Reporting Units | Reference Section | R-449C | R-450A | R-451A | R-451B | R-452A | R-452B | R-452C |
|---|---|---|---|---|---|---|---|---|---|---|
| Table 2A.  Zeotropic Blends (400 Series Refrigerants) Characteristics and Allowable Levels of Contaminants (continued) | | | | | | | | | |
| *CHARACTERISTICS:* | | | | | | | | | |
| Refrigerant Components | N/A | N/A | R-32 /125 /1234yf /134a | R-134a/ 1234ze(E) | R-1234yf/134a | R-1234yf/134a | R-32/125/1234yf | R-32/ 125/ 1234yf | R-32/ 125/ 1234yf |
| Nominal Composition | % by weight | N/A | 20.0/20.0 /31.0/29.0 | 42.0/58.0 | 89.8 / 10.2 | 88.8 / 11.2 | 11.0 / 59.0 / 30.0 | 67.0/7.0/ 26.0 | 12.5/61.0/ 26.5 |
| Allowable Composition | % by weight | N/A | 18.5-20.5 /19.5-21.5 /29.5-31.5 /28.5-30.5 | 40.0-44.0/ 56.0-60.0 | 89.6-90.0/ 10.0-10.4 | 88.6-89.0 / 11.0-11.4 | 9.3-12.7/57.2-60.8/29.0-30.1 | 65.0-69.0/ 5.5-8.5/ 24.0-28.0 | 11.0-13.0/ 60.0-62.0/ 25.0-27.0 |
| Bubble Point[1] | °C @ 101.3 kPa | N/A | -44.6 | -23.4 | -30.8 | -31 | -47 | -51.0 | -47.5 |
| Dew Point[1] | °C @ 101.3 kPa | N/A | -38.1 | -22.8 | -30.5 | -30.6 | -43.2 | -50.3 | -44.2 |
| Critical Temperature | °C | N/A | 83.5 | 104.4 | 95.4 | 95.5 | 74.9 | 75.7 | 75.8 |
| *VAPOR PHASE CONTAMINANTS:* | | | | | | | | | |
| Air and Other Non-condensables, Maximum | % by volume @ 25.0°C | 5.10 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 |
| *LIQUID PHASE CONTAMINANTS:* | | | | | | | | | |
| Water, Maximum | ppm by weight | 5.4 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| All Other Volatile Impurities, Maximum | % by weight | 5.11 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 |
| High Boiling Residue, Maximum | % by volume or % by weight | 5.8 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 |
| Particulates/Solids | Pass or Fail | 5.9 | Visually clean | Visually clean | Visually clean | Visually clean | Visually clean | Visually clean | Visually clean |
| Acidity, Maximum | ppm by weight (as HCl) | 5.7 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Chloride[2] | Pass or Fail | 5.6 | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity |

Notes:
1. Bubble points, dew points and critical temperatures, although not required, are provided for informational purposes. Refrigerant data compiled from Refprop 9.1.
2. Recognized chloride level for pass/fail is about 3 ppm.
N/A Not Applicable

**AHRI STANDARD 700-2017 WITH ADDENDUM 1**

Filed By: Andrew Medley, Filed Date: 6/14/19 10:53 AM, Submission Status: Approved

PUBLIC VERSION

AHRI STANDARD 700-2017 WITH ADDENDUM 1

20

| Table 2A.  Zeotropic Blends (400 Series Refrigerants) Characteristics and Allowable Levels of Contaminants (continued) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Reporting Units | Reference Section | R-453A | R-454A | R-454B | R-454C | R-455A | R-456A | R-457A |
| *CHARACTERISTICS:* | | | | | | | | | |
| Refrigerant Components | N/A | N/A | R-32/125/ 134a/ 227ea/ 600/601a | R-32/ 1234yf | R-32/ 1234yf | R-32/ 1234yf | R-744/ 32/ 1234yf | R-32/ 134a/ 1234ze(E) | R-32/ 1234yf/ 152a |
| Nominal Composition | % by weight | N/A | 20.0/20.0/ 53.8/5.0/ 0.6/0.6 | 35.0 / 65.0 | 68.9 / 31.1 | 21.5/78.5 | 3.0/21.5/ 75.5 | 6.0/45.0/ 49.0 | 18.0/70.0/ 12.0 |
| Allowable Composition | % by weight | N/A | 19.0-21.0/ 19.0-21.0/ 52.8-54.8/ 4.5-5.5/ 0.4-0.7/ 0.4-0.7 | 33.0-37.0/ 63.0-67.0 | 67.9-69.9/ 30.1-32.1 | 19.5-23.5/ 76.5-80.5 | 2.0-5.0/ 19.5-22.5/ 73.5-77.5 | 5.0-7.0/ 44.0-46.0/ 48.0-50.0 | 16.5-18.5/ 68.5-70.5/ 10.1-12.1 |
| Bubble Point[1] | °C @ 101.3 kPa | N/A | -42.2 | -48.4 | -50.9 | -46.0 | -51.6 | -30.4 | -42.7 |
| Dew Point[1] | °C @ 101.3 kPa | N/A | -35 | -41.6 | -50.0 | -37.8 | -39.1 | -25.6 | -35.5 |
| Critical Temperature | °C | N/A | 88 | 86.2 | 76.5 | 82.4 | 82.8 | 102.4 | 92.6 |
| *VAPOR PHASE CONTAMINANTS:* | | | | | | | | | |
| Air and Other Non-condensables, Maximum | % by volume @ 25.0°C | 5.10 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 |
| *LIQUID PHASE CONTAMINANTS:* | | | | | | | | | |
| Water, Maximum | ppm by weight | 5.4 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| All Other Volatile Impurities, Maximum | % by weight | 5.11 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 |
| High Boiling Residue, Maximum | % by volume or % by weight | 5.8 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 |
| Particulates/Solids | Pass or Fail | 5.9 | Visually clean | Visually clean | Visually clean | Visually clean | Visually clean | Visually clean | Visually clean |
| Acidity, Maximum | ppm by weight (as HC1) | 5.7 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Chloride[2] | Pass or Fail | 5.6 | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity |

Notes:
1. Bubble points, dew points and critical temperatures, although not required, are provided for informational purposes. Refrigerant data compiled from Refprop 9.1.
2. Recognized chloride level for pass/fail is about 3 ppm.
N/A Not Applicable

| Table 2A. Zeotropic Blends (400 Series Refrigerants) Characteristics and Allowable Levels of Contaminants (continued) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Reporting Units | Reference Section | R-458A | R-459A | R-459B | R-460A | R-460B | R-461A | R-462A |
| *CHARACTERISTICS:* | | | | | | | | | |
| Refrigerant Components | N/A | N/A | R-32/ 125/134a/ 227ea/ 236fa | R-32/ 1234yf/ 1234ze(E) | R-32/ 1234yf/ 1234ze(E) | R-32/125/ 134a/ 1234ze(E) | R-32/125/ 134a/ 1234ze(E) | R-125/143a/ 134a/227ea/ 600a | R-32/125/143a/134a/600 |
| Nominal Composition | % by weight | N/A | 20.5/4.0/ 61.4/13.5/ 0.6 | 68.0/26.0/ 6.0 | 21.0/69.0/ 10.0 | 12.0/52.0/ 14.0/22.0 | 28.0/25.0/ 20.0/27.0 | 55.0/ 5.0/ 32.0/ 5.0/ 3.0 | 9.0/ 42.0/ 2.0/ 44.0/ 3.0 |
| Allowable Composition | % by weight | N/A | 20.0-21.0/ 3.5-4.5/ 60.9-61.9/ 13.0-14.0/ 0.5-0.7 | 66.5-68.5/ 24.0-28.0/ 5.5-7.5 | 20.0-21.5/ 67.0-71.0/ 9.0-11.0 | 11.0-13.0/ 51.0-53.0/ 13.0-15.0/ 21.0-23.0 | 27.0-29.0/ 24.0-26.0/ 19.0-21.0/ 26.0-28.0 | 54.0-56.0/ 4.5-5.5/ 31.0-33.0/ 4.5-5.5/ 2.6-3.1 | 8.0-10.5/ 40.0-44.0/ 1.0-3.0/ 42.0-46.0/ 2.0-4.0 |
| Bubble Point[1] | ºC @ 101.3 kPa | N/A | -39.8 | -50.3 | -44.0 | -44.6 | -45.2 | -42 | -42.6 |
| Dew Point[1] | ºC @ 101.3 kPa | N/A | -32.4 | -48.6 | -36.1 | -37.2 | -37.1 | -37 | -36.6 |
| Critical Temperature | ºC | N/A | 92.0 | 81.5 | 89.8 | 81.6 | 85.7 | 81.4 | 83.5 |
| *VAPOR PHASE CONTAMINANTS:* | | | | | | | | | |
| Air and Other Non-condensables, Maximum | % by volume @ 25.0ºC | 5.10 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 |
| *LIQUID PHASE CONTAMINANTS:* | | | | | | | | | |
| Water, Maximum | ppm by weight | 5.4 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| All Other Volatile Impurities, Maximum | % by weight | 5.11 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 |
| High Boiling Residue, Maximum | % by volume or % by weight | 5.8 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 |
| Particulates/Solids | Pass or Fail | 5.9 | Visually clean | Visually clean | Visually clean | Visually clean | Visually clean | Visually clean | Visually clean |
| Acidity, Maximum | ppm by weight (as HC1) | 5.7 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Chloride[2] | Pass or Fail | 5.6 | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity |

Notes:
1. Bubble points, dew points and critical temperatures, although not required, are provided for informational purposes. Refrigerant data compiled from Refprop 9.1.
2. Recognized chloride level for pass/fail is about 3 ppm.
/A Not Applicable

AHRI STANDARD 700-2017 WITH ADDENDUM 1

21

Barcode:3848850-04 A-570-028 CIRC - Anti Circumvention Inquiry  -  Unpatented R-421A

22

AHRI STANDARD 700-2017 WITH ADDENDUM 1

| Table 2B.  Hydrocarbon Blends (400 & 500 Series Refrigerants) Characteristics and Allowable Levels of Contaminants | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Reporting Units | Reference Section | R-432A | R-433A | R-433B | R-433C | R-436A | R-436B | R-441A | R-443A |
| *CHARACTERISTICS*: | | | | | | | | | | |
| Refrigerant Components | N/A | N/A | R-1279 /E170 | R-1270 /290 | R-1270 /290 | R-1270 /290 | R-290 /600a | R-290 /600a | R-170 /290/600a /600 | R-1270 /290 /600a |
| Nominal Composition | % by weight | N/A | 80.0/20.0 | 30.0 /70.0 | 5.0/95.0 | 25.0/75.0 | 56.0/44.0 | 52.0/48.0 | 3.1/54.8 /6.0/36.1 | 55.0/40.0 /5.0 |
| Allowable Composition | % by weight | N/A | 79.0-81.0 /19.0-21.0 | 29.0-31.0 /69.0-71.0 | 4.0-6.0 /94.0-96.0 | 24.0-26.0 /74.0-76.0 | 55.0-57.0 /43.0-45.0 | 51.0-53.0 /47.0-49.0 | 2.8-2.4 /52.8-56.8 /5.4-6.6 /34.1-38.1 | 53.0-57.0 /38.0-42.0 /3.8-6.2 |
| Bubble Point[1] | °C @ 101.3 kPa | N/A | -45.2 | -44.4 | -42.5 | -44.1 | -34.3 | -33.3 | -41.5 | -45.2 |
| Dew Point[1] | °C @ 101.3 kPa | N/A | -42.4 | -44 | -42.4 | -43.7 | -26.1 | -25 | -20.3 | -42.1 |
| Critical Temperature[1] | °C | N/A | 97.3 | 94.4 | 96.3 | 94.8 | 115.9 | 117.4 | 117.3 | 95.1 |
| *VAPOR PHASE CONTAMINANTS*[2]: | | | | | | | | | | |
| Air and Other Non-condensables, Maximum | % by volume @ 25.0°C | 5.10 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 |
| *LIQUID PHASE CONTAMINANTS*[3]: | | | | | | | | | | |
| Sulfur Odor[4] | No odor to pass | | Pass | Pass | Pass | Pass | Pass | Pass | Pass | Pass |
| High Boiling Residue, Maximum | % by volume or % by weight | 5.8 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 |
| Particulates/Solids | Pass or Fail | 5.9 | Visually clean | Visually clean | Visually clean | Visually clean | Visually clean | Visually clean | Visually clean | Visually clean |
| Acidity, Maximum | ppm by weight | 5.7 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | N/A |
| Water, Maximum | ppm by weight | 5.4 | 20 | 10 | 10 | 10 | 10 | 10 | 10 | 10 |
| All Other Volatile Impurities, Maximum | % by weight | 5.11 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 |
| Total $C_3$, $C_4$ and $C_5$ Polyolefins, Maximum | % by weight | 5.12 | 0.05 | 0.05 | 0.05 | 0.05 | 0.05 | 0.05 | 0.05 | 0.05 |
| Chloride[2] | Pass or Fail | 5.6 | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | N/A | N/A |

Notes:
1. Bubble points, dew points and critical temperatures, although not required, are provided for informational purposes. Refrigerant data compiled from Refprop 9.1.
2. Taken from vapor phase
3. Vaporized from liquid phase
4. Including hydrogen sulphide and mercaptans
N/A Not Applicable

| Table 3.  Azeotropic Blends (500 Series Refrigerants) Characteristics and Allowable Levels of Contaminants | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Reporting Units | Reference Section | R-500 | R-502 | R-503 | R-507A | R-508A | R-508B | R-509A | R-510A | R-511A | R-512A |
| *CHARACTERISTICS:* | | | | | | | | | | | | |
| Refrigerant Components | N/A | N/A | R-12/ 152a | R-22/115 | R-23/13 | R-125/ 143a | R-23/116 | R-23/116 | R-22/218 | R-E170/ 600a | R-290/ E170 | R-134a/ 152a |
| Nominal Composition | % by weight | N/A | 73.8/26.2 | 48.8/51.2 | 40.1/59.9 | 50.0/50.0 | 39.0/61.0 | 46.0/54.0 | 44.0/56.0 | 88.0/12.0 | 95.0/5.0 | 5.0/95.0 |
| Allowable Composition | % by weight | N/A | 72.8-74.8/ 25.2-27.2 | 44.8-52.8/ 47.2-55.2 | 39.0-41.0/ 59.0-61.0 | 49.5-51.5/ 48.5-50.5 | 37.0-41.0/ 59.0-63.0 | 44.0-48.0/ 52.0-56.0 | 42.0-46.0/ 56.0-60.0 | 87.5-88.5/ 11.5-12.5 | 94.0-96.0/ 4.0-6.0 | 4.0-6.0/ 94.0-96.0 |
| Bubble Point[1] | °C @ 101.3 kPa | N/A | -33.6 | -45.2 | -87.8 | -46.7 | -87.4 | -87 | -49.8 | -24.9 | -42 | -24 |
| Dew Point[1] | °C @ 101.3 kPa | N/A | -33.6 | -45 | -87.8 | -46.7 | -87.4 | -87 | -48.1 | -24.9 | -42 | -24 |
| Critical Temperature[1] | °C | N/A | 102.1 | 80.2 | 18.4 | 70.6 | 10.8 | 11.8 | 68.6 | 125.7 | 97 | 112.9 |
| *VAPOR PHASE CONTAMINANTS:* | | | | | | | | | | | | |
| Air and Other Non-condensables, Maximum | % by volume @ 25°C | 5.10 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 |
| *LIQUID PHASE CONTAMINANTS:* | | | | | | | | | | | | |
| Water, Maximum | ppm by weight | 5.4 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 20 | 20 | 10 |
| All Other Volatile Impurities, Maximum | % by weight | 5.11 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 |
| High Boiling Residue, Maximum | % by volume or % by weight | 5.8 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 |
| Particulates/Solids | Pass or Fail | 5.9 | Visually clean | Visually clean | Visually clean | Visually clean | Visually clean | Visually clean | Visually clean | Visually clean | Visually clean | Visually clean |
| Acidity, Maximum | ppm by weight | 5.7 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Chloride[2] | Pass or Fail | 5.6 | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity |

Notes:
1. Bubble points, dew points and critical temperatures, although not required, are provided for informational purposes. Refrigerant data compiled from Refprop 9.1.
2. Recognized chloride level for pass/fail is about 3 ppm.
N/A Not Applicable

**AHRI STANDARD 700-2017 WITH ADDENDUM 1**

23

PUBLIC VERSION

Barcode:3848850-04 A-570-028 CIRC - Anti Circumvention Inquiry - Unpatented R-421A

24

**AHRI STANDARD 700-2017 WITH ADDENDUM 1**

| Table 3. Azeotropic Blends (500 Series Refrigerants) Characteristics and Allowable Levels of Contaminants (continued) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Reporting Units | Reference Section | R-513A | R-513B | R-514A | R-515A | R-516A |
| *CHARACTERISTICS:* | | | | | | | |
| Refrigerant Components | N/A | N/A | R-1234yf/ 134a | R-1234yf/ 134a | R-1336mzz(Z)/1130(E) | R-1234ze(E)/ 227ea | R-1234yf/134a/152a |
| Nominal Composition | % by weight | N/A | 56.0/44.0 | 58.5/41.5 | 74.7/25.3 | 88.0/12.0 | 77.5/8.5/14.0 |
| Allowable Composition | % by weight | N/A | 55.0-57.0/ 43.0-45.0 | 58.0-59.0/ 41.0-42.0 | 74.2-76.2 / 23.8- 25.8 | 86.0-89.0/ 11.0-14.0 | 76.1-78.9/7.0-9.0/12.1-14.1 |
| Bubble Point[1] | °C @ 101.3 kPa | N/A | -29.2 | -29.2 | 29.0 | -18.9 | -29.4 |
| Dew Point[1] | °C @ 101.3 kPa | N/A | -29.1 | -29.1 | 29.0 | -18.9 | -29.4 |
| Critical Temperature[1] | °C | N/A | 96.5 | 95.5 | 178.1 | 108.4 | 99.3 |
| *VAPOR PHASE CONTAMINANTS:* | | | | | | | |
| Air and Other Non-condensables, Maximum | % by volume @ 25°C | 5.10 | 1.5 | 1.5 | N/A | 1.5 | 1.5 |
| *LIQUID PHASE CONTAMINANTS:* | | | | | | | |
| Water, Maximum | ppm by weight | 5.4 | 10 | 10 | 20 | 10 | 10 |
| All Other Volatile Impurities, Maximum | % by weight | 5.11 | 0.5 | 0.5 | 0.5 | 0.5 | 0.5 |
| High Boiling Residue, Maximum | % by volume or % by weight | 5.8 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 |
| Particulates/Solids | Pass or Fail | 5.9 | Visually clean | Visually clean | Visually clean | Visually clean | visually clean |
| Acidity, Maximum | ppm by weight | 5.7 | 1 | 1 | 1 | 1 | 1 |
| Chloride[2] | Pass or Fail | 5.6 | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity | No visible turbidity |
| Notes: 1. Bubble points, dew points and critical temperatures, although not required, are provided for informational purposes. Refrigerant data compiled from Refprop 9.1. 2. Recognized chloride level for pass/fail is about 3 ppm. N/A Not Applicable | | | | | | | |

# APPENDIX A.  REFERENCES – NORMATIVE

**A1**    Listed here are all standards, handbooks, and other publications essential to the formation and implementation of the standard.  All references in this appendix are considered as part of this standard.

**A1.1**    2008 *Appendix C Analytical Procedures for AHRI Standard 700-2015 - Normative, Specification for Fluorocarbon Refrigerants,* 2008, Air-Conditioning, Heating, and Refrigeration Institute, 2111 Wilson Blvd., Suite 500, Arlington, VA  22201, U.S.A.

**A1.2**    ANSI/ASHRAE Standard 34-2016, *Designation and Safety Classification of Refrigerants,* 2016, with Addenda, American National Standards Institute/American Society of Heating, Refrigerating and Air-Conditioning Engineers, Inc., 25 West 43rd Street, 4th Floor, New York, New York 10036 U.S.A., 1791 Tullie Circle N.E., Atlanta, GA 30329, U.S.A.

**A1.3**    *ASHRAE Terminology,* https://www.ashrae.org/resources--publications/free-resources/ashrae-terminology, 2017, American Society of Heating, Refrigerating and Air-Conditioning Engineers, Inc., 1791 Tullie Circle, N.E., Atlanta, GA 30329, U.S.A.

**A1.4**    ASTM Standard D1296-01-2012, *Standard Test Method for Odor of Volatile Solvents and Diluents*, 2012, ASTM International, 100 Barr Harbor Drive, West Conshohocken, Pennsylvania 19428, USA.

**A1.5**    GPA STD-2177, A*nalysis of Natural Gas Liquid Mixtures Containing Nitrogen and Carbon Dioxide by Gas Chromatography*, 2013, Gas Processors Association, 6526 East 60th Street, Tulsa, Oklahoma 74145, U.S.A.

**A1.6**    REFPROP Reference Fluid Thermodynamic and Transport Properties *NIST Standard Reference Database 23 Version 9.1*, 2013, U.S. Department of Commerce, Technology Administration, National Institute of Standards and Technology, Standard Reference Data Program, Gaithersburg, Maryland 20899, U.S.A.

# APPENDIX B.  REFERENCES – INFORMATIVE

**B1**    Listed here are standards, handbooks and other publications which may provide useful information and background but are not considered essential.  References in this appendix are not considered part of the standard.

**B1.1**    2012 *Appendix D Gas Chromatograms for AHRI Standard 700-2015 - Informative, Specification for Fluorocarbon Refrigerants,* 2012, Air-Conditioning, Heating, and Refrigeration Institute, 2111 Wilson Blvd., Suite 500, Arlington, VA  22201; U.S.A.

**B1.2**    U.S. Code of Federal Regulations, Title 40, Part 82, *Protection of Stratospheric Ozone*, 2013, Office of the Federal Register, National Archives and Records Administration, 800 North Capitol Street, NW, Washington, DC 20402, U.S.A.

25

PUBLIC VERSION

**AHRI STANDARD 700-2017 WITH ADDENDUM 1** Anti Circumvention Inquiry - Unpatented R-421A

# APPENDIX C.  ANALYTICAL PROCEDURES FOR AHRI STANDARD 700 - NORMATIVE

**C1**      Appendix C is available for download from the AHRI website: http://www.ahrinet.org/site/686/Standards/HVACR-Industry-Standards/Search-Standards.

26

PUBLIC VERSION

# APPENDIX D.  GAS CHROMATOGRAMS FOR AHRI STANDARD 700 - INFORMATIVE

**D1**      Appendix D is available for download from the AHRI website: http://www.ahrinet.org/site/686/Standards/HVACR-Industry-Standards/Search-Standards.

27



**Dynatemp**
International
*The Cool Solutions People*

# CHOICE R-421A
## Safety Data Sheet
according to Federal Register / Vol. 77, No. 58 / Monday, March 26, 2012 / Rules and Regulations
Date of issue: 05/13/2015      Version: 1.0

## SECTION 1: Identification of the substance/mixture and of the company/undertaking

### 1.1.    Product identifier
Product name                          :  CHOICE R-421A

### 1.2.    Relevant identified uses of the substance or mixture and uses advised against
Use of the substance/mixture         :  Refrigerant

### 1.3.    Details of the supplier of the safety data sheet
Dynatemp International, Inc.
42 W. North Street
Carlisle, PA 17013
Phone:  1-800-791-9232, (outside the U.S.:  +1-717-249-0157)
Fax:  717.249.9043
www.Dynatempintl.com
Email:  info@dynatempintl.com

### 1.4.    Emergency telephone number
Emergency number                     :  Contact Chemtrec at 800.424.9300 (24 hours)

## SECTION 2: Hazards identification

### 2.1.    Classification of the substance or mixture

**Classification (GHS-US)**
Liquefied gas  H280

### 2.2.    Label elements

**GHS-US labeling**
Hazard pictograms (GHS-US)           :



GHS04

Signal word (GHS-US)                 :  Warning
Hazard statements (GHS-US)           :  H280 - Contains gas under pressure; may explode if heated
Precautionary statements (GHS-US)    :  P410+P403 - Protect from sunlight. Store in a well-ventilated place

### 2.3.    Other hazards
Non-flammable material.  Overexposure may cause dizziness and loss of concentration.  At higher levels, CNS depression and cardiac arrhythmia may result from exposure.  Vapors displace air and can cause asphyxiation in confined spaces.  At higher temperatures, (>250°C), decomposition products may include hydrofluoric acid (HF) and carbonyl halides such as phosgene.  Rapid evaporation of the liquid may cause frostbite..

### 2.4.    Unknown acute toxicity (GHS-US)
None of the ingredients are of unknown toxicity.

## SECTION 3: Composition/information on ingredients

### 3.1.    Substance
Not applicable – this product is a mixture.

### 3.2.    Mixture

| Name | Product identifier | % | Classification (GHS-US) |
|---|---|---|---|
| Ethane, pentafluoro- | (CAS No) 354-33-6 | 58 | Liquefied gas, H280 |
| 1,1,1,2-Tetrafluoroethane | (CAS No) 811-97-2 | 42 | Liquefied gas, H280 |

## SECTION 4: First aid measures

### 4.1.    Description of first aid measures
First-aid measures general           :  Never give anything by mouth to an unconscious person. If you feel unwell, seek medical advice (show the label where possible).

First-aid measures after inhalation  :  Allow victim to breathe fresh air. Allow the victim to rest.

PUBLIC VERSION

# CHOICE R-421A

## Safety Data Sheet

according to Federal Register / Vol. 77, No. 58 / Monday, March 26, 2012 / Rules and Regulations

| | | |
|---|---|---|
| First-aid measures after skin contact | : | Remove affected clothing and wash all exposed skin area with mild soap and water, followed by warm water rinse. |
| First-aid measures after eye contact | : | Rinse immediately with plenty of water. Obtain medical attention if pain, blinking or redness persist. |
| First-aid measures after ingestion | : | Rinse mouth. Do NOT induce vomiting. Obtain emergency medical attention. |
| | | Notes to physician:  Because of the possible disturbances of cardiac rhythm, catecholamine drugs such as epinephrine should be used with special caution and only insituations of emergency life support.  Treatment of overexposure should be directed at the control of symptoms and the clinical conditions. |

**4.2.     Most important symptoms and effects, both acute and delayed**

Symptoms/injuries                          : Not expected to present a significant hazard under anticipated conditions of normal use.

**4.3.     Indication of any immediate medical attention and special treatment needed**

No additional information available

## SECTION 5: Firefighting measures

**5.1.     Extinguishing media**

| | | |
|---|---|---|
| Suitable extinguishing media | : | Foam. Dry powder. Carbon dioxide. Water spray. Sand.  Use agent that is most appropriate for type of surrounding fire. |
| Unsuitable extinguishing media | : | Do not use a heavy water stream. |

**5.2.     Special hazards arising from the substance or mixture**

Cylinders are equipped with pressure and temperature relief devices but may still rupture under fire conditions.  Decomposition may occur.  This substance is not flammable in air at temperatures up to 100ºC (212ºF) at atmospheric pressure.  However, mixtures of this substance with high concentrations of air at elevated pressure and/or temperature can become combustible in the presence of an ignition source.

**5.3.     Advice for firefighters**

| | | |
|---|---|---|
| Firefighting instructions | : | Use water spray or fog for cooling exposed containers. Exercise caution when fighting any chemical fire. Prevent fire-fighting water from entering environment. |
| Protection during firefighting | : | Do not enter fire area without proper protective equipment, including self-contained breathing apparatus. |

## SECTION 6: Accidental release measures

**6.1.     Personal precautions, protective equipment and emergency procedures**

**6.1.1.     For non-emergency personnel**

Emergency procedures                       : Evacuate unnecessary personnel.

**6.1.2.     For emergency responders**

| | | |
|---|---|---|
| Protective equipment | : | Equip cleanup crew with proper protection. |
| Emergency procedures | : | Ventilate area. |

**6.2.     Environmental precautions**

Prevent entry to sewers and public waters. Notify authorities if liquid enters sewers or public waters.

**6.3.     Methods and material for containment and cleaning up**

Methods for cleaning up                     : Store away from other materials.

**6.4.     Reference to other sections**

See Heading 8. Exposure controls and personal protection.

## SECTION 7: Handling and storage

**7.1.     Precautions for safe handling**

Precautions for safe handling               : Wash hands and other exposed areas with mild soap and water before eating, drinking or smoking and when leaving work. Provide good ventilation in process area to prevent formation of vapor.

**7.2.     Conditions for safe storage, including any incompatibilities**

| | | |
|---|---|---|
| Storage conditions | : | Keep only in the original container in a cool, well ventilated place.  Keep container closed when not in use. |
| Incompatible products | : | Strong bases. Strong acids. |
| Incompatible materials | : | Sources of ignition. Direct sunlight. |
| Storage area | : | Store in a well-ventilated place.  Protect cylinder and its fittings from physical damage. Cylinders should be stored upright and fimrly secured to prevent falling or being knocked over. |

Barcode:3848850-04 A-570-028 CIRC - Anti Circumvention Inquiry  -  Unpatented R-421A

# CHOICE R-421A
## Safety Data Sheet
according to Federal Register / Vol. 77, No. 58 / Monday, March 26, 2012 / Rules and Regulations

| 7.3. | Specific end use(s) |
|------|---------------------|

No additional information available

## SECTION 8: Exposure controls/personal protection

| 8.1. | Control parameters |
|------|--------------------|

**1,1,1,2-Tetrafluoroethane (811-97-2)**

| WEEL (AIHA) | Workplace Environmental Exposure Level (WEEL) Guide TWA (ppm) | 1000 ppm |
|-------------|--------------------------------------------------------------|----------|

**Ethane, pentafluoro- (354-33-6)**

| WEEL (AIHA) | Workplace Environmental Exposure Level (WEEL) Guide TWA (ppm) | 1000 ppm |
|-------------|--------------------------------------------------------------|----------|

| 8.2. | Exposure controls |
|------|-------------------|

| Personal protective equipment | : | Avoid all unnecessary exposure. |
| Hand protection | : | Wear protective gloves. |
| Eye protection | : | Chemical goggles or safety glasses. |
| Respiratory protection | : | Not required under normal conditions.  If concentrations exceed exposure limits, use NIOSH approved respirator. |
| Other information | : | Do not eat, drink or smoke during use. |
| Engineering Controls | : | Ensure adequate ventilation, especially in confined areas.  Local exhaust should be used when large amounts are released.  Mechanical ventilation should be used in low or enclosed places. |

## SECTION 9: Physical and chemical properties

| 9.1. | Information on basic physical and chemical properties |
|------|-------------------------------------------------------|

| Physical state | : | Gas |
| Appearance | : | Clear, colorless gas |
| Color | : | Clear |
| Odor | : | No data available |
| Odor threshold | : | No data available |
| pH | : | No data available |
| Relative evaporation rate (butyl acetate=1) | : | No data available |
| Melting point | : | No data available |
| Freezing point | : | No data available |
| Boiling point | : | -40.2 °C |
| Flash point | : | No data available |
| Auto-ignition temperature | : | No data available |
| Decomposition temperature | : | No data available |
| Flammability (solid, gas) | : | No data available |
| Vapor pressure at 21.1 °C | : | 7,059 mm Hg |
| Vapor pressure at 21.1 °C | : | 9,411 hPa |
| Relative vapor density at 20 °C | : | No data available |
| Relative density | : | No data available |
| Solubility | : | Nil (in water) |
| Log Pow | : | No data available |
| Log Kow | : | No data available |
| Viscosity, kinematic | : | No data available |
| Viscosity, dynamic | : | No data available |
| Explosive properties | : | No data available |
| Oxidizing properties | : | No data available |
| Explosive limits | : | No data available |

| 9.2. | Other information |
|------|-------------------|

| VOC content | : | 0 g/l |
| | : | Liquefied gas |
| Gas group | | |

Filed By: Andrew Medley, Filed Date: 6/14/19 10:53 AM, Submission Status: Approved

# CHOICE R-421A

## Safety Data Sheet

according to Federal Register / Vol. 77, No. 58 / Monday, March 26, 2012 / Rules and Regulations

## SECTION 10: Stability and reactivity

### 10.1.    Reactivity

Decomposes on heating

### 10.2.    Chemical stability

Stable at normal temperatures and storage conditions

### 10.3.    Possibility of hazardous reactions

Not established.

### 10.4.    Conditions to avoid

Direct sunlight. Extremely high or low temperatures.

### 10.5.    Incompatible materials

Strong acids. Strong bases.

### 10.6.    Hazardous decomposition products

Halogens, halogen acids and possibly carbonyl halides

## SECTION 11: Toxicological information

### 11.1.    Information on toxicological effects

Acute toxicity                                        : Not classified

| 1,1,1,2-Tetrafluoroethane (811-97-2) | |
|---|---|
| LC50 inhalation rat (mg/l) | 1500 g/m³ (Exposure time: 4 h) |

| Ethane, pentafluoro- (354-33-6) | |
|---|---|
| LC50 inhalation rat (mg/l) | 2910 g/m³ (Exposure time: 4 h) |

| | |
|---|---|
| Skin corrosion/irritation | : Not classified |
| Serious eye damage/irritation | : Not classified |
| Respiratory or skin sensitization | : Not classified |
| Germ cell mutagenicity | : Not classified |
| Carcinogenicity | : Not classified |
| Reproductive toxicity | : Not classified |
| Specific target organ toxicity (single exposure) | : Not classified |
| Specific target organ toxicity (repeated exposure) | : Not classified |
| Aspiration hazard | : Not classified |
| Potential Adverse human health effects and symptoms | : Based on available data, the classification criteria are not met. |

## SECTION 12: Ecological information

### 12.1.    Toxicity

No additional information available

### 12.2.    Persistence and degradability

| CHOICE R-421A | |
|---|---|
| Persistence and degradability | Not established. |

| 1,1,1,2-Tetrafluoroethane (811-97-2) | |
|---|---|
| Persistence and degradability | Not established. |

| Ethane, pentafluoro- (354-33-6) | |
|---|---|
| Persistence and degradability | Not established. |

### 12.3.    Bioaccumulative potential

| CHOICE R-421A | |
|---|---|
| Bioaccumulative potential | Not established. |

Barcode:3848850-04 A-570-028 CIRC - Anti Circumvention Inquiry  -  Unpatented R-421A

# CHOICE R-421A

## Safety Data Sheet

according to Federal Register / Vol. 77, No. 58 / Monday, March 26, 2012 / Rules and Regulations

| 1,1,1,2-Tetrafluoroethane (811-97-2) | |
|---|---|
| Bioaccumulative potential | Not established. |

| Ethane, pentafluoro- (354-33-6) | |
|---|---|
| Bioaccumulative potential | Not established. |

**12.4.   Mobility in soil**

No additional information available

**12.5.   Other adverse effects**

| Other information | : | Avoid release to the environment. |
|---|---|---|

## SECTION 13: Disposal considerations

**13.1.   Waste treatment methods**

| Waste disposal recommendations | : | Dispose in a safe manner in accordance with local, state and federal regulations.  Cylinder can be re-used after re-conditioning.  Recover, reclaim by distillation or remove to a permitted waste disposal facility.  Comply with applicable federal, state/provincial and local regulations.  Empty pressure vessels should be returned to the supplier. |
|---|---|---|
| Ecology - waste materials | : | Avoid release to the environment. |

## SECTION 14: Transport information

In accordance with DOT

| Transport document description | : | UN1078 Refrigerant gases, n.o.s.,(1,1,1,2-tetrafluoroethane, pentafluoroethane) 2.2 |
|---|---|---|
| UN-No.(DOT) | : | 1078 |
| DOT NA no. | : | UN1078 |
| Proper Shipping Name (DOT) | : | Refrigerant gases, n.o.s. |
| Hazard Classes (DOT) | : | 2.2 - Class 2.2 - Non-flammable compressed gas 49 CFR 173.115 |
| Hazard labels (DOT) | : | 2.2 - Non-flammable gas |



| DOT Symbols | : | G - Identifies PSN requiring a technical name |
|---|---|---|
| DOT Special Provisions (49 CFR 172.102) | : | T50 - When portable tank instruction T50 is referenced in Column (7) of the 172.101 Table, the applicable liquefied compressed gases are authorized to be transported in portable tanks in accordance with the requirements of 173.313 of this subchapter. |
| DOT Packaging Exceptions (49 CFR 173.xxx) | : | 306 |
| DOT Packaging Non Bulk (49 CFR 173.xxx) | : | 304 |
| DOT Packaging Bulk (49 CFR 173.xxx) | : | 314;315 |
| DOT Quantity Limitations Passenger aircraft/rail (49 CFR 173.27) | : | 75 kg |
| DOT Quantity Limitations Cargo aircraft only (49 CFR 175.75) | : | 150 kg |
| DOT Vessel Stowage Location | : | A - The material may be stowed "on deck" or "under deck" on a cargo vessel and on a passenger vessel. |

**ADR**

No additonal information available

**Transport by sea**

No additional information available

**Air transport**

No additional information available

## SECTION 15: Regulatory information

**15.1. US Federal regulations**

| CHOICE R-421A | |
|---|---|
| SARA Section 311/312 Hazard Classes | Sudden release of pressure hazard |
| | Immediate (acute) health hazard |

Filed By: Andrew Medley, Filed Date: 6/14/19 10:53 AM, Submission Status: Approved

# CHOICE R-421A

## Safety Data Sheet

according to Federal Register / Vol. 77, No. 58 / Monday, March 26, 2012 / Rules and Regulations

| 1,1,1,2-Tetrafluoroethane (811-97-2) |
|---|
| Listed on the United States TSCA (Toxic Substances Control Act) inventory |

| Ethane, pentafluoro- (354-33-6) |
|---|
| Listed on the United States TSCA (Toxic Substances Control Act) inventory |

### 15.2. International regulations

#### CANADA

| 1,1,1,2-Tetrafluoroethane (811-97-2) | |
|---|---|
| Listed on the Canadian DSL (Domestic Sustances List) | |
| WHMIS Classification | Class A - Compressed Gas |

| Ethane, pentafluoro- (354-33-6) | |
|---|---|
| Listed on the Canadian DSL (Domestic Sustances List) | |
| WHMIS Classification | Uncontrolled product according to WHMIS classification criteria |

#### EU-Regulations

| 1,1,1,2-Tetrafluoroethane (811-97-2) |
|---|
| Listed on the EEC inventory EINECS (European Inventory of Existing Commercial Chemical Substances) |

| Ethane, pentafluoro- (354-33-6) |
|---|
| Listed on the EEC inventory EINECS (European Inventory of Existing Commercial Chemical Substances) |

**Classification according to Regulation (EC) No. 1272/2008 [CLP]**
No additional information available

**Classification according to Directive 67/548/EEC [DSD] or 1999/45/EC [DPD]**
No additional information available

### 15.2.2. National regulations

| 1,1,1,2-Tetrafluoroethane (811-97-2) |
|---|
| Listed on the AICS (Australian Inventory of Chemical Substances) |
| Listed on IECSC (Inventory of Existing Chemical Substances Produced or Imported in China) |
| Listed on the Japanese ENCS (Existing & New Chemical Substances) inventory |
| Listed on the Japanese ISHL (Industrial Safety and Health Law) |
| Listed on the Korean ECL (Existing Chemicals List) |
| Listed on NZIoC (New Zealand Inventory of Chemicals) |
| Listed on PICCS (Philippines Inventory of Chemicals and Chemical Substances) |

| Ethane, pentafluoro- (354-33-6) |
|---|
| Listed on the AICS (Australian Inventory of Chemical Substances) |
| Listed on IECSC (Inventory of Existing Chemical Substances Produced or Imported in China) |
| Listed on the Japanese ENCS (Existing & New Chemical Substances) inventory |
| Listed on the Japanese ISHL (Industrial Safety and Health Law) |
| Listed on NZIoC (New Zealand Inventory of Chemicals) |
| Listed on PICCS (Philippines Inventory of Chemicals and Chemical Substances) |

### 15.3. US State regulations

No additional information available

## SECTION 16: Other information

Other information : None.

Full text of H-phrases:

| Compressed gas | Gases under pressure Compressed gas |
|---|---|
| Liquefied gas | Gases under pressure Liquefied gas |
| H280 | Contains gas under pressure; may explode if heated |

PUBLIC VERSION

# CHOICE R-421A

## Safety Data Sheet

according to Federal Register / Vol. 77, No. 58 / Monday, March 26, 2012 / Rules and Regulations

SDS US (GHS HazCom 2012)

*The information provided in this Safety Data Sheet is correct to the best of our knowledge, information and belief at the date of its publication.  The information given is designed only as guidance for safe handling, use, processing, storage, transportation, disposal and release and is not to be considered a warranty or quality specification.  The information relates only to the specific material designated and may not be valid for such material used in combination with any other materials or in any process, unless specified in the text.*

# R-32

# *Safety Data Sheet*

## R-32

### 1. CHEMICAL PRODUCT AND COMPANY IDENTIFICATION

**PRODUCT NAME:** R-32 **OTHER NAME**:   1,1- Difluoromethane **USE**:      Refrigerant Gas **DISTRIBUTOR:** BMP USA, Inc.
5139 West Idlewild Ave, Tampa, FL 33634

**FOR MORE INFORMATION CALL: IN CASE OF EMERGENCY CALL:**
   (Monday-Friday, 8:00am-5:00pm)     CHEMTREC:   1-800-424-9300 1-800-262-0012

### 2. HAZARDS IDENTIFICATION

**CLASSIFICATION: Flammable Gas, Gas under pressure, Compressed Gas SIGNAL WORD:   DANGER HAZARD STATEMENT(S): Extremely flammable gas, Contains gas under pressure, may explode if heated SYMBOL(S): Flames, Gas Cylinder**

**PRECAUTIONARY STATEMENT(S): Prevention:** Keep away from heat, sparks, open flame, and hot surfaces. No Smoking **Response:** Leaking gas fire: Do not extinguish unless leak can be stopped immediately. Eliminate all ignition sources if safe to do so. **Storage:** Protect from sunlight, store in a well ventilated place.



E
M
E
R
GENCY
OVERVIEW:
Flammable gas.   Liquid under high pressure.

**POTENTIAL HEALTH EFFECTS:**
**Efrects of Overexposure:**

   Eye Contact Eye Contact with the rapidly evaporation liquid my cause frostbite.

**Skin Contact**
Skin contact with the rapidly evaporation liquid may cause frostbite.   Frostbite effects are a change in color of the skin to

PUBLIC VERSION

# R-32

grey or white, followed by blistering.

<u>Inhalation</u> Vapor is heavier than air and can cause suffocation by reducing oxygen available for breathing. Inhalation of high vapor concentration may cause dizziness, disorientation, incoordination, narcosis, nausea or vomiting, leading to unconsciousness,   cardiac irregularities, or death.

**Ingestion**

Not an expected route of exposure.

**OTHER EFFECTS OF OVEREXPOSURE:** None Expected.

### 3. COMPOSITION / INFORMATION ON INGREDIENTS

| INGREDIENT NAME | CAS NUMBER | WEIGHT % |
|---|---|---|
| 1,1-Difluoromethane | 75-10-5 | 100 |

**COMMON NAME and SYNONYMS**
R-32; HCFC-32
**FLAMMABLE PROPERTIES**
FLASH POINT; AUTOIGNITION

There are no impurities or stabilizers that contribute to the classification of the material identified in Section 2

### 4. FIRST AID MEASURES

**SKIN:** Immediately wash with plenty of warm water (do not rub).   Thaw affected area with water.   Remove contaminated clothing.   Caution: clothing may adhere to the skin in case of freeze burns.   If symptoms (irritation or blistering) develop, get medical attention.

**EYES:** Immediately flush with plenty of water.   After initial flushing, remove any contact lenses and continue flushing for at least 15 minutes.   Hold eyelids open during flushing.   Have eyes examined and treated by medical personnel.

**INHALATION:** Move victim to fresh air. Keep warm and at rest.   If breathing is labored, give oxygen.   If only breathing has stopped, give artificial respiration with a pocket mask equipped with a on-way valve to prevent exposure to product or body fluids. If breathing has stopped and there is no pulse, give cardiopulmonary resuscitation (CPR). Get immediate medical attention.

**INGESTION:**   Highly unlikely, but should this occur, freeze burns will result.   Do not induce vomiting unless instructed to do so by a physician.

**ADVICE TO PHYSICIAN:** Symptomatic and supportive therapy, as indicated.   Administration of epinephrine or similar sympathomimetic drugs should be with special caution and only in situations of emergency life support   as cardiac arrhythmias may result

PUBLIC VERSION

# R-32

## 5. FIRE FIGHTING MEASURES

**INGREDIENT NAME**                    **CAS NUMBER**  75-10-5            **WEIGHT %** 100
1,1-Difluoromethane
**COMMON NAME and SYNONYMS**
R-32; HCFC-32
**FLAMMABLE PROPERTIES**
**FLASH POINT:** AUTOIGNITION
**TEMPERATURE:UPPER FLAME LIMIT:**          Not applicable  Not available  31% **(% v/v)** 14% **(% v/v)**
**LOWER FLAME LIMIT:**
**HAZARDOUS REACTIONS:**

     Reacts with finely divided metals such as aluminum, zinc, magnesium, and alloys containing more the 2% magnesium.   Can react violently if in contact with alkali metals and alkaline earth metals such as sodium, potassium, or barium.

During a fire the product can form toxic and corrosive gases such as hydrogen fluoride.

**EXTINGUISHING MEDIA:**
Suitable extinguishing medium is dry powder.   Allow escaping gas to urn under controlled conditions. Extinguish only if escape of gas can be rapidly stopped as it may form a flammable vapor cloud.

**FIRE AND EXPLOSION HAZARDS:**
Flammable liquefied gas.   Container may burst under intense heat.   Ruptured cylinders may rocket or fragment.   Heavy vapor may suffocate.

Certain mixtures of HFC-32 and chlorine may be flammable under some conditions.

**FIRE FIGHTING PROCEDURES**: Water spray should be used to cool containers.

**FIRE FIGHTING PROTECTIVE EQUIPMENT:**
Use self-contained breathing apparatus with a full-face piece and special protective clothing.

## 6. ACCIDENTAL RELEASE MEASURES

This product is a flammable, liquefied gas, which exits the container at temperatures capable of causing freeze burns (frostbite). Contents under pressure.   Ruptured cylinder may rocket or fragment.

Precautions should take into account the severity of the leak or spill.

Move unprotected personnel upwind of leaking container. Remove ignition sources and ventilate the spill area. Use recommended personal protection and shut off the leak, if without risk.   If possible, elevate leak position to highest point of container (should leak gas, not liquid).   Water should never be put on leak nor should cylinder be immersed.   If possible, dike and contain spillage.   Prevent liquid from entering sewers sumps, or pit areas since vapor is heavier than air and can create a suffocation atmosphere.   Capture material for recycle or destruction if suitable equipment is available.

Notify applicable government authority if release is reportable or could adversely affect the environment.

PUBLIC VERSION

# R-32

## 7. HANDLING AND STORAGE

**HANDLING:** Wear appropriate personal protective equipment. A safety shower and eyewash station should be nearby and ready for use.

This product is a flammable, liquefied gas, which exits the container at temperatures capable of causing freeze burns (frostbite). Ensure personnel are trained in handling and storing cylinders. Secure containers at all times.
Keep containers closed when not in use.

Ensure there is adequate ventilation or use proper respiratory protection in poorly ventilated or confined areas. Avoid causing and inhaling high concentration or vapor.   Atmospheric levels should be controlled to below the occupational exposure limit and kept as low as practicable.

Prevent liquid or vapor from entering sumps or sewers since vapor is heavier than air and may form suffocating atmospheres.

Do not put mixtures of HFC-32 with air or oxygen under pressure; do not use such mixtures for leak or pressure testing.Do not heat containers.

Liquid transfers between containers may generate static electricity.   Ensure adequate grounding.

Avoid trapping liquid between closed valves or overfilling containers as high pressures can develop with an increase in temperature.

Avoid HFC-32 contact with flames or very hot surfaces.

**STORAGE RECOMMENDATIONS:** Keep containers tightly closed, in a cool, well-ventilated place.   Keep containers dry.   Keep from incompatibles, open flames, hot surfaces, welding operations, and other heat sources.

**STORAGE TEMPERATURE:**
Store at temperature not exceeding 125 deg. F. (52deg. C).

**INCOMPATIBILITIES:** Freshly abraded aluminum surfaces at specific temperatures and pressures may cause a strong exothermic reaction. Chemically reactive metals:   potassium, calcium, powdered aluminum, magnesium, and zinc.

## 8. EXPOSURE CONTROLS / PERSONAL PROTECTION

**ENGINEERING CONTROLS:** Use ventilation to maintain safe levels.   Where appropriate engineering controls are not in place or are inadequate, wear suitable respiratory equipment.

**PERSONAL PROTECTIVE EQUIPMENT**

**SKIN PROTECTION:**
Take all precautions to prevent skin contact.   Use gloves and protective clothing made of material that has been found by user to be impervious under conditions of use to prevent the skin from becoming frozen for contact with liquid. User should verify impermeability under normal conditions of use prior to general use.   Additional protection such as an apron, arm covers, or full body suit may be need depending on conditions of use.

PUBLIC VERSION

# R-32

**EYE PROTECTION:**
Use chemical safety goggles or safety glasses and a face shield when there is potential for eye contact.

**RESPIRATORY PROTECTION:**
Not normally needed if controls are adequate.  If needed, use NIOSH/MSHA approved respirator for organic vapors. For high concentrations and oxygen-deficient atmospheres, use positive pressure air-supplied respirator.

| INGREDIENT NAME | CAS NUMBER 75-10-5 | WEIGHT % 100 |
|---|---|---|

1,1-Difluoromethane
**COMMON NAME and SYNONYMS**
R-32; HCFC-32
**FLAMMABLE PROPERTIES**
**FLASH POINT: AUTOIGNITION**
**TEMPERATURE:UPPER FLAME LIMIT:**       Not applicable  Not available  31% **(% v/v)** 14% **(% v/v)**
**LOWER FLAME LIMIT:**

**HAZARDOUS REACTIONS:**

**OTHER PROTECTION:**

## 9. PHYSICAL AND CHEMICAL PROPERTIES

**APPEARANCE:** Colorless liquefied gas **PHYSICAL STATE:** Gas at ambient temperature **ODOR:** Faint ethereal odor **SOLUBILITY IN WATER (weight %):** Insoluble **BOILING POINT:** -51.7□C (-61.1□F) **VAPOR PRESSURE (mmHg at 20 deg. C):** 10,319 **FLASH POINT:** >662F (ASTM-D-1929 Method B) **EVAPORATION RATE** Not Available **FLAMMABILITY**: Mildly flammable **LEL/UEL**: 14.4% / 31% **PARTITION COEFF (n-octanol/water)** Log Pow: 0.21. Note: This product is more soluble than octanol **AUTO IGNITION TEMP**: 648°C / 198°F **DECOMPOSITION TEMPERATURE**: No data available **VISCOSITY**: Not applicable **VAPOR DENSITY (air = 1.0):** 1.86 at normal boiling point **% VOLATILES BY VOLUME** 100 WT% **DENSITY**: 0.96 g/cm³ at 77F (25°C) **pH**: Not applicable **MELTING POINT:** 280°F **SPECIFIC GRAVITY (water = 1.0):** 0.98 at 68F (20°C) **MOLECULAR FORMULA: $CH_2F_2$ MOLECULAR WEIGHT:** 50.02

## 10. STABILITY AND REACTIVITY

**CHEMICAL STABILITY:**
Stable under normal conditions.

**INCOMPATIBILITIES:** Reacts with finely divided metals such as aluminum, zinc, magnesium, and alloys containing more then 2% magnesium.  Can react violently if in contact with alkali metals and alkaline earth metals such as sodium, potassium, or barium.

PUBLIC VERSION

# R-32

**HAZARDOUS DECOMPOSITION PRODUCTS:**
Hydrogen fluoride by thermal decomposition and hydrolysis.

**CONDITIONS TO AVOID:**
Keep away from heat, sparks, and flame.   Avoid high temperatures.

**HAZARDOUS POLYMERIZATION:**
Will not occur.

## 11. TOXICOLOGICAL INFORMATION

**POSSIBLE HUMAN HEALTH EFFECTS:**

**Routes of Exposure:**
Inhalation, ingestion, eye, and skin contact.

**Inhalation:** Exposure to high vapor concentrations may cause and abnormal heart rhythm and prove suddenly fatal. Very high atmospheric concentrations can cause anesthetic effects progressing from dizziness, weakness, nausea, to unconsciousness. It can act as an asphyxiant by limiting available oxygen.
**Ingestion:** Highly unlikely, but should this occur, freeze burns will result. **Eye Contact:** Liquid splashes or spray may cause freeze burns. **Skin Contact:** Liquid splashes or spray may cause freeze burns. **Other Effects:** None anticipated.
**Carcinogenicity:**
**Ingredient Name NTP STATUS ACGIH IARC STATUS OSHA LIST**
No ingredients listed in this section

**ANIMAL DATA:**
$LC_{50}$ 4 hr., (rat inhalation) - > 520,000 ppm

Because of its volatility this compound has not been tested for skin or eye irritancy or skin sensitization.

No cardiac sensitization (arrhythmias) occurred in dogs pretreated with epinephrine at 350,000 ppm.   In an earlier cardiac sensitization study, a no observed effect level (NOEL) of 200,000 ppm and threshold of 250,000 ppm were established.

No teratogenic effects were seen in rats or rabbits at dose levels up to 50,000 ppm.

No adverse effects were seen at the highest dose level of 50,000 ppm in a 90-day inhalation.

No genotoxicity was observed in a range of in vitro tests or an in vivo mouse micronucleus assay.

## 12. ECOLOGICAL INFORMATION

**PERSISTENCE AND DEGRADATION:**
Decomposes comparatively rapidly in the lower atmosphere (troposphere). Atmospheric lifetime is 4.9 years.   Products of decomposition will be highly dispersed and hence will have a very low concentration.   It is not considered an ozone-depleting chemical.

# R-32

**EFFECT ON EFFLUENT TREATMENT:**
> Discharges of the product will enter the atmosphere and will not result in long-term aqueous contamination.

## 13. DISPOSAL CONSIDERATIONS

**DISPOSAL METHOD:**

> Discarded product is not a hazardous waste under RCRA, 40 CFR 261.   However, HFC-32 should be recycled, reclaimed, or destroyed whenever possible.

**CONTAINER DISPOSAL:** May contain explosive vapors.   Do not distribute, make available, furnish, or reuse container when emptied of the original product. Do not weld or use cutting torch on or near container.   Empty container retains product residue. Return containers to supplier.

**REFRIGERATION APPLICATION:**
> Subject to "no venting" regulations of Section 608 of the Clean Air Act during the service or disposal of equipment.

## 14. TRANSPORT INFORMATION

**US DOT ID NUMBER:**        UN3252
**US DOT HAZARD CLASS:**        US DOT PROPER SHIPPING NAME: Difluoromethane or Refrigerant gas R-32     US DOT HAZARD CLASS: 2.1 US DOT PACKING GROUP:   Not applicable

## 15. REGULATORY INFORMATION

**TSCA (TOXIC SUBSTANCES CONTROL ACT) REGULATIONS, 40 CFR 710:**
All ingredients are on the TSCA Chemical Substances Inventory.

**CERCLA and SARA REGULATIONS:**

40 CFR 372: This product does not contain any chemicals subject to reporting requirements of SARA Section 313.

40 CFR 355: This product does not contain any "extremely hazardous chemical" subject to the requirements of SARA Section 312.

40 CFR 370: Hazardous properties as defined under the Hazard Communication Standard (29 CFR 1910.1200).

Health: Acute effects (CNS depression, cardiac sensitization). Physical: Flammable liquefied gas. (Actions may be necessary under SARA Section 311 – consult regulations for applicability).

## 16. OTHER INFORMATION

**CURRENT ISSUE DATE:** May, 2015 **PREVIOUS ISSUE DATE:** November, 2012

**OTHER INFORMATION:**        HMIS Classification: Health – 1, Flammability – 4, Reactivity – 1

PUBLIC VERSION

Barcode:3848850-04 A-570-028 CIRC - Anti Circumvention Inquiry  -  Unpatented R-421A

# R-32

Regulatory Standards:

1. OSHA regulations for compressed gases:   29 CFR 1910.101
2. DOT classification per 49 CFR 172.101

**DISCLAIMER:**

BMP USA, Inc. believes that the information and recommendations contained herein (including data and statements are accurate as of the date hereof.   NO WARRANTY OF FITNESS FOR ANY PARTICULAR PURPOSE, WARRANTY OF MERCHANTABILITY, OR ANY OTHER WARRANTY, EXPRESSED OR IMPLIED, IS MADE CONCERNING THE INFORMATION PROVIDED HEREIN.   The information provided herein relates only to the specific product designated and may not be valid where such product is used in combination with any other methods of use of the product and of the information referred to herein are beyond the control of BMP USA.   BMP USA expressly disclaims any and all liability as to any results obtained or arising from any use of the product or reliance on such information.

# R-125

# Safety Data Sheet

## R-125

### 1. CHEMICAL PRODUCT AND COMPANY IDENTIFICATION

**PRODUCT NAME:**   R-125   Pentafluoroethane     Refrigerant Gas BMP Refrigerants, Inc. 5139 West
**OTHER**     Idlewild Ave, Tampa, FL 33634
**NAME:USE:DIST**
**RIBUTOR:**

**CLASSIFICATION:** Gases under pressure, Liquefied Gas

**FOR MORE INFORMATION CALL:** (Monday-Friday, 8:00am-5:00pm) 1-800-262-0012          **IN CASE OF EMERGENCY CALL:** CHEMTREC:  1-800-424-9300

**SIGNAL WORD:** WARNING

**2. HAZARDS IDENTIFICATION**
**INGREDIENT NAME** Pentafluoroethane       **CAS NUMBER**  354-33-6          **WEIGHT %** 100
**COMMON NAME and SYNONYMS**
R-125; HFC125
**FLAMMABLE PROPERTIES**
**FLASH POINT: FLASH POINT**                         Gas, not applicable per DOT regulations   Not applicable >750°C
**METHOD:AUTOIGNITION**                              None*   None* *Based on ASHRAE Standard 34 with match ignite
**TEMPERATURE:UPPER FLAME LIMIT**                    Not applicable Not applicable.

**HAZARD STATEMENT:** Contains gas under pressure, may explode if heated

**SYMBOL:**                                      Gas Cylinder
**PRECAUTIONARY STATEMENT: STORAGE: Protect from sunlight, store in a well ventilated place**

**EMERGENCY OVERVIEW:**   Colorless, volatile liquid with ethereal and faint sweetish odor.
**Non-flammable material. Overexposure may cause dizziness and loss of concentration. At higher levels, CNS
depression and cardiac arrhythmia may result from exposure. Vapors displace air and can cause asphyxiation
in confined spaces.   At higher temperatures, (>250°C), decomposition products may include Hydrofluoric Acid (HF) and carbonyl
halides.**

<u>POTENTIAL HEALTH HAZARDS</u> **SKIN:** Irritation would result from a defatting action on tissue.   Liquid contact could cause frostbite.

**EYES:** Liquid contact can cause severe irritation and frostbite.   Mist may irritate.

**INHALATION:** R-125 is low in acute toxicity in animals.   When oxygen levels in air are reduced to 12-14% by displacement, symptoms of asphyxiation, loss of coordination, increased pulse rate and deeper respiration will occur.   At high levels, cardiac arrhythmia may occur.

**INGESTION:**   Ingestion is unlikely because of the low boiling point of the material.   Should it occur, discomfort in the gastrointestinal tract from rapid evaporation of the material and consequent evolution of gas would result.    Some effects of inhalation and skin exposure would be expected.

**DELAYED EFFECTS:** None Known

**Ingredients found on one of the OSHA designated carcinogen lists are listed below.**

PUBLIC VERSION

Barcode:3848850-04 A-570-028 CIRC - Anti Circumvention Inquiry  -  Unpatented R-421A

# R-125

| INGREDIENT NAME | NTP STATUS IARC STATUS OSHA LIST |
|---|---|

No ingredients listed in this section

## 3. COMPOSITION / INFORMATION ON INGREDIENTS

**PRODUCT NAME:**   R-125   Pentafluoroethane     Refrigerant Gas BMP Refrigerants, Inc. 5139 West
**OTHER**                              Idlewild Ave, Tampa, FL 33634
**NAME:USE:DIST**
**RIBUTOR:**

There are no impurities or stabilizers that contribute to the classification of the material identified in Section 2 .

**FOR MORE INFORMATION CALL:** (Monday-Friday,          **IN CASE OF EMERGENCY CALL:**
8:00am-5:00pm) 1-800-262-0012                         CHEMTREC:  1-800-424-9300

## 4. FIRST AID MEASURES

**SKIN:**   Promptly flush skin with water until all chemical is removed. If there is evidence of frostbite, bathe (do not rub) with lukewarm (not hot) water.   If water is not available, cover with a clean, soft cloth or similar covering.   Get medical attention if symptoms persist.

**EYES:**   Immediately flush eyes with large amounts of water for at least 15 minutes (in case of frostbite, water should be lukewarm, not hot) lifting eyelids occasionally to facilitate irrigation.   Get medical attention if symptoms persist.

**INHALATION:** Immediately remove patient to fresh air. If breathing has stopped, give artificial respiration. Use oxygen as required, provided a qualified operator is available.   Get medical attention immediately.   DO NOT give epinephrine (adrenaline).

**INGESTION:**    Ingestion is unlikely because of the physical properties and is not expected to be hazardous.   DO NOT induce vomiting unless instructed to do so by a physician.

**IAN:**  Because of the possible disturbances of cardiac rhythm, catecholamine drugs, such as     epinephrine,   should be used with special caution and only in situations of emergency life support.    Treatment of overexposure should be directed at the control of symptoms and the clinical conditions.

## 5. FIRE FIGHTING MEASURES

Use any standard agent – choose the one most appropriate for type of surrounding fire (material itself is not flammable)
**UNUSUAL FIRE AND EXPLOSION HAZARDS:**

**PRODUCT NAME:**   R-125   Pentafluoroethane     Refrigerant Gas BMP Refrigerants, Inc. 5139 West
**OTHER**                              Idlewild Ave, Tampa, FL 33634
**NAME:USE:DIST**
**RIBUTOR:**
**FOR MORE INFORMATION CALL:** (Monday-Friday,          **IN CASE OF EMERGENCY CALL:**
8:00am-5:00pm) 1-800-262-0012                         CHEMTREC:  1-800-424-9300

## 2. HAZARDS IDENTIFICATION
**INGREDIENT NAME** Pentafluoroethane      **CAS NUMBER**   354-33-6          **WEIGHT %** 100
**COMMON NAME and SYNONYMS**
R-125; HFC125
**FLAMMABLE PROPERTIES**
**FLASH POINT: FLASH POINT**            Gas, not applicable per DOT regulations   Not applicable >750□C
**METHOD:AUTOIGNITION**                 None*   None* *Based on ASHRAE Standard 34 with match ignition
**TEMPERATURE UPPER FLAME LIMIT**       Not applicable Not applicable

Barcode:3848850-04 A-570-028 CIRC - Anti Circumvention Inquiry  -  Unpatented R-421A

# R-125

R-125 is not flammable at ambient temperatures and atmospheric pressure.   However, this material will become combustible when mixed with air under pressure and exposed to strong ignition sources. Contact with certain reactive metals may result in formation of explosive or exothermic reactions under specific conditions
(e.g. very high temperatures and/or appropriate pressures).

**SPECIAL FIRE FIGHTING PRECAUTIONS/INSTRUCTIONS**: Firefighters should wear self-contained, NIOSH-approved breathing apparatus for protection against possible toxic decomposition products.   Proper eye and skin protection should be provided.   Use water spray to keep fire-exposed   containers cool.

### 6. ACCIDENTAL RELEASE MEASURES

**IN CASE OF SPILL OR OTHER RELEASE:** (Always wear recommended personal protective equipment.) Evacuate unprotected personnel. Product dissipates upon release.   Protected personnel should remove ignition sources and shut off leak, if without risk, and provide ventilation.   Unprotected personnel should not return to the affected area until air has been tested and determined safe, including low-lying areas.

**Spills and releases may have to be reported to Federal and/or local authorities. See Section 15 regarding reporting requirements.**

### 7. HANDLING AND STORAGE

**NORMAL HANDLING:**    (Always wear recommended personal protective equipment.) Avoid breathing vapors and liquid contact with eyes, skin or clothing.   Do not puncture or drop cylinders, expose them to open flame or excessive heat.   Use authorized cylinders only.   Follow standard safety precautions for handling and use of compressed gas cylinders.

R-125 should not be mixed with air above atmospheric pressure for leak testing or any other purpose.

**STORAGE RECOMMENDATIONS:** Store in a cool, well-ventilated area of low fire risk and out of direct sunlight.   Protect cylinder and its fittings from physical damage.   Storage in subsurface locations should be avoided.   Close valve tightly after use and when empty.

**INCOMPATABILITES:** Freshly abraded aluminum surfaces at specific temperatures and pressures may cause a strong exothermic reaction.   Chemically reactive metals: potassium, calcium, powdered aluminum, magnesium, and zinc

### 8. EXPOSURE CONTROLS / PERSONAL PROTECTION

**ENGINEERING CONTROLS:** Provide local ventilation at filling zones and areas where leakage is probable.   Mechanical (general) ventilation may be adequate for other operating and storage areas.

**PERSONAL PROTECTIVE EQUIPMENT**

**SKIN PROTECTION:**
Skin contact with refrigerant may cause frostbite.   General work clothing and gloves (leather) should provide adequate protection.   If prolonged contact with liquid or gas is anticipated, insulated gloves constructed of PVA, neoprene or butyl rubber should be used.   Any contaminated clothing should be promptly removed and washed   before reuse.

# R-125

**EYE PROTECTION:**
For normal conditions, wear safety glasses. Where there is reasonable probability of liquid contact, wear chemical safety goggles.

**RESPIRATORY PROTECTION:**
None generally required for adequately ventilated work situations.   For accidental release or non-ventilated   situations, or release into confined space, where the concentration may be above the PEL of 1,000 ppm, use a self- contained, NIOSH approved breathing apparatus or supplied air respirator.   For escape:   use the former or a NIOSH approved gas mask with organic vapor canister.

**ADDITIONAL RECOMMENDATIONS:**
Where contact with liquid is likely, such as in a spill or leak, impervious boots and clothing should be worn.   High dose-level warning signs are recommended for areas of principle exposure.   Provide eyewash stations and quick-drench shower facilities at convenient locations.   For tank cleaning operations, see OSHA regulations, 29 CFR 1910.132 and 29 CFR 1910.133.

**PRODUCT NAME:**   R-125   Pentafluoroethane   Refrigerant Gas BMP Refrigerants, Inc. 5139 West
**OTHER**   Idlewild Ave, Tampa, FL 33634
**NAME:USE:DIST**
**RIBUTOR:**
**FOR MORE INFORMATION CALL:** (Monday-Friday,        **IN CASE OF EMERGENCY CALL:**
8:00am-5:00pm) 1-800-262-0012                CHEMTREC:   1-800-424-9300

**OTHER EXPOSURE LIMITS FOR POTENTIAL DECOMPOSITION PRODUCTS:**
Hydrogen Fluoride: ACGIH TLV = 2 ppm ceiling, 0.5ppm TLV-TWA

## 9. PHYSICAL AND CHEMICAL PROPERTIES

**APPEARANCE:** Clear, colorless liquid and vapor **PHYSICAL STATE:** Gas at ambient temperatures **MOLECULAR WEIGHT:**   120 **CHEMICAL FORMULA:** $CHF_2CF_3$
**ODOR:**    Faint ethereal odor **SPECIFIC GRAVITY (water = 1.0):** 1.21 @ 21.1☐C (70☐F)
**SOLUBILITY IN WATER (weight %):** Unknown **pH:**    Neutral **BOILING POINT:**  -48.5☐C
(-55.4☐F) **FREEZING POINT:**  Not determined **VAPOR PRESSURE:** 180.4 psia @ 70☐F
407.7 psia @ 130☐F **VAPOR DENSITY (air = 1.0):** 4.2 **EVAPORATION RATE:** >1
**COMPARED TO:**   $CC1_4 = 1$

**% VOLATILES:**   100 **ODOR THRESHHOLD**: High **FLAMMABILITY**:    Not applicable **LEL/UEL**: None/None **RELATIVE DENSITY**:    1.21 g/cm3 at 21.1 C **PARTITION COEFF (n-octanol/water)** Log Pow: 1.48. Note: This product is more soluble than octanol **AUTO IGNITION TEMP**: Not Determined **DECOMPOSITION TEMPERATURE**: >250 degrees C **VISCOSITY**: Not applicable

PUBLIC VERSION

# R-125

**FLASH POINT:**   Not applicable (Flash point method and additional flammability data are found in Section 5.)

## 10. STABILITY AND REACTIVITY

**NORMALLY STABLE:   (CONDITIONS TO AVOID):** The product is stable. Do not mix with oxygen or air above atmospheric pressure. Any source of high temperatures, such as lighted cigarettes, flames, hot spots or welding may yield toxic and/or corrosive decomposition products.

**INCOMPATIBILITIES:** (Under specific conditions: e.g. very high temperatures and/or appropriate pressures) – Freshly abraded aluminum surfaces (may cause strong exothermic reaction). Chemically reactive metals:   potassium, calcium, powdered aluminum, magnesium, and zinc.

**HAZARDOUS DECOMPOSITION PRODUCTS:**
    Halogens, halogen acids and possibly carbonyl halides.

**HAZARDOUS POLYMERIZATION:**
    Will not occur.

## 11. TOXICOLOGICAL INFORMATION

**IMMEDIATE (ACUTE) EFFECTS:**
    $LC_{50}$ : Inhalation 4 hr. (rat) -> 800,000 ppm / Cardiac Sensitization threshold (dog) 75,000 ppm

**DELAYED (SUBCHRONIC AND CHRONIC) EFFECTS:**
    Teratogenic NOEL (rat and rabbit) – 50,000 ppm Subchronic inhalation (rat) NOEL – $\geq$ 50,000 ppm Chronic   NOEL – 10,000 ppm

**OTHER DATA:**
    Not active in four genetic studies

**REPEATED DOSE TOXICITY:**
        Lifetime inhalation exposure of male rats was associated with a small increase in salivary gland fibrosarcomas.

## POTENTIAL HEALTH HAZARDS

**SKIN:** Irritation would result from a defatting action on tissue.   Liquid contact could cause frostbite.

**EYES:** Liquid contact can cause severe irritation and frostbite.   Mist may irritate.

**INHALATION:** R-125 is low in acute toxicity in animals.   When oxygen levels in air are reduced to 12-14% by displacement, symptoms of asphyxiation, loss of coordination, increased pulse rate and deeper respiration will occur.   At high levels, cardiac arrhythmia may occur.

**INGESTION:**   Ingestion is unlikely because of the low boiling point of the material.   Should it occur, discomfort in the gastrointestinal tract from rapid evaporation of the material and consequent evolution of gas would result.    Some effects of inhalation and skin exposure would be expected.

Barcode:3848850-04 A-570-028 CIRC - Anti Circumvention Inquiry  -  Unpatented R-421A

# R-125

**DELAYED EFFECTS:** None Known

**Ingredients found on one of the OSHA designated carcinogen lists are listed below.**

<u>**INGREDIENT NAME NTP STATUS IARC STATUS OSHA LIST**</u>
No ingredients listed in this section

**FURTHER INFORMATION**: Acute effects of rapid evaporation of the liquid may cause frostbite. Vapors are heavier than air and can displace oxygen causing difficulty breathing or suffocation. May cause cardiac arrhythmia.

## 12. ECOLOGICAL INFORMATION

**Degradability (BOD):**    R-125 is a gas at room temperature; therefore, it is unlikely to remain in water. **Octanol Water Partition Coefficient:**   (See section 9)

## 13. DISPOSAL CONSIDERATIONS

| | |
|---|---|
| **PRODUCT NAME:** | R-125   Pentafluoroethane    Refrigerant Gas BMP Refrigerants, Inc. 5139 West Idlewild Ave, Tampa, FL 33634 |
| **OTHER NAME:USE:DISTRIBUTOR:** | |
| **FOR MORE INFORMATION CALL:** (Monday-Friday, 8:00am-5:00pm) 1-800-262-0012 | **IN CASE OF EMERGENCY CALL:** CHEMTREC:  1-800-424-9300 |

Disposal must comply with federal, state, and local disposal or discharge laws.   R-125 is subject to U.S. Environmental Protection Agency Clean Air Act Regulations Section 608 in 40 CFR Part 82 regarding refrigerant recycling.

The information offered here is for the product as shipped. Use and/or alterations to the product such as mixing with other materials may significantly change the characteristics of the material and alter the RCRA classification and the proper disposal method.

## 14. TRANSPORT INFORMATION

**US DOT ID NUMBER:**   UN3220 **US DOT PROPER SHIPPING NAME**: Pentafluoroethane or Regrigerant gas R-125 **US DOT HAZARD CLASS**: 2.2 **US DOT PACKING GROUP**: Not applicable

For additional information on shipping regulations affecting this material, contact the information number found in Section 1.

## 15. REGULATORY INFORMATION

<u>**TOXIC SUBSTANCES CONTROL ACT (TSCA)**</u>

| | |
|---|---|
| **PRODUCT NAME:** | R-125   Pentafluoroethane    Refrigerant Gas BMP Refrigerants, Inc. 5139 West Idlewild Ave, Tampa, FL 33634 |
| **OTHER NAME:USE:DISTRIBUTOR:** | |
| **FOR MORE INFORMATION CALL:** (Monday-Friday, 8:00am-5:00pm) 1-800-262-0012 | **IN CASE OF EMERGENCY CALL:** CHEMTREC:  1-800-424-9300 |

"Reportable Quantities" (RQs) and/or "Threshold Planning Quantities" (TPQs) exist for the following ingredients.

# R-125

| INGREDIENT NAME | SARA / CERCLA RQ (lb.) SARA EHS TPQ (lb.) |
|---|---|
| No ingredients listed in this section | |

**Spills or releases resulting in the loss of any ingredient at or above its RQ requires immediate notification to the National Response Center [(800) 424-8802] and to your Local Emergency Planning Committee.**

**SECTION 311 HAZARD CLASS:**          IMMEDIATE          PRESSURE

**SARA 313 TOXIC CHEMICALS:**
The following ingredients are SARA 313 "Toxic Chemicals".   CAS numbers and weight percents are found in Section 2.

| INGREDIENT NAME | COMMENT |
|---|---|
| No ingredients listed in this section | |

**STATE RIGHT-TO-KNOW**

In addition to the ingredients found in Section 2, the following are listed for state right-to-know purposes.

| INGREDIENT NAME | WEIGHT % COMMENT |
|---|---|
| No ingredients listed in this section | |

**ADDITIONAL REGULATORY INFORMATION:**
R-125 is subject to U.S. Environmental Protection Agency Clean Air Act Regulations at 40 CFR Part 82.

**WARNING: DO NOT vent** to the atmosphere. To comply with provisions of the U.S. Clean Air Act, any residual must be recovered. **Contains Pentafluoroethane (HFC-125),** a greenhouse gas which may contribute to global warming.

**WHMIS CLASSIFICATION (CANADA):** This product has been evaluated in accordance with the hazard criteria of the CPR and the MSDS contains all the information required by the CPR.

**FOREIGN INVENTORY STATUS:**
EU -EINECS # 2065578

## 16. OTHER INFORMATION

**CURRENT ISSUE DATE:** May, 2015 **PREVIOUS ISSUE DATE:** November, 2012

**OTHER INFORMATION:**          HMIS Classification: Health – 1, Flammability – 1, Reactivity – 0 NFPA Classification: Health – 2, Flammability – 1, Reactivity – 0     ANSI/ASHRAE 34 Safety Group – A1

Regulatory Standards:
1.   OSHA regulations for compressed gases:   29 CFR 1910.101
2.   DOT classification per 49 CFR 172.101

Toxicity information per PAFT Testing

PUBLIC VERSION

Barcode:3848850-04 A-570-028 CIRC - Anti Circumvention Inquiry  -  Unpatented R-421A

# R-125

**DISCLAIMER:**

BMP Refrigerants, Inc. believes that the information and recommendations contained herein (including data and statements are accurate as of the date hereof. NO WARRANTY OF FITNESS FOR ANY PARTICULAR PURPOSE, WARRANTY OF MERCHANTABILITY, OR ANY OTHER WARRANTY, EXPRESSED OR IMPLIED, IS MADE CONCERNING THE INFORMATION PROVIDED HEREIN. The information provided herein relates only to the specific product designated and may not be valid where such product is used in combination with any other methods of use of the product and of the information referred to herein are beyond the control of BMP Refrigerants. BMP Refrigerants expressly disclaims any and all liability as to any results obtained or arising from any use of the product or reliance on such information.

# R-143a

# *Safety Data Sheet*

## R-143a

### 1. CHEMICAL PRODUCT AND COMPANY IDENTIFICATION

**PRODUCT NAME:**     R-143a
**OTHER NAME:**        1,1,1-trifluoroethane
**USE:**               Refrigerant Gas
**DISTRIBUTOR:**       BMP Refrigerants, Inc. 5139 West Idlewild Ave, Tampa, FL
                       33634

**FOR MORE INFORMATION CALL:**                      **IN CASE OF EMERGENCY CALL:**
(Monday-Friday, 8:00am-5:00pm)    CHEMTREC:  1-800-424-9300 1-800-262-0012 .

### 2. HAZARDS IDENTIFICATION

**CLASSIFICATION: Flammable Gas, Gas under pressure, Compressed Gas SIGNAL WORD:   DANGER HAZARD STATEMENT(S): Extremely flammable gas, Contains gas under pressure, may explode if heated SYMBOL(S): Flames, Gas Cylinder**

**PRECAUTIONARY STATEMENT(S): Prevention:** Keep away from heat, sparks, open flame, and hot surfaces. No Smoking **Response:** Leaking gas fire: Do not extinguish unless leak can be stopped immediately. Eliminate all ignition sources if safe to do so. **Storage:** Protect from sunlight, store in a well ventilated place.

**EMERGENCY OVERVIEW:**
Flammable gas.   Liquid under high pressure.

                       P
**OTENTIAL HEALTH EFFECTS**
**Effects of Overexposure: Eye**
**Contact**
Eye contact with the rapidly evaporation liquid may cause frostbite.

**Skin Contact**
Skin contact with the rapidly evaporation liquid may cause frostbite.   Frostbite effects are a change in color of the skin to gray or white, followed by blistering.

PUBLIC VERSION

# R-143a

## Inhalation

Vapor is heavier than air and can cause suffocation by reducing oxygen available for breathing. Inhalation of high vapor concentration may cause dizziness, disorientation, incoordination, narcosis, nausea or vomiting, leading to unconsciousness,  cardiac irregularities, or death.

## Ingestion

Not an expected route of exposure.

## 3. COMPOSITION / INFORMATION ON INGREDIENTS

| INGREDIENT NAME | CAS NUMBER 420-46-2 | WEIGHT % 100 |
|---|---|---|

1,1,1-trifluoroethane
**COMMON NAME** and **SYNONYMS**
R-143a; HCFC-143a
**5. FIRE FIGHTING MEASURES**

There are no impurities or stabilizers that contribute to the classification of the material identified in Section 2

## 4. FIRST AID MEASURES

**SKIN:** Remove contaminated clothing and flush affected areas with lukewarm water.   DO NOT USE HOT WATER.   Consult a physician immediately to determine if the cryogenic burn has resulted in blistering of the dermal surface or deep tissue freezing.

**EYES:**
Flush eyes with copious amounts of water for at least 15 minutes, retracting eyelids often. Seek medical attention.

**INHALATION:** If inhaled, remove to fresh air. If not breathing, give artificial respiration.   If breathing is difficult, give oxygen.   142b acts as   a simple asphyxiant. Do not give epinephrine or similar drugs.

**INGESTION:**   If conscious, drink three to four 8 ounce glasses of water. Call a physician.   If unconscious, immediately take affected person   to a hospital. Do not give anything by mouth to an unconscious person.

**ADVICE TO PHYSICIAN:** Severe exposure requiring medical attention should not be treated with stimulants or adrenaline, since high concentrations of fluorocarbons may result in a sensitization of the heart to adrenaline, causing it to stop upon sudden physical exertion.   Those with a known history of heart disease of heartbeat irregularities should be particularly careful to avoid overexposure.

**INGREDIENT NAME**          **CAS NUMBER** 420-46-2
1,1,1-trifluoroethane
**COMMON NAME** and **SYNONYMS**
R-143a; HCFC-143a
**5. FIRE FIGHTING MEASURES**
**FLAMMABLE PROPERTIES**

| | |
|---|---|
| | NA - |
| **FLASH POINT: AUTOIGNITION** | Gas NE |
| **TEMPERATURE:UPPER EXPLOSIVE** | 16.1% |

# R-143a

**EXTINGUISHING MEDIA:** Water Spray, Water Fog, Dry Chemical, Carbon Dioxide, "Alcohol" foam.

**UNUSUAL FIRE HAZARDS:** May form explosive mixtures with air.   Vapors may travel considerable distance to source of ignition and flash back.   Emits toxic fumes such as carbon monoxide, carbon dioxide, hydrogen chloride, hydrogen fluoride – under fire conditions.

**FIRE FIGHTING INSTRUCTIONS:** Keep container cool with water spray. If gas exiting container ignites, stop flow of gas. Do not put out the fire unless leak can be stopped immediately.   Self-contained breathing apparatus (SCBA) is required if containers rupture and contents are released under fire condition.

## 6. ACCIDENTAL RELEASE MEASURES

**SPILL AND LEAK PROCEDURES:** Evacuate all personnel from affected area. Keep personnel upwind.   Shut off all sources or ignition. Wear self-contained   breathing apparatus, rubber boots and heavy rubber gloves.   Shut off leak if there is no risk. Ventilate area, especially low places where heavy vapors may collect.   CERCLA Reportable Quantity = 5,000 lbs.

## 7. HANDLING AND STORAGE

**NORMAL HANDLING:** Use only in well ventilated areas.   Ground all equipment and cylinders before use.   Use explosion-proof   electrical equipment rated Class 1, group D in Division 1 locations.   In Division 2 locations, all spark-producing electrical equipment must be explosion-proof and rated Class 1, Group D. Valve protection caps must remain in place unless container is secured with valve outlet pipe to use point.   Do not drag, slide or roll cylinders.   Use a suitable hand truck for cylinder   movement.   Do not heat cylinder by any means to increase the discharge rate of product from the cylinder. Use a check valve in the discharge line to prevent hazardous back flow into the cylinder.   Close valve after each use and when empty.   Protect cylinders from physical damage.

**STORAGE RECOMMENDATIONS:** Store in a cool, dry, well ventilated area away from heavy traffic and emergency exits.   Do not allow cylinder storage area temperatures to exceed 125 deg. F (52C).   Cylinders should be stored upright and firmly secured to prevent falling or being knocked over.   Full and empty cylinders should be segregated. Use a first in – first out inventory system to prevent full cylinders from being stored for excessive periods of time.

## 8. EXPOSURE CONTROLS / PERSONAL PROTECTION

**ENGINEERING CONTROLS:** Normal ventilation for standard manufacturing procedures is generally adequate.   Local exhaust should be used when large amounts are released.   Mechanical exhaust should be used in low or enclosed places.   Ground all equipment and cylinders before use.   Use explosion-proof electrical equipment rated Class I, Group D in Division 1 locations.   In Division 2 locations, all spark-producing electrical equipment must be explosion-proof and rated Class I, Group D.   Non-sparking motors need not be explosion-proof.

**PERSONAL PROTECTIVE EQUIPMENT:**

**SKIN PROTECTION:**
Impervious gloves should be worn when handling the liquid.

PUBLIC VERSION

Barcode:3848850-04 A-570-028 CIRC - Anti Circumvention Inquiry  -  Unpatented R-421A

# R-143a

**EYE PROTECTION:**
  Chemical splash goggles should be worn when handling the liquid.

**RESPIRATORY PROTECTION:**
Under normal manufacturing conditions, no respiratory protection is required when using this product.  Self-contained breathing apparatus (SCBA) is required if a large release occurs.

## EXPOSURE GUIDELINES

  (Exposure Limits)
   **INGREDIENT NAME ACGIH TLV OSHA PEL OTHER LIMIT**
  1,1,1-trifluoroethane None Established None Established *1000 ppm TWA (8hr)

## 9. PHYSICAL AND CHEMICAL PROPERTIES

**APPEARANCE:** Clear, colorless liquid and vapor **PHYSICAL STATE:** Gas at ambient temperatures **ODOR:** Slight ethereal **SOLUBILITY IN WATER (weight %):** Slight **BOILING POINT:** 48☐C (-54☐F) **VAPOR PRESSURE:** 165 psia @ 21 deg. C (70☐F) **FLASH POINT:** None **EVAPORATION RATE:** No data available **FLAMMABILITY:** Flammable **LEL/UEL:** 7.1% / 16.1% **PARTITION COEFFICIENT n-OCTANOL/WATER:** Log Pow: 1.73 **AUTO IGNITION TEMPERATURE:** 750°C / 1382°F **DECOMPOSITION TEMPERATURE:** No data available **VISCOSITY:** Not applicable **VAPOR DENSITY (air = 1.0):** 2.9 **% VOLATILESBY VOLUME:** 100 WT% **DENSITY** 0.93 g/cc at 25°C (77°F) – Liquid **pH:** Unknown **MELTING POINT:** -111°C / -168°F **SPECIFIC GRAVITY (Water=1):**   0.93 **MOLECULAR FORMULA:** $CF_3CH_3$ **MOLECULAR WEIGHT:** 84.06

## 10. STABILITY AND REACTIVITY

**CHEMICAL STABILITY:**
                              Material is stable.   However, avoid open flames and high temperatures.

**REACTIVITY: INCOMPATIBILITY WITH OTHER MATERIALS:**


    Incompatible with alkali or alkaline earth metals-powdered Al, Zn, Be, etc.

**CONDITIONS TO AVOID:**


    Heat, sparks, flames, and other ignition sources

# R-143a

## 11. TOXICOLOGICAL INFORMATION

Rat inhalation LC50 (4 hr.): 2050 gm/m3; 128,000 ppm Mouse inhalation LC50 (2 hr.): 1750 gm/m3 In screening studies with experimental animals, exposure above 25,000 ppm followed by a large epinephrine challenge has induced serious cardiac irregularities.   Preliminary screening tests indicated that 1-Chloro-1,1-difluoroethane may be weakly mutagenic.   In vivo cytogenicity and dominant lethal assays for mutagenicity were negative.   In a two year rat inhalation study, 1-Chloro1,1difiuoroethane produced no chronic or carcinogenic effects at levels as high as 2% in air.

## POTENTIAL HEALTH EFFECTS

**Effects of Overexposure: <u>Eye</u>**
**<u>Contact</u>**
Eye contact with the rapidly evaporating liquid may cause frostbite.

**<u>Skin Contact</u>**
Skin contact with the rapidly evaporation liquid may cause frostbite.   Frostbite effects are a change in color of the skin to gray or white, followed by blistering.

**<u>Inhalation</u>**
Vapor is heavier than air and can cause suffocation by reducing oxygen available for breathing. Inhalation of high vapor concentration may cause dizziness, disorientation, incoordination, narcosis, nausea or vomiting, leading to unconsciousness, cardiac irregularities, or death.

**<u>Ingestion</u>**
Not an expected route of exposure.

## 12. ECOLOGICAL INFORMATION

**DEGRADABILITY (BOD):**
1,1,1-trifluoroethane is a gas at room temperature; therefore, it is unlikely to remain in water.

## 13. DISPOSAL CONSIDERATIONS

**WASTE DISPOSAL:** Reclaim by distillation, incinerate, or remove to a permitted waste facility.   Comply with Federal, State, and local

regulations. This material may be a RCRA hazardous waste upon disposal due to the ignitability characteristic.

## 14. TRANSPORT INFORMATION

**US DOT ID NUMBER:** UN2035 **US DOT PROPER SHIPPING NAME:** 1,1,1-Trifluoroethane **US DOT HAZARD CLASS:** 2.1 **US DOT PACKING GROUP:** Not Applicable

## 15. REGULATORY INFORMATION

PUBLIC VERSION

# R-143a

**INGREDIENT NAME**  **CAS NUMBER** 420-46-2  **WEIGHT %** 100
1,1,1-trifluoroethane
**COMMON NAME** and **SYNONYMS**
R-143a; HCFC-143a

## 5. FIRE FIGHTING MEASURES

**FLAMMABLE PROPERTIES**

|  |  |
|---|---|
|  | NA - |
| **FLASH POINT: AUTOIGNITION** | Gas NE |
| **TEMPERATURE:UPPER EXPLOSIVE** | 16.1% |
| **LIMIT: LOWER EXPLOSIVE LIMIT:** | 7.1% |

**U. S. FEDERAL REGULATIONS:**

TSCA Inventory Status:        Reported/Included.

| Title III Hazard classification sections 311,312 Acute: Yes | Lists:    SARA Extremely Hazardous Substance | -N |
|---|---|---|
| Chronic: No  Fire: Yes  Reactivity: No  Pressure: Yes | CERCLA Hazardous Substance      SARA Toxic | o |
|  | Chemicals     * See Disposal Information | -(*) |
|  |  | -N |
|  |  | o |

HFC-143a is a flammable gas as defined by OSHA in 29CFR 1910.1200 (c). Use of this product may require compliance with 29CFR 1910.119, Process Safety Management of Highly Hazardous Chemicals.

**NFPA, NPCA-HIMS RATING**

HMIS Classification: Health – 1, Flammability – 4, Reactivity – 1 Personal Protection Rating to be supplied by user depending on use conditions.

**INGREDIENT NAME**  **CAS NUMBER** 420-46-2  **WEIGHT %** 100
1,1,1-trifluoroethane
**COMMON NAME** and **SYNONYMS**
R-143a; HCFC-143a
5. FIRE FIGHTING MEASURES

The data in this Safety Data Sheet relates only to the specific material designated herein and does not relate to use in combination with any other material or in any process.

BMP Refrigerants, Inc. believes that the information and recommendations contained herein (including data and statements) are accurate as of the date hereof. NO WARRANTY OF FITNESS FOR ANY PARTICULAR PURPOSE, WARRANTY OF MERCHANTABILITY, OR ANY OTHER WARRANTY, EXPRESSED OR IMPLIED, IS MADE CONCERNING THE INFORMATION PROVIDED HEREIN. The information provided herein relates only to the specific product designated and may not be valid where such product is used in combination with any other methods of use of the product and of the information referred to herein are beyond the control of BMP Refrigerants. BMP Refrigerants expressly disclaims any and all liability as to any results obtained or arising from any use of the product or reliance on such information.

PUBLIC VERSION

Barcode:3848850-04 A-570-028 CIRC - Anti Circumvention Inquiry  -  Unpatented R-421A

| 2 | Specifications and Safety Data sheets | BPI |
|---|---|---|

**NOT SUSCEPTIBLE TO PUBLIC SUMMARY**

PUBLIC VERSION

Barcode:3848850-04 A-570-028 CIRC - Anti Circumvention Inquiry  -  Unpatented R-421A

| 3 | Copies of Invoice Issued to Unaffiliated Customers | BPI |
|---|---|---|

**NOT SUSCEPTIBLE TO PUBLIC SUMMARY**

PUBLIC VERSION

Barcode:3848850-04 A-570-028 CIRC - Anti Circumvention Inquiry  -  Unpatented R-421A

| 4 | List of Products Sold by BMP USA | Public |
|---|----------------------------------|--------|

**BMP USA Product List**

### Chillers

R134a
R404A
R410A
R507

### HVAC Components

Air Handler Stands
Capacitor
Contactor
Duct Knife
Drying Bottle
Filter Driers
Hard Start
Manifold Gauge
Metal Nibbler
Pullout Switch Box
Tie Down Clips
Vibration Absorber
Welding Cart
Whips

### Copper Fittings

Adapters
Cap
Couplings
Elbows
P-Trap Suctioning
Tees
Union

### Tank Holder Racks

TH150230NAO
TH330NAO
TH230NAOT
TH330
TH430
TH450

PUBLIC VERSION

# Chillers



**BMP**

**DEVELOPING INNOVATIVE CONCEPTS FOR HVACR**

CONTACT US

| BMP USA | Copper Fittings | HVAC Components | Refrigeration | Tank Holder Racks | About Us |



# R-134a

**Tank Sizes:** 30 lbs, 125 lbs, 1000 lbs. & up to 44000 lbs (ISO)

**Chemical Name:** 1,1,1,2-Tetrafluoroethane

**Chemical Formula:** $CH_2FCF_2$

**Refrigerant Class:** HFC

**Lubricant:** Polyolester (POE)

**Net Weight:** 30 lbs. / 125 lbs. / 1,000 lbs. / 1,750 lbs.

**Molecular Weight:** 102.02 g/mol

**Boiling Point:** -26.2°C

**Vapor Pressue:** 4.909 Bar (4909 hPa) @ 21°C

**Vapor Density:** 5.368 kg/m³ @ 21°C

**Liquid Density:** 1200 kg/m³ @ 25°C

**Water Solubility:** 1.5 g/l

**Application:** R-134a is an inert gas used primarily as a "high-temperature" refrigerant for domestic refrigeration and automobile air conditioners. R-134a is the global standard for new mobile air conditioning and can be utilized to retrofit existing R-12 mobile air conditioning systems. Other uses include plastic foam blowing (as a cleaning solvent), a propellant for the delivery of pharmaceuticals, wine cork removers, gas dusters and in air driers for removing the moisture from compressed air.

[R-134a SDS Information](#)

Filed By: Andrew Medley, Filed Date: 6/14/19 10:53 AM, Submission Status: Approved

PUBLIC VERSION

Barcode:3848850-04 A-570-028 CIRC - Anti Circumvention Inquiry  -  Unpatented R-421A



**DEVELOPING INNOVATIVE CONCEPTS FOR HVACR**                                                    CONTACT US

BMP USA          Copper Fittings      HVAC Components       Refrigeration      Tank Holder Racks        About Us



# R-404A

**Tank Sizes:** 24 lbs, 96 lbs, 800 lbs & 40,000 lbs (ISO)

**Chemical Name:** R-143A (52%),  R-125 (44%), R-134a (4%)

**Chemical Formula:** Blend

**Refrigerant Class:** HFC

**Refrigeration Oils:** Polyolester (POE)

**Net Weight:** 24 lbs. / 100 lbs.

**Molecular Weight:** 97.6

**Boiling Point (1 atm, °F):** -51.8

**Critical Pressure (psia):** 548.2

**Critical Temperature (°F):** 162.5

**Critical Density (lb./ft³):** 35.8

**Liquid Density (70°F lb/ft³):** 66.4

**Vapor Density (bp, lb./ft³):** 0.342

**Heat of Vaporization (bp, BTU/lb.):** 86.1

**Specific Heat Vapor (1 atm, 70°F, BTU/lb. °F):** 0.2077

**Specific Heat Liquid (70°F, BUT/lb. °F):** 0.3600

**Ozone Depletion Potential (CFC 11=1.0):** 0

**Global Warming Potential (CO$_2$=1.0):** 3920

**ASHRAE Standard 34 Safety Rating:** A1

**Temperature Glide (°F):** 2

**Application:** R-404A is a blend of HFC refrigerants commonly used for medium and low temperature refrigeration applications and offers excellent capacity and efficiency as a replacement for R-502 and R-22 in new and existing R-502 equipment.  It is non toxic and non flammable meeting the highest A1/A1 classification.

[R-404A SDS Information](R-404A SDS Information)

Filed By: Andrew Medley, Filed Date: 6/14/19 10:53 AM, Submission Status: Approved

Barcode:3848850-04 A-570-028 CIRC - Anti Circumvention Inquiry  -  Unpatented R-421A

BMP USA | Copper Fittings | HVAC Components | Refrigeration | Tank Holder Racks | About Us | Refrigerant | R-134a 12oz | R-134a | R-22 | R-404A | R-407A | R-407C | R-BMP407C | R-410A | R-BMP438 | R-458A | R-507 | Contact & Quote Request | SDS Information

Filed By: Andrew Medley, Filed Date: 6/14/19 10:53 AM, Submission Status: Approved

PUBLIC VERSION

Barcode:3848850-04 A-570-028 CIRC - Anti Circumvention Inquiry - Unpatented R-421A



**DEVELOPING INNOVATIVE CONCEPTS FOR HVACR**

CONTACT US

BMP USA    Copper Fittings    HVAC Components    Refrigeration    Tank Holder Racks    About Us



# R-410A

**Tank Sizes:** 25 lbs, 100 lbs, 850 lbs & up to 40000 lbs (ISO)

**Chemical Name:** R-125(50%), R-32(50%)

**Chemical Formula:** Blend

**Refrigerant Type:** HFC

**Refrigeration Oils:** Polyolester (POE)

**Net Weight:** 25 lbs. / 100 lbs. / 850 lbs. / 1,450 lbs.

**Molecular Weight:** 72.6

**Boiling Point (1 atm, °F):** -61

**Critical Pressure (psia):** 691.8

**Critical Temperature (°F):** 158.3

**Critical Density (lb./ft³):** 34.5

**Liquid Density (70°F lb/ft³):** 67.74

**Vapor Density (bp, lb./ft³):** 0.261

**Heat of Vaporization (bp, BTU/lb.):** 116.8

**Specific Heat Vapor (1 atm, 70°F, BTU/lb. °F):** 0.1953

**Specific Heat Liquid (70°F, BUT/lb. °F):** 0.3948

**Ozone Depletion Potential (CFC 11=1.0):** 0

**Global Warming Potential (CO$_2$=1.0):** 2088

**ASHRAE Standard 34 Safety Rating:** A1

**Temperature Glide (°F):** 2

**Application:** R-410A has replaced R-22 as the preferred refrigerant for use in residential and light commercial air-conditioning and heat pump systems. It has a higher cooling capacity than R-22 and is significantly higher in pressure. R410A was not designed to retrofit existing R22 systems and should be used only in systems specifically designed for R-410A.

[R-410A SDS Information](R-410A SDS Information)

Filed By: Andrew Medley, Filed Date: 6/14/19 10:53 AM, Submission Status: Approved

4/26/2018 Case 8:22-cv-02225-VMC-CPT Document 1-7 Filed 09/27/22 Page 84 of 120 PageID 166
www.bmp-usa.com/r-410a.html
PUBLIC VERSION

Barcode:3848850-04 A-570-028 CIRC - Anti Circumvention Inquiry - Unpatented R-421A

BMP USA | Copper Fittings | HVAC Components | Refrigeration | Tank Holder Racks | About Us | Refrigerant | R-134a 12oz | R-134a | R-22 | R-404A | R-407A | R-407C | R-BMP407C | R-410A | R-BMP438 | R-458A | R-507 | Contact & Quote Request | SDS Information

Filed By: Andrew Medley, Filed Date: 6/14/19 10:53 AM, Submission Status: Approved

4/26/2018  Case 8:22-cv-02225-VMC-CPT  Document 1-7  Filed 09/27/22  Page 85 of 120 PageID 167
www.bmp-usa.com/r-507.html
PUBLIC VERSION

Barcode:3848850-04 A-570-028 CIRC - Anti Circumvention Inquiry - Unpatented R-421A



**DEVELOPING INNOVATIVE CONCEPTS FOR HVACR**

CONTACT US

BMP USA      Copper Fittings      HVAC Components      Refrigeration      Tank Holder Racks      About Us



# R-507

**Tank Sizes:** 25 lbs, 100 lbs, 850 lbs & up to 40000 lbs (ISO)

-

**Chemical Name:** R-125 (50%), R-143a (50%)

**Chemical Formula:** Azeotropic Blend

**Refrigerant Type:** HFC

**Refrigeration Oils:** Polyolester (POE)

**Net Weight:** 25 lbs. / 100 lbs.

**Molecular Weight:** 98.9

**Boiling Point (1 atm, °F):** -52.8

**Critical Pressure (psia):** 539

**Critical Temperature (°F):** 159

**Critical Density (lb./ft³):** 30.7

**Liquid Density (70°F lb/ft³):** 66.7

**Vapor Density (bp, lb./ft³):** 0.349

**Heat of Vaporization (bp, BTU/lb.):** 84.4

**Specific Heat Vapor (1 atm, 70°F, BTU/lb. °F):** 0.2064

**Specific Heat Liquid (70°F, BUT/lb. °F):** 0.3593

**Ozone Depletion Potential (CFC 11=1.0):** 0

**Global Warming Potential (CO$_2$=1.0):** 3985

**ASHRAE Standard 34 Safety Rating:** A1

**Temperature Glide (°F):** 0

**Application:** R-507 is a blend of HFC refrigerants commonly used for medium and low temperature commercial refrigeration applications and offers excellent capacity and efficiency as a replacement for R-22 and R-502 in new and existing equipment.  It is non toxic and non flammable meeting the highest A1/A1 classification.

[R-507 SDS Information](#)

Filed By: Andrew Medley, Filed Date: 6/14/19 10:53 AM, Submission Status: Approved

PUBLIC VERSION

Barcode:3848850-04 A-570-028 CIRC - Anti Circumvention Inquiry  -  Unpatented R-421A

BMP USA | Copper Fittings | HVAC Components | Refrigeration | Tank Holder Racks | About Us | Refrigerant | R-134a 12oz | R-134a | R-22 | R-404A | R-407A | R-407C | R-BMP407C | R-410A | R-BMP438 | R-458A | R-507 | Contact & Quote Request | SDS Information

Filed By: Andrew Medley, Filed Date: 6/14/19 10:53 AM, Submission Status: Approved

PUBLIC VERSION

Barcode:3848850-04 A-570-028 CIRC - Anti Circumvention Inquiry  -  Unpatented R-421A

# HVAC Components

4/26/2018    Case 8:22-cv-02225-VMC-CPT    Document 1-7   Filed 09/27/22   Page 88 of 120 PageID 170
www.bmp-usa.com/air-handler-stands.html

PUBLIC VERSION



**BMP**

DEVELOPING INNOVATIVE CONCEPTS FOR HVACR

CONTACT US

BMP USA    Copper Fittings    HVAC Components    Refrigeration    Tank Holder Racks    About Us



# AIR HANDLER STANDS



### 2-Bar Adjustable

| Item Number | Size | Case | Package |
|---|---|---|---|
| AHS016 | 16" | 10 | 1 |
| AHS018 | 18" | 10 | 1 |
| AHS024 | 24" | 10 | 1 |
| AHS030 | 30" | 10 | 1 |
| AHS036 | 36" | 10 | 1 |



### 3-Bar Adjustable

| Item Number | Size | Case | Package |
|---|---|---|---|
| AHS018U | 18" | 10 | 1 |

The size-adjustable Air-Handler Stand allows both the wholesaler and contractor to stock a single stand to cover the majority of their size requirements. This is the only stand to ship flat in a box, saving space in both the warehouse and the technician's van. It is easy to load and transport to the job location, and takes only seconds to assemble. Straight flush corners allow efficient space usage in tight closets. All stands have a one-inch built-in filter slot. Includes foam seal strips to resist vibration. Powder-coated paint looks great and resists rust.

BMP USA | Copper Fittings | HVAC Components | Air Handler Stands | Capacitor | Contactors | Duct Knife | Drying Bottle | Filter Driers | Hard Starts | Manifold Gauges | Metal Nibbler | Pullout Switch Boxes | Tie Down Clips | Tie Down Clip Documentation | Vibration Absorber | Welding Cart | Whips | Refrigeration | Tank Holder Racks | About Us | Refrigerant | Contact & Quote Request | SDS Information

Barcode:3848850-04 A-570-028 CIRC - Anti Circumvention Inquiry  -  Unpatented R-421A



**DEVELOPING INNOVATIVE CONCEPTS FOR HVACR**

CONTACT US

BMP USA      Copper Fittings      HVAC Components      Refrigeration      Tank Holder Racks      About Us



# Capacitor

COMING SOON

33S270-324D   270-324MFD   330V   65.50 x 111.12

BMP USA | Copper Fittings | HVAC Components | Air Handler Stands | Capacitor | Contactors | Duct Knife | Drying Bottle | Filter Driers | Hard Starts | Manifold Gauges | Metal Nibbler | Pullout Switch Boxes | Tie Down Clips | Tie Down Clip Documentation | Vibration Absorber | Welding Cart | Whips | Refrigeration | Tank Holder Racks | About Us | Refrigerant | Contact & Quote Request | SDS Information

Filed By: Andrew Medley, Filed Date: 6/14/19 10:53 AM, Submission Status: Approved

www.bmp-usa.com/contactors.html

PUBLIC VERSION

Barcode:3848850-04 A-570-028 CIRC - Anti Circumvention Inquiry - Unpatented R-421A



**DEVELOPING INNOVATIVE CONCEPTS FOR HVACR**

CONTACT US

BMP USA     Copper Fittings     HVAC Components     Refrigeration     Tank Holder Racks     About Us



# CONTACTORS

| 1 Pole | | Item Number | F/L Inductive Amps | Case | Package |
| --- | --- | --- | --- | --- | --- |
| | | ZRY12430AA | 30A | 50 | 1 |

| 1 Pole | | Item Number | Description | Case | Package |
| --- | --- | --- | --- | --- | --- |
| | | ZRY12440CC | 40A | 50 | 1 |

| 2 Poles | | Item Number | Description | Case | Package |
| --- | --- | --- | --- | --- | --- |
| | | ZRY22430AA | 30A | 50 | 1 |

| 2 Poles | | Item Number | Description | Case | Package |
| --- | --- | --- | --- | --- | --- |
| | | ZRY22440CC | 40A | 50 | 1 |

Filed By: Andrew Medley, Filed Date: 6/14/19 10:53 AM, Submission Status: Approved

Barcode:3848850-04 A-570-028 CIRC - Anti Circumvention Inquiry - Unpatented R-421A



**DEVELOPING INNOVATIVE CONCEPTS FOR HVACR**

CONTACT US

BMP USA    Copper Fittings    HVAC Components    Refrigeration    Tank Holder Racks    About Us



# DUCT KNIFE



| Item Number | Size | Case | Package |
|---|---|---|---|
| BMKNF0610 | 10.75"L x 0.75"W x 1.50"H | 100 | 10 |

The Duct Knife has a stainless steel blade with an on-side serrated blade and hardwood handle.  Durable nylon sheath with belt slide-through.

BMP USA | Copper Fittings | HVAC Components | Air Handler Stands | Capacitor | Contactors | Duct Knife | Drying Bottle | Filter Driers | Hard Starts | Manifold Gauges | Metal Nibbler | Pullout Switch Boxes | Tie Down Clips | Tie Down Clip Documentation | Vibration Absorber | Welding Cart | Whips | Refrigeration | Tank Holder Racks | About Us | Refrigerant | Contact & Quote Request | SDS Information

Filed By: Andrew Medley, Filed Date: 6/14/19 10:53 AM, Submission Status: Approved

www.bmp-usa.com/drying-bottle.html

PUBLIC VERSION

Barcode:3848850-04 A-570-028 CIRC - Anti Circumvention Inquiry  -  Unpatented R-421A



**DEVELOPING INNOVATIVE CONCEPTS FOR HVACR**

CONTACT US

BMP USA     Copper Fittings     HVAC Components     Refrigeration     Tank Holder Racks     About Us



# DRYING BOTTLE

COMING SOON

**Item Number**

T83029

T83208

T83214

T83065

T83221

T83222

T83008

T33219

T33595

BMP USA | Copper Fittings | HVAC Components | Air Handler Stands | Capacitor | Contactors | Duct Knife | Drying Bottle | Filter Driers | Hard Starts | Manifold Gauges | Metal Nibbler | Pullout Switch Boxes | Tie Down Clips | Tie Down Clip Documentation | Vibration Absorber | Welding Cart | Whips | Refrigeration | Tank Holder Racks | About Us | Refrigerant | Contact & Quote Request | SDS Information

Filed By: Andrew Medley, Filed Date: 6/14/19 10:53 AM, Submission Status: Approved

Barcode:3848850-04 A-570-028 CIRC - Anti Circumvention Inquiry  -  Unpatented R-421A



**DEVELOPING INNOVATIVE CONCEPTS FOR HVACR**

CONTACT US

BMP USA          Copper Fittings     HVAC Components      Refrigeration      Tank Holder Racks      About Us



# FILTER DRIERS

**Bi-Flow**



| Item Number | Size | Case | Package |
| --- | --- | --- | --- |
| ZFK-083S | 3/8" | 25 | 1 |
| ZFK-163S | 3/8" | 25 | 1 |
| ZFK-165S | 5/8" | 25 | 1 |

**Straight Cool**



| Item Number | Size | Case | Package |
| --- | --- | --- | --- |
| ZADK-032S | 1/4" | 25 | 1 |
| ZADK-053S | 3/8" | 25 | 1 |
| ZADK-082S | 1/4" | 25 | 1 |
| ZADK-083S | 3/8" | 25 | 1 |
| ZADK-163S | 3/8" | 25 | 1 |

Filed By: Andrew Medley, Filed Date: 6/14/19 10:53 AM, Submission Status: Approved

www.bmp-usa.com/hard-starts.html

PUBLIC VERSION

Barcode:3848850-04 A-570-028 CIRC - Anti Circumvention Inquiry  -  Unpatented R-421A



**BMP**

**DEVELOPING INNOVATIVE CONCEPTS FOR HVACR**

CONTACT US

BMP USA     Copper Fittings     HVAC Components     Refrigeration     Tank Holder Racks     About Us



## HARD START

| | | Item Number | Case | Package |
|---|---|---|---|---|
| 500% Increaseed Torque | | HS6 | 50 | 1 |
| 1/4, 1/3 H.P. | | HS41 | 50 | 1 |
| 4-5 H.P. | | ZRUC | 20 | 1 |

Filed By: Andrew Medley, Filed Date: 6/14/19 10:53 AM, Submission Status: Approved

PUBLIC VERSION

Barcode:3848850-04 A-570-028 CIRC - Anti Circumvention Inquiry  -  Unpatented R-421A



**DEVELOPING INNOVATIVE CONCEPTS FOR HVACR**

CONTACT US

BMP USA        Copper Fittings    HVAC Components    Refrigeration    Tank Holder Racks    About Us



## MANIFOLD GAUGES

| 800 PSI | Coming Soon | Item Number | Compatibility | Case | Package |
|---|---|---|---|---|---|
| | | ZRB-M30360C-R410 | 1/4" SAE R134a, R22, R404A, R410A, PSI/Bar | 5 | 1 |

| 800 PSI | | Item Number | Compatibility | Case | Package |
|---|---|---|---|---|---|
| | | ZRB-M20360C-R410 | 1/4" SAE R134a, R22, R404A, R410A, PSI/Bar | 5 | 1 |

BMP USA | Copper Fittings | HVAC Components | Air Handler Stands | Capacitor | Contactors | Duct Knife | Drying Bottle | Filter Driers | Hard Starts | Manifold Gauges | Metal Nibbler | Pullout Switch Boxes | Tie Down Clips | Tie Down Clip Documentation | Vibration Absorber | Welding Cart | Whips | Refrigeration | Tank Holder Racks | About Us | Refrigerant | Contact & Quote Request | SDS Information

Filed By: Andrew Medley, Filed Date: 6/14/19 10:53 AM, Submission Status: Approved

PUBLIC VERSION

Barcode:3848850-04 A-570-028 CIRC - Anti Circumvention Inquiry  -  Unpatented R-421A



**BMP**

DEVELOPING INNOVATIVE CONCEPTS FOR HVACR

CONTACT US

BMP USA     Copper Fittings     HVAC Components     Refrigeration     Tank Holder Racks     About Us



# METAL NIBBLER





Cuts: Aluminum, Copper, Iron, Fiberglass, Steel, Plastic and Stainless Steel



**Specifications:**
Weight: 400 grams
Diameter of body: 51 mm
Total tool length: 150 mm
Operating speed: 3000 RPM
Minimum cutting diameter: 24mm

**Characteristics:**
1) Different cutting shapes available
2) Unique convenience and durability
3) 360° changeable direction at operation
4) Excellent cutting speed by 2 mere per minute
5) Fitted with any electric drill or power drill with 3000 RPM
6) Best cutting result without any burrs at the cutting edges

**Maximum Plate Capacity:**
Stainless Steel: 1.2 mm
Iron: 1.8 mm
Steel: 1.8 mm
Plastic: 2.0 mm
Copper: 2.0 mm
Aluminum: 2.0 mm
Fiberglass: 2.0 mm

Filed By: Andrew Medley, Filed Date: 6/14/19 10:53 AM, Submission Status: Approved

Barcode:3848850-04 A-570-028 CIRC - Anti Circumvention Inquiry - Unpatented R-421A



**BMP**
**DEVELOPING INNOVATIVE CONCEPTS FOR HVACR**

CONTACT US

BMP USA        Copper Fittings        HVAC Components        Refrigeration        Tank Holder Racks        About Us



# PULLOT SWITCH BOXES

| | | Item Number | Amp | Case | Package |
|---|---|---|---|---|---|
| Fuse | | ZDS-30F | 30 | 6 | 1 |
| Fuse | | ZDS-60F | 60 | 6 | 1 |
| No Fuse | | ZDS-60 | 60 | 6 | 1 |

BMP USA | Copper Fittings | HVAC Components | Air Handler Stands | Capacitor | Contactors | Duct Knife | Drying Bottle | Filter Driers | Hard Starts | Manifold Gauges | Metal Nibbler | Pullout Switch Boxes | Tie Down Clips | Tie Down Clip Documentation | Vibration Absorber | Welding Cart | Whips | Refrigeration | Tank Holder Racks | About Us | Refrigerant | Contact & Quote Request | SDS Information

PUBLIC VERSION

Barcode:3848850-04 A-570-028 CIRC - Anti Circumvention Inquiry - Unpatented R-421A



**DEVELOPING INNOVATIVE CONCEPTS FOR HVACR**

CONTACT US

BMP USA     Copper Fittings     HVAC Components     Refrigeration     Tank Holder Racks     About Us



# TIE DOWN CLIPS

BMP's Tie Down Clips mount to any size condenser unit.

**Material:** Galvanized steel

**Surfacing:** Powder-coated paint that is resistant to rust

**Gauge:** 14

**Quantity (per pack):** 4

**Screws:** 4 tapcon & 8 metal screws

**TDN**

4"x2" (Nordyne)



| BMTD04 | BMTD04S | BMTD04SD | BMTD04SS |
|---|---|---|---|
| 4"x1" | 4"x1" (Screws) | 4"x1" (Screws & Bit) | 4"x1" (Stainless Steel) |




| BMTD06 | BMTD06S | BMTD06SD | BMTD06SS |
|---|---|---|---|
| 6"x1" | 6"x1" (Screws) | 6"x1" (Screws & Bit) | 6"x1" (Stainless Steel) |

| BMTD042 | BMTD062 (Fat Cat) | BMTD062L 2.0 | BMTD08 |
|---|---|---|---|
| 4"x2" | 6"x2" (12 Gauge) | 6"x2" | 8"x1" |

Filed By: Andrew Medley, Filed Date: 6/14/19 10:53 AM, Submission Status: Approved

PUBLIC VERSION

Barcode:3848850-04 A-570-028 Clip | Anti Circumvention Inquiry - Unpatented R-421A



*Click here* for Tie Down Clip Engineering Documentation Forms.

BMP USA | Copper Fittings | HVAC Components | Air Handler Stands | Capacitor | Contactors | Duct Knife | Drying Bottle | Filter Driers | Hard Starts | Manifold Gauges | Metal Nibbler | Pullout Switch Boxes | Tie Down Clips | Tie Down Clip Documentation | Vibration Absorber | Welding Cart | Whips | Refrigeration | Tank Holder Racks | About Us | Refrigerant | Contact & Quote Request | SDS Information

www.bmp-usa.com/vibration-absorber.html

PUBLIC VERSION

Barcode:3848850-04 A-570-028 CIRC - Anti Circumvention Inquiry  -  Unpatented R-421A



**BMP**

DEVELOPING INNOVATIVE CONCEPTS FOR HVACR

CONTACT US

BMP USA     Copper Fittings     **HVAC Components**     Refrigeration     Tank Holder Racks     About Us



# VIBRATION ABSORBER



| Item Number | Size | Case | Package |
|---|---|---|---|
| VE58 | 5/8" | 100 | 1 |
| VE78 | 7/8" | 50 | 1 |
| VE118 | 1-1/8" | 50 | 1 |

BMP USA | Copper Fittings | HVAC Components | Air Handler Stands | Capacitor | Contactors | Duct Knife | Drying Bottle | Filter Driers | Hard Starts | Manifold Gauges | Metal Nibbler | Pullout Switch Boxes | Tie Down Clips | Tie Down Clip Documentation | Vibration Absorber | Welding Cart | Whips | Refrigeration | Tank Holder Racks | About Us | Refrigerant | Contact & Quote Request | SDS Information

Filed By: Andrew Medley, Filed Date: 6/14/19 10:53 AM, Submission Status: Approved

PUBLIC VERSION

Barcode:3848850-04 A-570-028 CIRC - Anti Circumvention Inquiry  -  Unpatented R-421A



DEVELOPING INNOVATIVE CONCEPTS FOR HVACR

CONTACT US

BMP USA          Copper Fittings          HVAC Components          Refrigeration          Tank Holder Racks          About Us



# WELDING CART



| Item Number | Size | Case | Package |
|---|---|---|---|
| BMWDCT01 | 14.0"L x 11.0"W x 27.50"H | 1 | 1 |

The Welding Cart is equipped with a Silver Brazing Rod and can hold an Air vacuum Pump, one Acetylene tank, one Oxygen tank, and attachment hoses. Galvanized powder-coated paint looks great and resists rust. Additional items not included.

Filed By: Andrew Medley, Filed Date: 6/14/19 10:53 AM, Submission Status: Approved

PUBLIC VERSION
Barcode:3848850-04 A-570-028 CIRC - Anti Circumvention Inquiry  -  Unpatented R-421A



**DEVELOPING INNOVATIVE CONCEPTS FOR HVACR**

CONTACT US

BMP USA    Copper Fittings    HVAC Components    Refrigeration    Tank Holder Racks    About Us



# WHIPS

**2 X #8, 1 X 10# THHN Wire Non-Metallic**



| Item Number | Size | Case | Package |
|---|---|---|---|
| LT76346A | 3/4" X 6' | 6 | 1 |

**2 X #10, 1 X 12# THHN Wire Non-Metallic**



| Item Number | Size | Case | Package |
|---|---|---|---|
| LT76126A | 1/2" X 6' | 6 | 1 |

BMP USA | Copper Fittings | HVAC Components | Air Handler Stands | Capacitor | Contactors | Duct Knife | Drying Bottle | Filter Driers | Hard Starts | Manifold Gauges | Metal Nibbler | Pullout Switch Boxes | Tie Down Clips | Tie Down Clip Documentation | Vibration Absorber | Welding Cart | Whips | Refrigeration | Tank Holder Racks | About Us | Refrigerant | Contact & Quote Request | SDS Information

PUBLIC VERSION

Copper Fittings

Barcode:3848850-04 A-570-028 CIRC - Anti Circumvention Inquiry - Unpatented R-421A



**DEVELOPING INNOVATIVE CONCEPTS FOR HVACR**

CONTACT US

BMP USA     Copper Fittings     HVAC Components     Refrigeration     Tank Holder Racks     About Us



# ADAPTERS

**Adapter (CxF)**

Elkhart: 103

Mueller: WC-402

Nibco: 9603



| Item Number | Size | Case | Package |
|---|---|---|---|
| 11012 | 5/8" x 3/4" | 800 | 25 |
| 11017 | 7/8" x 1" | 300 | 25 |
| 11025 | 5/8" x 1/2" | 1600 | 50 |
| 11026 | 5/8" x 1/4" | 800 | 50 |
| 11027 | 7/8" x 3/4" | 3000 | 25 |
| 11028 | 7/8" x 1/2" | 300 | 25 |
| 11029 | 1-1/8" x 1" | 1000 | 25 |
| 11030 | 1-1/8" x 1/2" | 200 | 25 |
| 11031 | 1-1/8" x 3/4" | 200 | 25 |
| 11032 | 1-3/8" x 1-1/4" | 200 | 20 |
| 11033 | 1-5/8" x 1-1/2" | 200 | 10 |
| 11034 | 2-1/8" x 2" | 200 | 5 |

**Adapter (CxM)**

Elkhart: 104

Mueller: WC-401

Nibco: 9604



| Item Number | Size | Case | Package |
|---|---|---|---|
| 16013 | 5/8" x 3/4" | 400 | 25 |
| 16016 | 1-1/8" x 3/4" | 250 | 25 |
| 16018 | 7/8" x 1" | 250 | 25 |
| 16031 | 5/8" x 1/2" | 3000 | 25 |
| 16032 | 5/8" x 1/4" | 600 | 100 |
| 16033 | 5/8" x 3/8" | 800 | 50 |
| 16034 | 7/8" x 3/4" | 5000 | 50 |
| 16035 | 7/8" x 1/2" | 250 | 50 |
| 16036 | 1-1/8" x 1" | 2500 | 25 |
| 16037 | 1-3/8" x 1-1/4" | 160 | 20 |

| 16038 | 1-5/8" x 1-1/2" | 500 | 10 |
| 16039 | 2-1/8" x 2" | 800 | 5 |

Barcode:3848850-04 A-570-028 CIRC - Anti Circumvention Inquiry - Unpatented R-421A

BMP USA | Copper Fittings | Adapters | Cap | Couplings | Elbows | P-Trap Suctioning | Tees | Union | HVAC Components | Refrigeration | Tank Holder Racks | About Us | Refrigerant | Contact & Quote Request | SDS Information

Filed By: Andrew Medley, Filed Date: 6/14/19 10:53 AM, Submission Status: Approved

PUBLIC VERSION
Barcode:3848850-04 A-570-028 CIRC - Anti Circumvention Inquiry  -  Unpatented R-421A



**DEVELOPING INNOVATIVE CONCEPTS FOR HVACR**

CONTACT US

BMP USA       Copper Fittings       HVAC Components       Refrigeration       Tank Holder Racks       About Us



# CAP



Elkhart: 117

Mueller: WC-415

Nibco: 9617

| Item Number | Size | Case | Package |
| --- | --- | --- | --- |
| 23004 | 5/8" | 12000 | 100 |
| 23006 | 7/8" | 1600 | 50 |
| 23008 | 1-1/8" | 800 | 50 |
| 23007 | 1-3/8" | 250 | 25 |
| 23009 | 1-5/8" | 200 | 25 |
| 23010 | 2-1/8" | 80 | 10 |

BMP USA | Copper Fittings | Adapters | Cap | Couplings | Elbows | P-Trap Suctioning | Tees | Union | HVAC Components | Refrigeration | Tank Holder Racks | About Us | Refrigerant | Contact & Quote Request | SDS Information

Filed By: Andrew Medley, Filed Date: 6/14/19 10:53 AM, Submission Status: Approved

PUBLIC VERSION

Barcode:3848850-04 A-570-028 CIRC - Anti Circumvention Inquiry - Unpatented R-421A



**DEVELOPING INNOVATIVE CONCEPTS FOR HVACR**

CONTACT US

BMP USA     Copper Fittings     HVAC Components     Refrigeration     Tank Holder Racks     About Us



## COUPLINGS

**No Stop (Repair)**

Elkhart: 101

Mueller: WC-400NS

Nibco: 9601

| Item Number | Size | Case | Package |
|---|---|---|---|
| 31005 | 5/8" | 1200 | 100 |
| 31007 | 7/8" | 800 | 50 |
| 31009 | 1-1/8" | 200 | 25 |
| 31015 | 2-1/8" | 96 | 6 |

**Reducing**

Elkhart: 101-R

Mueller: WC-400R

Nibco: 9600

| Item Number | Size | Case | Package |
|---|---|---|---|
| 34005 | 1/2" x 3/8" | 2400 | 50 |
| 34007 | 5/8" x 3/8" | 1600 | 100 |
| 34008 | 5/8" x 1/2" | 1600 | 100 |
| 34014 | 7/8" x 1/2" | 500 | 50 |
| 34015 | 7/8" x 5/8" | 2500 | 50 |
| 34016 | 7/8" x 3/4" | 500 | 50 |
| 34019 | 1-1/8" x 5/8" | 250 | 25 |
| 34021 | 1-1/8" x 7/8" | 1250 | 25 |
| 34027 | 1-3/8" x 7/8" | 160 | 10 |
| 34028 | 1-3/8" x 1-1/8" | 320 | 10 |
| 34032 | 1-5/8" x 1-1/8" | 100 | 10 |
| 34033 | 1-5/8" x 1-3/8" | 200 | 10 |
| 34039 | 2-1/8" x 1-5/8" | 300 | 15 |

**Reducing**

Elkhart: 118

Mueller: WC-403

Nibco: 9600-2

| Item Number | Size | Case | Package |
|---|---|---|---|
| 35015 | 7/8" x 5/8" | 500 | 50 |
| 35019 | 1-1/8" x 5/8" | 250 | 25 |
| 35021 | 1-1/8" x 7/8" | 250 | 25 |

**Rolled Stop**

Elkhart: 100

| Item Number | Size | Case | Package |
|---|---|---|---|

Filed By: Andrew Medley, Filed Date: 6/14/19 10:53 AM, Submission Status: Approved

Mueller: WC-400

Nibco: 9600-RS

Barcode:3848850-04 A-570-028 CIRC - Anti Circumvention Inquiry - Unpatented R-421A

| Item Number | Size | Case | Package |
|---|---|---|---|
| 32003 | 3/8" | 2400 | 50 |
| 32004 | 1/2" | 1200 | 50 |
| 32005 | 5/8" | 2400 | 100 |
| 32006 | 3/4" | 800 | 50 |
| 32007 | 7/8" | 800 | 50 |
| 32009 | 1-1/8" | 400 | 25 |
| 32011 | 1-3/8" | 150 | 25 |
| 32013 | 1-5/8" | 400 | 10 |
| 32015 | 2-1/8" | 240 | 6 |
| 32016 | 2-5/8" | 160 | 4 |
| 32017 | 3-1/8" | 80 | 4 |

| Item Number | Size | Case | Package |
|---|---|---|---|
| 33001 | 1/4" | 4800 | 100 |
| 33003 | 3/8" | 2400 | 50 |
| 33004 | 1/2" | 1200 | 50 |
| 33005 | 5/8" | 12000 | 100 |
| 33006 | 3/4" | 800 | 50 |
| 33007 | 7/8" | 6000 | 50 |
| 33009 | 1-1/8" | 2000 | 25 |
| 33011 | 1-3/8" | 750 | 25 |
| 33013 | 1-5/8" | 800 | 10 |
| 33015 | 2-1/8" | 720 | 6 |

### Staked Stop

Elkhart: 100

Mueller: WC-400S

Nibco: 9600-DS

Filed By: Andrew Medley, Filed Date: 6/14/19 10:53 AM, Submission Status: Approved

Barcode:3848850-04 A-570-028 CIRC - Anti Circumvention Inquiry  -  Unpatented R-421A



**DEVELOPING INNOVATIVE CONCEPTS FOR HVACR**

CONTACT US

BMP USA    Copper Fittings    HVAC Components    Refrigeration    Tank Holder Racks    About Us



# ELBOWS

### 45° (CxC)
Elkhart: 106
Mueller: WE-504
Nibco: 9606



| Item Number | Size | Case | Package |
|---|---|---|---|
| 54005 | 5/8" | 4000 | 50 |
| 54007 | 7/8" | 2000 | 25 |
| 54009 | 1-1/8" | 750 | 25 |
| 54011 | 1-3/8" | 500 | 10 |
| 54013 | 1-5/8" | 300 | 10 |
| 54015 | 2-1/8" | 200 | 10 |

### 45° (CxF)
Elkhart: 106-2
Mueller: WE-505
Nibco: 9606-2



| Item Number | Size | Case | Package |
|---|---|---|---|
| 55005 | 5/8" | 1600 | 50 |
| 55007 | 7/8" | 600 | 25 |
| 55009 | 1-1/8" | 300 | 25 |
| 55011 | 1-3/8" | 200 | 10 |

### 90° (Close Rough)
Elkhart: 107-C
Mueller: WE-500
Nibco: 9607-1



| Item Number | Size | Case | Package |
|---|---|---|---|
| 81003 | 3/8" | 1200 | 50 |
| 81004 | 1/2" | 1200 | 50 |
| 81005 | 5/8" | 500 | 50 |
| 81007 | 7/8" | 300 | 50 |
| 81009 | 1-1/8" | 100 | 25 |
| 81011 | 1-3/8" | 60 | 10 |
| 81013 | 1-5/8" | 60 | 10 |
| 81015 | 2-1/8" | 30 | 5 |
| 81016 | 2-5/8" | 16 | 4 |
| 81017 | 3-1/8" | 8 | 2 |

### 90° (Close Rough CxF)
Elkhart: 107-C-2

| Item Number | Size | Case | Package |
|---|---|---|---|

Filed By: Andrew Medley, Filed Date: 6/14/19 10:53 AM, Submission Status: Approved

Barcode:3848850-04 A-570-028 CIRC - Anti Circumvention Inquiry - Unpatented R-421A

Mueller: WE-503

Nibco: 9607-2

| Item Number | Size | Case | Package |
|---|---|---|---|
| 82005 | 5/8" | 600 | 50 |
| 82007 | 7/8" | 300 | 25 |
| 82009 | 1-1/8" | 100 | 25 |
| 82011 | 1-3/8" | 100 | 25 |
| 82013 | 1-5/8" | 60 | 10 |
| 82015 | 2-1/8" | 30 | 5 |

| Item Number | Size | Case | Package |
|---|---|---|---|
| 85002 | 3/8" | 1200 | 50 |
| 85003 | 1/2" | 800 | 50 |
| 85004 | 5/8" | 500 | 50 |
| 85005 | 3/4" | 300 | 50 |
| 85006 | 7/8" | 200 | 25 |
| 85008 | 1-1/8" | 80 | 10 |
| 85010 | 1-3/8" | 60 | 10 |
| 85011 | 1-5/8" | 40 | 5 |

## 90° (Long Radius)

Elkhart: 107-L

Mueller: WE-500L

Nibco: 9607-LT

## 90° (Long Radius CxF)

Elkhart: 107-L-2

Mueller: WE-503L

Nibco: 9607-2-LT

| Item Number | Size | Case | Package |
|---|---|---|---|
| 86002 | 3/8" | 1200 | 50 |
| 86004 | 5/8" | 500 | 50 |
| 86005 | 3/4" | 300 | 25 |
| 86006 | 7/8" | 200 | 25 |
| 86008 | 1-1/8" | 80 | 10 |

Filed By: Andrew Medley, Filed Date: 6/14/19 10:53 AM, Submission Status: Approved

PUBLIC VERSION

Barcode:3848850-04 A-570-028 CIRC - Anti Circumvention Inquiry  -  Unpatented R-421A



### DEVELOPING INNOVATIVE CONCEPTS FOR HVACR

CONTACT US

BMP USA     Copper Fittings     HVAC Components     Refrigeration     Tank Holder Racks     About Us



# P-TRAP SUCTIONING



| Item Number | Size | Case | Package |
| --- | --- | --- | --- |
| 91002 | 5/8" | 1000 | 10 |
| 91004 | 7/8" | 600 | 5 |
| 91006 | 1-1/8" | 210 | 3 |

Elkhart: 123

Mueller: WE-554P

Nibco: 9698

BMP USA | Copper Fittings | Adapters | Cap | Couplings | Elbows | P-Trap Suctioning | Tees | Union | HVAC Components | Refrigeration | Tank Holder Racks | About Us | Refrigerant | Contact & Quote Request | SDS Information

Filed By: Andrew Medley, Filed Date: 6/14/19 10:53 AM, Submission Status: Approved

PUBLIC VERSION



**DEVELOPING INNOVATIVE CONCEPTS FOR HVACR**

CONTACT US

BMP USA      Copper Fittings      HVAC Components      Refrigeration      Tank Holder Racks      About Us



# TEES



Elkhart: 111

Mueller: WC-600

Nibco: 9611

| Item Number | Size | Case | Package |
|---|---|---|---|
| 61001 | 1/4" | 2400 | 100 |
| 61004 | 1/2" | 800 | 50 |
| 61005 | 5/8" | 8000 | 50 |
| 61007 | 7/8" | 3000 | 25 |
| 61009 | 1-1/8" | 800 | 10 |
| 61011 | 1-3/8" | 400 | 5 |
| 61013 | 1-5/8" | 400 | 5 |
| 61015 | 2-1/8" | 200 | 5 |

Elkhart: 111

Mueller: WC-600

Nibco: 9611

| Item Number | Size | Case | Package |
|---|---|---|---|
| 61047 | 7/8" x 7/8" (Run)  x 5/8" (Branch) | 3000 | 25 |
| 61053 | 1-1/8" x 1-1/8" (Run) x 5/8" (Branch) | 1000 | 10 |
| 61055 | 1-1/8" x 1-1/8" (Run) x 7/8" (Branch) | 500 | 10 |
| 61057 | 2-1/8" x 2-1/8" (Run) x 5/8" (Branch) | 400 | 5 |

Filed By: Andrew Medley, Filed Date: 6/14/19 10:53 AM, Submission Status: Approved

PUBLIC VERSION

Barcode:3848850-04 A-570-028 CIRC - Anti Circumvention Inquiry  -  Unpatented R-421A



**DEVELOPING INNOVATIVE CONCEPTS FOR HVACR**

CONTACT US

BMP USA       Copper Fittings       HVAC Components       Refrigeration       Tank Holder Racks       About Us



## Union



Elkhart: 4733

Mueller: WC-407

Nibco: 9633

| Item Number | Size | Case | Package |
|---|---|---|---|
| 12002 | 5/8" | 400 | 25 |
| 12003 | 7/8" | 300 | 25 |
| 12004 | 1-1/8" | 200 | 10 |

BMP USA | Copper Fittings | Adapters | Cap | Couplings | Elbows | P-Trap Suctioning | Tees | Union | HVAC Components | Refrigeration | Tank Holder Racks | About Us | Refrigerant | Contact & Quote Request | SDS Information

Filed By: Andrew Medley, Filed Date: 6/14/19 10:53 AM, Submission Status: Approved

PUBLIC VERSION

# Tank Holder Racks

PUBLIC VERSION
Barcode:3848850-04 A-570-028 CIRC - Anti Circumvention Inquiry  -  Unpatented R-421A



DEVELOPING INNOVATIVE CONCEPTS FOR HVACR

CONTACT US

BMP USA          Copper Fittings          HVAC Components          Refrigeration          Tank Holder Racks          About Us



# TH150230NAO



**BMP Item:** 1-50lb, 2-30lb, Nitrogen, Oxygen & Acetylene Refrigerant Rack

**Item Number:** TH150230NAO

**Package Quantity:** 1

**Ship Quantity:** 1+

**Weight:** 25.0 lbs.

**Dimensions:** 49.125"H x 15"L x 11"W

**Description:** This is the only space-saving refrigerant rack to accommodate up to 6 racks with 1-50lb and 2-30lb racks.  Ideal for any HVACR contractor's vehicle.

*Additional items not included.

BMP USA | Copper Fittings | HVAC Components | Refrigeration | Tank Holder Racks | 1-50, 2-30 NAO | 3-30 NAO | 2-30 NAO | 3-30 | 4-30 | 4-50 | About Us | Refrigerant | Contact & Quote Request | SDS Information

Filed By: Andrew Medley, Filed Date: 6/14/19 10:53 AM, Submission Status: Approved

4/26/2019 Case 8:22-cv-02225-VMC-CPT    Document 1-7    Filed 09/27/22    Page 116 of 120 PageID 198
www.bmp-usa.com/3-30---nao.html
PUBLIC VERSION

Barcode:3848850-04 A-570-028 CIRC - Anti Circumvention Inquiry  -  Unpatented R-421A



**DEVELOPING INNOVATIVE CONCEPTS FOR HVACR**

CONTACT US

BMP USA        Copper Fittings        HVAC Components        Refrigeration        Tank Holder Racks        About Us



# TH330NAO



**BMP Item:** 3-30lb, Nitrogen, Oxygen & Acetylene Refrigerant Rack

**Item Number:** TH330NAO

**Package Quantity:** 1

**Ship Quantity:** 1+

**Weight:** 24.0 lbs.

**Dimensions:** 45.5"H x 12.125"L x 11"W

**Description:** This is the only space-saving refrigerant rack to accommodate up to 6 racks with 3-30lb tanks.  Ideal for any HVACR contractor's vehicle.

*Additional items not included.

BMP USA | Copper Fittings | HVAC Components | Refrigeration | Tank Holder Racks | 1-50, 2-30 NAO | 3-30 NAO | 2-30 NAO | 3-30 | 4-30 | 4-50 | About Us | Refrigerant | Contact & Quote Request | SDS Information

Filed By: Andrew Medley,  Filed Date: 6/14/19 10:53 AM, Submission Status: Approved

PUBLIC VERSION

Barcode:3848850-04 A-570-028 CIRC - Anti Circumvention Inquiry  -  Unpatented R-421A



**DEVELOPING INNOVATIVE CONCEPTS FOR HVACR**

CONTACT US

BMP USA     Copper Fittings     HVAC Components     Refrigeration     Tank Holder Racks     About Us



# TH230NAOT



**BMP Item:** 2-30lb, Nitrogen, Oxygen & Acetylene Refrigerant Rack

**Item Number:** TH230NAOT

**Package Quantity:** 1

**Ship Quantity:** 1+

**Weight:** 22.0 lbs.

**Dimensions:** 35.5"H x 12"L x 12.125"W

**Description:** This is an ideal refrigerant rack for trucks, smaller vehicles or standard size vans.  The rack can be mounted both vertical and horizontal.

*Additional items not included.

BMP USA | Copper Fittings | HVAC Components | Refrigeration | Tank Holder Racks | 1-50, 2-30 NAO | 3-30 NAO | 2-30 NAO | 3-30 | 4-30 | 4-50 | About Us | Refrigerant | Contact & Quote Request | SDS Information

Filed By: Andrew Medley, Filed Date: 6/14/19 10:53 AM, Submission Status: Approved

PUBLIC VERSION
Barcode:3848850-04 A-570-028 CIRC - Anti Circumvention Inquiry  -  Unpatented R-421A



**DEVELOPING INNOVATIVE CONCEPTS FOR HVACR**

CONTACT US

BMP USA     Copper Fittings     HVAC Components     Refrigeration     Tank Holder Racks     About Us



# TH330



**BMP Item:** 3-30lb Refrigerant Rack

**Item Number:** TH330

**Package Quantity:** 1

**Ship Quantity:** 1+

**Weight:** 17.0 lbs.

**Dimensions:** 33"H x 12"L x 11"W

**Description:** Accommodates three (3) 30lb. cylinders. Ideal for any HVACR contractor's vehicle.

*Additional items not included.

BMP USA | Copper Fittings | HVAC Components | Refrigeration | Tank Holder Racks | 1-50, 2-30 NAO | 3-30 NAO | 2-30 NAO | 3-30 | 4-30 | 4-50 | About Us | Refrigerant | Contact & Quote Request | SDS Information

PUBLIC VERSION

Barcode:3848850-04 A-570-028 CIRC - Anti Circumvention Inquiry  -  Unpatented R-421A



**DEVELOPING INNOVATIVE CONCEPTS FOR HVACR**

CONTACT US

BMP USA     Copper Fittings     HVAC Components     Refrigeration     Tank Holder Racks     About Us



# TH430



**BMP Item:** 4-30lb Refrigerant Rack

**Item Number:** TH430

**Package Quantity:** 1

**Ship Quantity:** 1+

**Weight:** 24.0 lbs.

**Dimensions:** 46"H x 12.375"L x 11"W

**Description:** Accommodates four (4) 30lb. cylinders.  Ideal for any HVACR contractor's vehicle.

*Additional items not included.

BMP USA | Copper Fittings | HVAC Components | Refrigeration | Tank Holder Racks | 1-50, 2-30 NAO | 3-30 NAO | 2-30 NAO | 3-30 | 4-30 | 4-50 | About Us | Refrigerant | Contact & Quote Request | SDS Information

Filed By: Andrew Medley, Filed Date: 6/14/19 10:53 AM, Submission Status: Approved

PUBLIC VERSION

Barcode:3848850-04 A-570-028 CIRC - Anti Circumvention Inquiry - Unpatented R-421A



**DEVELOPING INNOVATIVE CONCEPTS FOR HVACR**

CONTACT US

BMP USA | Copper Fittings | HVAC Components | Refrigeration | Tank Holder Racks | About Us



# TH450



**BMP Item:** 4-50lb Refrigerant Rack

**Item Number:** TH450

**Package Quantity:** 1

**Ship Quantity:** 1+

**Weight:** 24.0 lbs.

**Dimensions:** 56"H x 15"L x 11"W

**Description:** Accommodates four (4) 50lb. cylinders.  Ideal for any HVACR contractor's vehicle.

*Additional items not included.

BMP USA | Copper Fittings | HVAC Components | Refrigeration | Tank Holder Racks | 1-50, 2-30 NAO | 3-30 NAO | 2-30 NAO | 3-30 | 4-30 | 4-50 | About Us | Refrigerant | Contact & Quote Request | SDS Information