Exhibit H

# HUSCH BLACKWELL

Robert D. Stang
Partner

750 17th St. N.W., Suite 900
Washington, DC 20006-4675
Direct: 202.378.2334
Fax: 202.378.2319
robert.stang@huschblackwell.com

**By Email**

January 8, 2018

U.S. Customs and Border Protection
6601 NW 25th Street
Suite 202
Miami, FL 33122

Attention:   Import Specialist Israel Adame, Team 091

Re:   Request for Information (CBP Form 28)
      LM Supply, Inc.
      Entry 9P7-0001058-6

U.S. District Court
Middle District of Florida

**PLAINTIFF'S EXHIBIT**

Exhibit Number: 0189

Case Number: 8:19-cv 02044

T.T. International Co., Ltd.
v.
BMP International Inc, et al.

Date Identified:

Date Admitted:

Dear Import Specialist Adame:

On behalf of LM Supply, Inc. ("LM Supply") we are responding to the above-referenced Request for Information (CBP Form 28).

Box 13.A:  Box 13.A requests a copy of the contract covering the subject transaction (36,000 kg. of R-421A refrigerant). As per the commercial invoice submitted with the entry, LM Supply purchased the R-421A from T.T. International Co., Ltd. ("T.T. International"). Thereafter, consistent with the Manufacturing ID on the entry summary (CNDONWEIZHE), T.T. International purchased the R-421A from the actual manufacturer Dongyang Weihua Refrigerants Co., Ltd. ("Dongyang Weihua Refrigerants"). In addition to identifying Dongyang Weihua refrigerants as the manufacturer on the Entry Summary, we believe that a Product Quality Certificate issued by Dongyang Weihua Refrigerants was submitted with the entry.

When ordering goods from T.T. International (and especially when ordering standardized refrigerants such as R-421A), LM Supply typically does not issue a purchase order to T.T. International. Rather, LM Supply telephones T.T. International and discusses all aspects of the order (product, price, quantity, delivery). Thereafter, T.T. International issues a Proforma Invoice to LM Supply confirming all of the terms of sale. Essentially, then, T.T. International's Proforma Invoice is the document confirming the terms of sale between LM Supply and T.T. International.

# HUSCH BLACKWELL

Request for Information (CBP Form 28)
LM Supply, Inc.
Entry 9P7-0001058-6
Page 2

With respect to the subject shipment, we enclose the applicable T.T. Proforma Invoice (Proforma Invoice TT170619-1, June 19, 2017) in the amount of USD 394,200 (FOB Ningbo, China, issued for two isotanks of R-421A, each isotank holding 18,000 kg. (total 36,000 kg.). This Proforma Invoice serves as a sales confirmation and establishes the contract terms of sale. In that regard, the terms of the enclosed Proforma Invoice (36,000 kg. of R-421A with a price of US$ 394,200) match exactly the contract terms on the T.T. International commercial invoice (Commercial Invoice TT17566, June 28, 2017) submitted with the entry.

Box 14: Box 14 requests the following:

- Documentation identifying the actual manufacturer of the R-421A.
- Any licensing agreements established between the manufacturer and/or seller of the product and LM Supply indicating that LM Supply was authorized to import, sell, use, or distribute the R-421A in this shipment; and
- If the product was manufactured under a patented process, identification of the patent and the patent holder.

In response, please note:

- As referenced above and consistent with the Manufacturing ID on the Entry Summary (CNDONWEIZHE) and the applicable Product Quality Certificate, the actual manufacturer for the subject R-421A was Dongyang Weihua Refrigerants.

- We do not believe that LM Supply required any licensing agreement in this instance. Consequently, no such licensing agreement exists.

- We acknowledge that Customs and Border Protection ("CBP") has raised a number of questions concerning Patent No. US 8,197,706 B2, which covers the composition of the individual refrigerants in R-421A. Also, we are cognizant of the scope of the order in the antidumping duty case on *Hydrofluorocarbon Blends and Components Thereof from the People's Republic of China,* which excludes "patented HFC blends" including, but not limited to certain brands of refrigerants. At the time of entry LM Supply believed (and continues to believe) that the R-421A in question was excluded from that antidumping duty case by virtue of the above referenced exclusion. As CBP is aware, we addressed certain concerns involving Patent No. US 8,197,706 B2 in our letter of December 27, 2017 issued to the U.S. Department of Commerce. That letter was provided on January 3, 2018 to CBP's Executive Director, Office of Trade in both public and confidential versions.

# HUSCH BLACKWELL

Request for Information (CBP Form 28)
LM Supply, Inc.
Entry 9P7-0001058-6
Page 3

Should you have any further questions concerning this entry please do not hesitate to contact me directly. Thank you for your attention to this important matter.

Sincerely,

Robert D. Stang
Jeffrey S. Neeley

cc:   Mr. Ben Meng

WDC-72037-1

TTI 0007496

 TcoolGAS™    ISO9001:2000

# T.T. International Co., Ltd.

Room 2911, Manhattan Building, 105 Youhao Road, Dalian 116001, China
Tel: +86 411 82537172   Fax: +86 411 82651288
E-mail: tongtai@ChinaRefrigerant.com   http://www.ChinaRefrigerant.com

## Proforma Invoice

TO: LM Supply Inc.                                       Date: June 19, 2017
001-813-298-8101                                         No:   TT170619-1
From: Ningbo                                             To: LA, USA

| Marks & No. | Description & Quantity | Amount |
|---|---|---|
| N/M | R-421A, 18000kg in isotank --- 2 isotanks<br>Price:   USD10.95/cylinder   FOB | US394,200.00<br><br>FOB Ningbo |

**Remark: ARI-700 Specification**
           **DOT isotank**
  The isotank must be returned within 15 days after arriving in USA. The charges for chassis fee and isotank rental over 15 days will be your responsibility.

**Shipment: June, 2017**

Payment:   O/A 60 DAYS FROM B/L DATE

  Bank:   Bene: T.T. INTERNATIONAL CO LTD
          Account Number: 808-824650-201
          Bank: HSBC HONG KONG
          Add: 1 Queen's Road Central, Hong Kong
             Swift Code: HSBCHKHHHKH
          BANK CODE: 004(optional)

TTI 0007497