# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

R421A LLC, and RMS of Georgia, LLC d/b/a Choice Refrigerants,

    Plaintiffs,

v.

BMP USA, Inc., iGAS USA, Inc., L.M. Supply Inc., Cool Master U.S.A., L.L.C., and Xianbin Meng,

    Defendants.

Case No: 8:22-cv-02225-VMC-CPT

**JURY TRIAL DEMANDED**

## DISCLOSURE STATEMENT PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Defendant iGAS USA, Inc, makes the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

   Answer: N/A

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity.[1]]

---

[1] See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004). Where a member of the party is also an unincorporated entity, its members must also be identified continuing on through however many layers of

1

    Answer: N/A

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

    Answer: IGas Holdings, Inc. and Zhejiang Juhua Co. Ltd. own iGas USA Inc.

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

    Answer: None

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

    Answer: None

6. Identify each person arguably eligible for restitution:

    Answer: Xianbin ("Ben") Meng

☒    I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

---

partners or members there may be. See Purchasing Power, LLC v. Bluestem Brands, Inc., 851 F.3d 1218, 1220 (11th Cir. 2017); D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra, 661 F.3d 124, 125-27 (1st Cir. 2011).

| | |
|---|---|
| Dated: February 17, 2023 | Respectfully Submitted, |
| /s/ Eric W. Neilsen | /s/ Kara R. Fussner |
| Eric W. Neilsen, Esquire | Kara R. Fussner, 54656MO* |
| FBN: 476757 | *Lead Counsel* |
| **NEILSEN LAW GROUP, P.A.** | Eric J. Rakestraw, 63182MO* |
| 100 2nd Avenue N., Suite 240 | HUSCH BLACKWELL LLP |
| St. Petersburg, FL 33701 | 190 Carondelet Plaza, Suite 600 |
| Telephone: (727) 350-3240 | St. Louis, Missouri 63105 |
| Facsimile: (727) 499-7166 | 314-480-1500 Telephone |
| Primary:: | kara.fussner@huschblackwell.com |
| eneilsen@neilsenlawgroup.com | eric.rakestraw@huschblackwell.com |
| | |
| *Local Counsel for Defendants, BMP USA, Inc., iGas USA, Inc., L.M. Supply Inc., Cool Master U.S.A., L.L.C., and Xianbin Meng* | *Pro hac vice application forthcoming*<br><br>*Primary Counsel for Defendants, BMP USA, Inc., iGas USA, Inc., L.M. Supply Inc., Cool Master U.S.A., L.L.C., and Xianbin Meng* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of February 2023, I caused the foregoing to be filed electronically with the Clerk of Court and to be served via the Court's Electronic Filing System upon all counsel of record.

/s/ Eric W. Neilsen