**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**R421A, LLC and RMS of Georgia, LLC**
**d/b/a Choice Refrigerants,**

      **Plaintiffs,**

**v.**                                  **Case No: 8:22-cv-02225-VMC-CPT**

**BMP USA, Inc., Igas USA, Inc., L.M.**
**Supply Inc., Cool Master U.S.A., L.L.C.,**
**and Xianbin Meng,**

      **Defendant.**

---

## CASE MANAGEMENT REPORT FOR PATENT CASES

The Court notes that patent cases present unique challenges and require special attention.   In an effort to streamline these proceedings, the Court requires the parties to utilize this Case Management Report form in patent cases. Importantly, **the Court limits the parties to construction of 10 claims.**   In that regard, the parties shall jointly identify the 10 terms likely to be most significant to resolving the parties' dispute, including those terms for which construction may be case or claim dispositive.

| DEADLINE OR EVENT | PARTIES' AGREED DATE |
|---|---|
| Mandatory Initial Disclosures (pursuant to Fed. R. Civ. P. 26(a)(1)) | March 28, 2023 |
| Certificate of Interested Persons and Corporate Disclosure Statement | March 7, 2023 |
| Motions to Add Parties or Amend Pleadings | April 11, 2023 |
| Plaintiff shall serve Disclosure of Asserted Claims and Preliminary Infringement Contentions and accompanying document production | March 28, 2023 |

| | |
|---|---|
| Defendants shall serve the Preliminary Invalidity Contentions and accompanying document production | April 28, 2023 |
| Parties shall exchange Proposed Terms and Claim Elements for Construction | May 30, 2023 |
| Parties shall exchange Preliminary Claim Constructions and Extrinsic Evidence | June 28, 2023 |
| Parties shall file Joint Claim Construction and Prehearing Statement | July 28, 2023 |
| Claim Construction Discovery shall be completed | August 28, 2023 |
| First Mediation Conference | [Court will appoint mediator and set the mediation deadline sometime immediately after claim construction discovery and before completion of Claim Construction briefing] |
| Plaintiff shall file Opening Claim Construction Brief | September 28, 2023 |
| Defendants shall file Claim Construction Opposition Brief | October 16, 2023 |
| Plaintiff shall file Claim Construction Reply Brief | October 26, 2023 |
| Claim Construction Hearing | [to be set after Claim Construction briefing |
| Second Case Management Hearing | [to be set on same date as above - held immediately after Claim Construction Hearing] |
| Factual Discovery Closes | [To be set at Second Case Management Hearing] |
| Parties shall serve Opening Expert Reports | [To be set at Second Case Management Hearing] |
| Parties shall serve Rebuttal Expert Reports | [To be set at Second Case Management Hearing] |
| Expert Discovery Closes | [To be set at Second Case Management Hearing] |
| Second Mediation Conference | [Court recommends immediately after Expert Discovery closes and before summary judgment briefing] |

| | |
|---|---|
| Last day to file summary judgment motions | [To be set at Second Case Management Hearing] |
| Last day to file opposition to summary judgment motions | [To be set at Second Case Management Hearing] |
| Last day to file replies to summary judgment motions | [To be set at Second Case Management Hearing] |
| Parties shall file motions in limine and Daubert motions | [To be set at Second Case Management Hearing] |
| Parties shall file pretrial statement and single set of jointly proposed jury instructions and verdict form | [To be set at Second Case Management Hearing] |
| The Court will hold the pretrial conference | [To be set at Second Case Management Hearing] |
| Trial Term Begins [district judge trial terms begin on the first Monday of each month; trails before magistrate judges will be set on a date certain after consultation with the parties] | [To be set at Second Case Management Hearing] |
| Estimated Length of Trial | 5-7 days |
| Jury/Non-Jury | Jury |
| All Parties Consent to Proceed Before Assigned Magistrate Judge | Yes __ No _x__ Likely to agree in the Future __ |

Respectfully submitted this 28th day of February 2023 with consent of counsel for Defendants,

/s/ Joseph W. Staley

Ryan T. Santurri, FL Bar No. 15698
rsanturri@allendyer.com
Allen, Dyer, Doppelt + Gilchrist, P.A.
255 South Orange Avenue, Suite 1401
Orlando, Florida 32801
Telephone:    407-841-2330
Facsimile:    407-841-2343

Scott P. Amy (Ga. Bar No. 141416)
THOMAS | HORSTEMEYER LLP
3200 Windy Hill Road SE, Suite 1600E
Atlanta, Georgia 30339
Telephone: (770) 933-9500

Facsimile: (770) 951-0933
s.amy@thip.law

Joseph W. Staley (Ga. Bar No. 142571)
Andrea P. Nguyen (Ga. Bar No. 306931)
PERILLA KNOX &
HILDEBRANDT LLP
44 Milton Avenue, Suite 144
Alpharetta, GA 30009
Telephone: (770) 927-7802
j.staley@pkhip.com
a.nguyen@pkhip.com

*Counsel for Plaintiffs R421A LLC and RMS of
Georgia, LLC d/b/a Choice Refrigerants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of February 2023, I caused the foregoing to be filed electronically with the Clerk of Court and to be served via the Court's Electronic Filing System upon all counsel of record.

*/s/ Joseph W. Staley*

Joseph W. Staley